UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------X

UNIVERSITAS EDUCATION, LLC, :

        Plaintiff, : Civil No. 1:15-cv-11848

    -against- :

JACK E. ROBINSON, III a/k/a JACK E. : **CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1**
ROBINSON,
                                                                 :

        Defendant.
                                                                  :

------------------------------------------------------------X

In accordance with Fed. R. Civ. P. 7.1, the Plaintiff Universitas Education, LLC states that it is not publically held and that it has no parent company.

Dated: May 15, 2015
Boston, Massachusetts

                            UNIVERSITAS EDUCATION, LLC,

                            By its Attorneys,
                            RIEMER & BRAUNSTEIN LLP

                      By: */s/Paul S. Samson*
                            Paul S. Samson, Esq., BBO No. 440160
                            Three Center Plaza
                            Boston, Massachusetts 02108
                            (617) 880-3555
                            psamson@riemerlaw.com

                            and

Paula K. Colbath, Esquire
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154
(212) 407 4905
pcolbath@loeb.com

*Attorneys for Universitas Education, LLC*

## CERTIFICATE OF SERVICE

I, Paul S. Samson, Esquire, hereby certify that on May 15, 2015, I served the within Corporate Disclosure Statement on the Defendant by causing a copy to be forwarded to a process server for service upon the Defendant.

*/s/ Paul S. Samson*
Paul S. Samson

1837372.1