UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>JACK E. ROBINSON, III a/k/a JACK E. ROBINSON,<br><br>    Defendant and Third-Party Plaintiff,<br><br>    v.<br><br>Loeb & Loeb LLP,<br><br>    Third-Party Defendant. | Civil Action No. 1:15-CV-11848-DPW<br><br>**DECLARATION OF PAULA K. COLBATH IN SUPPORT OF THIRD-PARTY DEFENDANT'S MOTION FOR IMPOUNDMENT AND FOR LEAVE TO FILE UNDER SEAL** |

**PAULA K. COLBATH**, an attorney admitted to practice law in the Courts of the State of New York, declares the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.    I am a partner in the law firm of Loeb & Loeb LLP ("Loeb"). I have been admitted to this Court *pro hac vice* to represent Plaintiff Universitas Education, LLC, and my admission to the Court *pro hac vice* to represent Loeb & Loeb LLP in connection with Defendant/Third Party Plaintiff Jack E. Robinson ("Robinson") is currently pending. I submit this declaration in support of Loeb's Motion for Impoundment and For Leave to File Under Seal Loeb's Memorandum of Law in Support of it Motion to Dismiss, and to defer filing of such documents pending ruling on this Motion.

2.    Loeb seeks to file under seal its Memorandum of Law in support of its motion to dismiss on grounds that it contains references to allegedly confidential information, with redactions to the extent that it discusses any alleged confidential information.

3.    Robinson has alleged in his third-party complaint that Loeb breached the confidentiality clause in a certain Settlement Agreement by submitting certain confidential

documents in another suit. Loeb intends to move to dismiss Robinson's third-party complaint, and in doing so, plans to discuss the alleged confidential material in order to support its arguments for dismissal.

4. The requested order for impoundment and for leave to file under seal and redact the Memorandum of Law filed publicly through the ECF is necessary because Robinson claims that any disclosure of the Settlement Agreement would constitute a breach of the Agreement.

5. While Loeb disagrees with Robinson's contentions, Loeb seeks leave to redact the publicly ECF filed copy of its Memorandum of Law in Support of its Motion to Dismiss the Third-Party Complaint, so as to not disclose the allegedly confidential information, until such time as a determination is made as to whether the information is in fact confidential. The requested Order for Impoundment will prevent disclosure to the public.

6. Robinson's counsel has assented to Loeb's Motion for Impoundment. In addition, the Court granted a similar Motion for Impoundment by Plaintiff Universitas Education, LLC in connection with its Motion to Dismiss Robinson's Counterclaims on March 17, 2017 (Dkt. 59).

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 12th day of May, 2016.

/s/ Paula K. Colbath  
PAULA K. COLBATH

## CERTIFICATE OF SERVICE

      I, Paula K. Colbath, herby certify that the Declaration of Paula K. Colbath in Support of Loeb's Motion for Impoundment and for Leave to File Under Seal filed through the CM/ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent by first-class mail to those indicated and non-registered participants, if any, on May 12, 2016.

                                                /s/ Paula K. Colbath
                                                Paula K. Colbath

10043767