UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC, <br> Plaintiff, <br> v. <br> JACK E. ROBINSON, III a/k/a JACK E. ROBINSON, <br> Defendant, | Civil Action No. <br> 1:15-CV-11848 (DPW) |

## UNIVERSITAS EDUCATION, LLC'S MOTION FOR THE IMPOSITION OF RULE 11 SANCTIONS AGAINST DEFENDANT JACK E. ROBINSON AND HIS COUNSEL SETH L. MARCUS, ESQ.

Universitas Education, LLC ("**Universitas**") respectfully moves this Court to impose sanctions, in accordance with Fed. R. Civ. P. 11, against Defendant Jack E. Robinson ("Robinson") and his counsel, Seth L. Marcus. Accompanying this Motion is the Plaintiff's Memorandum of Law and the Declaration of Plaintiff's Counsel, Paul S. Samson, in Support of Universitas' Motion for Rule 11 Sanctions ("**Samson Decl.**"). Universitas incorporates its Memorandum of Law and states further as follows:

1. Universitas makes this Rule 11 Motion on account of Robinson's motion filed on May 31, 2017 titled "Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction and to Compel Arbitration Pursuant to 9 U.S.C. § 4, and to Stay Immediately All Other Proceedings and Discovery in This and Two Related Cases Pending a Decision on This Motion" (Dkt. No. 113) (the "**Arbitration Motion**"). The Arbitration Motion is sanctionable under Fed. R. Civ. P. 11(b)(1)-(3), both because it lacks merit and because it was filed for an improper purpose, seeking to forum shop, to delay and avoid discovery, to delay the case in general, and in a vexatious attempt to continue to run up Universitas' legal fees in seeking to obtain satisfaction of its unpaid judgments from the United states District Court for the Southern District of New York.

1

Universitas incorporates its Memorandum of Law, and its counsel's Declaration, submitted simultaneous with this Motion, for further discussion and consideration of the grounds for this Motion.

2. For the reasons stated in Universitas' Memorandum of Law, Universitas respectfully requests the Court to enter the following sanctions against Jack E. Robinson[1] and his Attorney, Seth L. Marcus, who signed the Arbitration Motion:, and that the Court (1) strike the Arbitration Motion; (2) hold Robinson and Attorney Marcus jointly and severally liable for the attorneys' fees incurred by Universitas in the course of opposing the Arbitration Motion, and which is the pleading targeted by this Rule 11 motion (with fees to be proven via submission of an attorney declaration should the Court grant this Rule 11 motion); (3) hold Robinson and Attorney Marcus jointly and severally liable for the attorneys' fees incurred by Universitas in the course of bringing this Rule 11 motion and made necessary by his conduct (with fees to be proven via submission of an attorney declaration should the Court grant this Rule 11 motion); and (4) issue written reprimands to both Robinson and Attorney Marcus. Universitas seeks an award of its attorneys' fees against Robinson and Attorney Marcus because the Arbitration Motion is just one of several improper, obstructionist tactics pursued by Robinson and Attorney Marcus – a course of conduct that can only be deterred through the imposition of monetary sanctions personally against them.

WHEREFORE, for the reasons stated in the Memorandum of Law submitted by Universitas in support of this Motion, Universitas respectfully requests this Court to enter the foregoing sanctions or such other or further relief as the Court shall determine to be appropriate.

---

[1] Universitas submits that Mr. Robinson has violated Rule 11 in his capacity as a party Defendant. Universitas also notes that Mr. Robinson, an attorney and member of this Court's Bar, has also filed an appearance as counsel on his own behalf in this case. Although he thereafter filed a withdrawal of appearance, he has subsequently signed filings with this Court as counsel to the Defendant. *See* Docket; *see also* the further discussion in Universitas' Memorandum of Law in support of this Motion.

Respectfully submitted this 4th day of August, 2017.

           UNIVERSITAS EDUCATION, LLC,

           By its Attorneys,
           RIEMER & BRAUNSTEIN LLP

           By: */s/ Paul S. Samson*
                Paul S. Samson, Esq., BBO No. 4404160
                Three Center Plaza
                Boston, Massachusetts 02108
                (617) 880-3555
                psamson@riemerlaw.com

                -and-

           Paula K. Colbath, Esq. (admitted *pro hac vice*)
           Leily Lashkari, Esq. (admitted *pro hac vice*)
           LOEB & LOEB LLP
           345 Park Avenue
           New York, New York 10017
           (212) 407-4905
           pcolbath@loeb.com

           *Attorneys for Plaintiff Universitas Education, LLC*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I, Paul S. Samson, certify that I initiated a meet and confer conference on July 6, 2017, in accordance with Local Rule 7.1(c) by forwarding an email to Seth Marcus, Esquire, counsel to Defendant, which outlined the intention to file the foregoing Rule 11 Motion, and described the relief requested; a copy of that email is attached. On July 7, 2017, Attorney Marcus replied that he viewed the Plaintiff's proposed Rule 11 Motion as frivolous and sanctionable; subsequent communications with Attorney Marcus on July 7, 2017, confirmed that the parties were unable to reach any agreement on the matter. Copies of the July 7, 2017 exchanges are also attached.

                                            /s/Paul S. Samson

## CERTIFICATE OF SERVICE

  I, Paul S. Samson, hereby certify that the foregoing Motion was served on the Defendant on July 7, 2017, more than 21 days before filing said Motion with the Court, as required by Fed. R. Civ. P. 11(c)(5) and further certify that on August 4, 2017, the foregoing Motion was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies were sent by first-class mail to those indicated and non-registered participants, if any.

                */s/ Paul S. Samson*
                Paul S. Samson

2162219.1

# Paul S Samson

**From:** Seth Marcus <seth@slmarcuslaw.com>
**Sent:** Friday, July 07, 2017 11:20 AM
**To:** Paul S Samson
**Cc:** Paula K. Colbath Esq. (pcolbath@loeb.com); Leily Lashkari
**Subject:** RE: Meet and Confer on Universitas' Rule 11 Motion

That is correct.



THE LAW OFFICES OF **SETH L. MARCUS**
777 Westchester Avenue, Suite 101
White Plains, NY 10604

212.686.2555 / seth@slmarcuslaw.com

**Confidentiality Notice:**
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 212-447-7575, and destroy the original transmission and its attachments without reading or saving in any manner.

Any tax information or written tax advice contained herein (including any attachments) is not intended to be and cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.
(The foregoing legend has been affixed pursuant to U.S. Treasury Regulations governing tax practice.)


**From:** Paul S Samson [mailto:PSamson@riemerlaw.com]
**Sent:** Friday, July 07, 2017 11:19 AM
**To:** Seth Marcus <seth@slmarcuslaw.com>
**Cc:** Paula K. Colbath Esq. (pcolbath@loeb.com) <pcolbath@loeb.com>; Leily Lashkari <llashkari@loeb.com>
**Subject:** RE: Meet and Confer on Universitas' Rule 11 Motion

So I take it you and your client are unwilling to agree to withdraw the Arbitration Motion, and that any further meet and confer will not change that. Paul.


Paul S. Samson
(admitted in MA and NY)
Riemer & Braunstein LLP
psamson@riemerlaw.com

*Boston Office*
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108
Tel: 617-880-3555
Cell: 617-834-3555
Fax: 617-692-3555

*New York Office*
Times Square Tower, Suite 2506
Seven Times Square
New York, New York 10036
Tel: 212-789-3138
Fax: 212-719-0140


**From:** Seth Marcus [mailto:seth@slmarcuslaw.com]
**Sent:** Friday, July 07, 2017 10:25 AM
**To:** Paul S Samson
**Cc:** Paula K. Colbath Esq. (pcolbath@loeb.com); Leily Lashkari
**Subject:** RE: Meet and Confer on Universitas' Rule 11 Motion

Paul: Do what you are going to do, but I think a Rule 11 motion is itself frivolous and sanctionable and we will have to respond accordingly.



THE LAW OFFICES OF **SETH L. MARCUS**
777 Westchester Avenue, Suite 101
White Plains, NY 10604

212.686.2555 / seth@slmarcuslaw.com

**Confidentiality Notice:**
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 212-447-7575, and destroy the original transmission and its attachments without reading or saving in any manner.

Any tax information or written tax advice contained herein (including any attachments) is not intended to be and cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.
(The foregoing legend has been affixed pursuant to U.S. Treasury Regulations governing tax practice.)


**From:** Paul S Samson [mailto:PSamson@riemerlaw.com]
**Sent:** Thursday, July 06, 2017 5:24 PM
**To:** Seth Marcus <seth@slmarcuslaw.com>
**Cc:** Paula K. Colbath Esq. (pcolbath@loeb.com) <pcolbath@loeb.com>; Leily Lashkari <llashkari@loeb.com>
**Subject:** Meet and Confer on Universitas' Rule 11 Motion

Seth – we are prepared to serve and file a Motion on Universitas' behalf seeking sanctions pursuant to Fed. R. Civ. P. 11 against Mr. Robinson and against you, (i) striking Robinson's Arbitration Motion, (ii) seeking an award of attorneys' fees against Mr. Robinson and against you, for opposing the Arbitration Motion and for the preparation and prosecution of the Rule 11 motion; and a written reprimand against Mr. Robinson and you. Universitas contends that the Arbitration Motion is frivolous and is being interposed for the improper purpose of delaying the proceedings and delaying discovery.

2

If you and Mr. Robinson agree to withdraw the Arbitration Motion, and notify the Court accordingly, Universitas will not serve and file its Rule 11 Motion in question. Failing that, Universitas will serve the Motion in accordance with Rule 11((c)(2)(i.e. we will serve you at least 21 days before filing the motion with the court, and if the Arbitration Motion is withdrawn within that time period, the Rule 11 Motion will not be filed with the Court.

I am available to discuss if you would like. Paul.


Paul S. Samson
(admitted in MA and NY)
Riemer & Braunstein LLP
psamson@riemerlaw.com

*Boston Office*
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108
Tel: 617-880-3555
Cell: 617-834-3555
Fax: 617-692-3555

*New York Office*
Times Square Tower, Suite 2506
Seven Times Square
New York, New York 10036
Tel: 212-789-3138
Fax: 212-719-0140

**Privileged And Confidential Communication.**
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.


**Privileged And Confidential Communication.**
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.