UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC,<br><br>    Plaintiff<br><br>v.<br><br>JACK E. ROBINSON, III A/K/A JACK E. ROBINSON,<br><br>    Defendant | Civil Action<br>No. 1:15-CV-11848 (DPW) |

## STATUS REPORT OF PLAINTIFF UNIVERSITAS EDUCATION, LLC

The Plaintiff Universitas Education, LLC ("Universitas") submits the within status report concerning its efforts to obtain appointment of a personal representative over the estate of Defendant Jack E. Robinson, III ("Robinson"):

1. Mr. Robinson died on November 20, 2017.

2. After several extensions of the 90 day period within which to file a Motion to Substitute (under Fed. R. Civ. P. 25(a)(1)), to permit the Defendant's next of kin to file a probate proceeding if they were to so choose, Mr. Robinson's former counsel of record in this case (Seth Marcus, Esquire) reported to the Court, at the July 23, 2018 status conference, that Mr. Robinson's family had decided not to probate an estate.

3. As a result, it has become incumbent upon Universitas to file a creditor's petition seeking appointment of a personal representative for Mr. Robinson's estate. At the July 23, 2018 Status Conference, the Court granted a further 90 day extension to Universitas under Rule 25(a)(1), to permit the Plaintiff to petition the Probate Court for appointment of a personal representative.

4. Since that date, Universitas has filed a petition with the Plymouth County, Massachusetts Probate Court, Docket No. 18P 1696 EA, seeking appointment of a public administrator as Robinson's personal representative.

5. The Plymouth County Probate Court has scheduled a hearing for Monday, October 29, 2018. Universitas believes that on that day, or shortly thereafter, a personal representative will be appointed over Mr. Robinson's estate, and that shortly thereafter, Universitas will file a Motion to Substitute in accordance with Fed. R. Civ. P. 25(a)(1).

6. While Universitas would propose that the next status conference be scheduled thirty (30) days from October 23, 2018 (the date of a previously scheduled status conference, which needs to be rescheduled), Universitas is available for a status conference on such date as is convenient for the Court.

WHEREFORE, Universitas respectfully request this Court to grant a further extension of 30 days to file a motion under Fed. R. Civ. P. 25(a)(1) to substitute a personal representative for Mr. Robinson as Defendant.

UNIVERSITAS EDUCATION, LLC,
By its Attorneys,

RIEMER & BRAUNSTEIN LLP

By: */s/ Paul S. Samson*
    Paul S. Samson, Esq., BBO No. 440160
    One Center Plaza
    Boston, Massachusetts 02108
    (617) 880-3555
    psamson@riemerlaw.com

- and -

LAW OFFICES OF JOSEPH L. MANSON, III

By: /s/ Joseph L. Manson, III
    Joseph L. Manson, III
    200 Cameron Street
    Alexandria, VA 22314

# CERTIFICATE OF SERVICE

I, Paul S. Samson, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on October 19, 2018.

*/s/ Paul S. Samson*
Paul S. Samson

2390976.1