UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC,<br><br>    Plaintiff<br><br>v.<br><br>JACK E. ROBINSON, III A/K/A JACK E. ROBINSON,<br><br>    Defendant | Civil Action<br>No. 1:15-CV-11848 (DPW) |

## STATUS REPORT OF PLAINTIFF UNIVERSITAS EDUCATION, LLC

The Plaintiff Universitas Education, LLC ("Universitas") submits this status report to update the Court on Universitas having obtained appointment of Attorney Isis Tara, as Personal Representative of the estate of Defendant Jack E. Robinson, III ("Robinson"):

1. Mr. Robinson died on November 20, 2017.

2. After several extensions of the time period to file a under Fed. R. Civ. P. 25(a)(1)) Motion to Substitute, Mr. Robinson's former counsel of record in this case (Seth Marcus, Esquire) reported to the Court, at the July 23, 2018 status conference, that Mr. Robinson's family had decided not to probate his estate.

3. As a result, on August 21, 2018, Universitas brought a creditor's petition seeking the appointment of a personal representative of Defendant Jack E. Robinson, III, in the Plymouth County Massachusetts Probate Court, Docket Number PL18P1696EA.

4. On November 13, 2018, Universitas was informed that the Court was appointing attorney Isis Tara, who has an office at 16 Cottage Street, Brockton, Massachusetts 02031, as the Personal Representative of the Defendant's Estate, subject to the posting of the normal fiduciary bond. Counsel for Universitas has communicated with attorney Tara and understands that she

expects to post the bond shortly, whereupon her appointment as Personal Representative will become official.

5. Upon attorney Tara's appointment and posting of her bond becoming official, Universitas will promptly file a motion to substitute her as Defendant in this case. Universitas projects that is should be able to file that Motion by Monday, November 26, 2018.

6. Universitas request that the Court continue the currently scheduled November 19, 2018 status conference for approximately thirty (30) on such other date as is convenient for the Court.

WHEREFORE, Universitas respectfully request this Court to grant a further extension of 14 days to file a motion under Fed. R. Civ. P. 25(a)(1) to substitute a personal representative for Mr. Robinson as Defendant, and that the Court reschedule the November 19, 2018 status conference for a convenient date for the Court in mid-December, 2018.

UNIVERSITAS EDUCATION, LLC,

By its Attorneys,

RIEMER & BRAUNSTEIN LLP

By: /s/ Paul S. Samson
    Paul S. Samson, Esq., BBO No. 440160
    One Center Plaza
    Boston, Massachusetts 02108
    (617) 880-3555
    psamson@riemerlaw.com

- and -

LAW OFFICES OF JOSEPH L. MANSON, III

By: /s/ Joseph L. Manson, III
    Joseph L. Manson, III
    200 Cameron Street
    Alexandria, VA 22314

2

## CERTIFICATE OF SERVICE

  I, Paul S. Samson, Esquire, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent by first-class mail to those indicated and non-registered participants, if any, on November 15, 2018.

           /s/ *Paul S. Samson*
           Paul S. Samson

2404607.1

3