UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC,<br><br>Plaintiff<br><br>v.<br><br>JACK E. ROBINSON, III A/K/A JACK E. ROBINSON,<br><br>Defendant | Civil Action<br>No. 1:15-CV-11848 (DPW) |

## STATUS REPORT OF PLAINTIFF UNIVERSITAS EDUCATION, LLC

The Plaintiff Universitas Education, LLC ("Universitas") submits this status report to update the Court on Universitas' efforts to obtain the an appointment, by its creditors petition with the Plymouth County, Massachusetts Probate Court, Docket Number PL18P1696EA, of a Personal Representative of the estate of Defendant Jack E. Robinson, III ("Robinson"):

1.     Mr. Robinson died on November 20, 2017. After several extensions of the time to file a Fed. R. Civ. P. 25(a)(1)) Motion to Substitute, Mr. Robinson's former counsel of record in this case (Seth Marcus, Esquire) reported to the Court, at the July 23, 2018 status conference, that Mr. Robinson's family had decided not to probate his estate.

2.     On August 21, 2018, Universitas brought a creditor's petition seeking the appointment of a personal representative of the estate of Defendant Jack E. Robinson, III, in the Plymouth County Massachusetts Probate Court, Docket Number PL18P1696EA.

3.     On November 13, 2018, Universitas was informed by the Probate Court that attorney Isis Tara, of Brockton, Massachusetts, would be appointed as the Personal Representative of Robinson's Estate. Counsel for Universitas was thereafter informed that attorney Tara was taking steps to obtain and to post the required surety bond for her appointment as Personal Representative to become official.

4. However, on November 27, 2018, Universitas was informed by the Probate Court that the Court planned to appoint Ronald Whitney, Esquire, as the personal representative of the Defendant's estate, as attorney Tara had turned down the appointment. Universitas' counsel was also informed that attorney Whitney was obtaining a surety bond, but to date the bond has not been submitted and the appointment has not yet become final.

5. Universitas is considering its options in the event that attorney Whitney fails in the near future to accept the appointment, including the potential of requesting this Court to appoint a Receiver pursuant to Fed. R. Civ. P. 66 to take custody of Defendant's assets, and the potential of requesting a default judgment in this case.

6. Universitas requests the Court to continue the currently scheduled December 20, 2018 status conference for approximately forty five (45) days to a date convenient for the Court.

WHEREFORE, Universitas respectfully request this Court to grant a further extension of 45 days to file a motion under Fed. R. Civ. P. 25(a)(1) to substitute a personal representative for Mr. Robinson as Defendant, and that the Court reschedule the December 20, 2018 status conference for a convenient date for the Court in early February, 2019.

    UNIVERSITAS EDUCATION, LLC,

    By its Attorneys,

    RIEMER & BRAUNSTEIN LLP

    By: */s/ Paul S. Samson*
        Paul S. Samson, Esq., BBO No. 440160
        One Center Plaza
        Boston, Massachusetts 02108
        (617) 880-3555
        psamson@riemerlaw.com

    - and -

    LAW OFFICES OF JOSEPH L. MANSON, III

    By:   /s/ Joseph L. Manson, III
        Joseph L. Manson, III
        200 Cameron Street
        Alexandria, VA 22314

**CERTIFICATE OF SERVICE**

       I, Paul S. Samson, Esquire, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent by first-class mail to those indicated and non-registered participants, if any, on December 18, 2018.

                                        */s/Paul S. Samson*_____
                                        Paul S. Samson

2421924.1