UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC,<br><br>     Plaintiff<br><br>v.<br><br>JACK E. ROBINSON, III A/K/A JACK E. ROBINSON,<br><br>     Defendant | Civil Action<br>No. 1:15-CV-11848 (DPW) |

## STATUS REPORT OF PLAINTIFF UNIVERSITAS EDUCATION, LLC

The Plaintiff Universitas Education, LLC ("Universitas") submits this status report to update the Court on Universitas' discovery efforts concerning the potential heirs and benefactors of Defendant Jack E. Robinson, III ("Robinson"), as well as Robinson's assets upon his demise:

1. As the Court is familiar with the pleadings and allegations in this case, Universitas will not restate them in detail, other than to state that Robinson's death and the subsequent lack of a representative for his estate have complicated this proceeding.

2. On February 5, 2019 the Court granted Universitas forty-five days to conduct discovery into Robinson's assets and to provide notice to Robinson's potential heirs and benefactors.

3. On or about March 1, 2019 Universitas served Maxine Novak with a subpoena *duces tecum* and a notice of deposition. Ms. Novak is Robinson's longtime girlfriend, business partner, and an heir of his estate. On March 15, 2019 Ms. Novak filed for a protective order and a motion to quash the subpoena in the Middle District of Florida. Universitas responded to this motion on March 25, 2019. Universitas subsequently filed a Motion to Compel compliance with the subpoena on March 29, 2019. Ms. Novak's counsel has advised Universitas that, in violation of applicable law, Ms. Novak will not comply with Universitas' discovery efforts until these matters are resolved. These matters are currently pending before the court.

4. Universitas believes that Ms. Novak has substantial information regarding Robinson's assets, and that her deposition and document production will provide important insight into the location of Robinson's assets, and will likely lead to additional discovery. In addition, as an heir of the Robinson estate, this Court indicated that it is appropriate for Universitas to take her deposition.

5. On or about March 2, 2009, Universitas served Lillian Granderson, Robinson's mother, with a subpoena *duces tecum* and a notice of deposition. She sought to avoid the deposition by filing a motion to quash, which was denied by the Middle District of Florida, Tampa Bay Division. Ms. Granderson was deposed on April 2, 2019. She produced a limited number of documents within the scope of the subpoena. During Ms. Granderson's deposition, Universitas learned that Robinson had a will, which was filed with the probate court in Naples, FL. Ms. Granderson was named as the personal representative of the estate.

6. On or about April 3, 2019 Universitas obtained a copy of Robinson's will from the Florida probate court. The will bequeaths property to Ms. Granderson and Ms. Novak, and to persons previously unknown to Universitas. Universitas requires additional time to locate and serve these individuals in order to provide them with the appropriate notice of the forthcoming summary judgment motion.

7. Universitas is in possession of a newspaper article wherein Robinson stated that he had a "twelve-year-old son." In his will, he denied that he had any children. During her deposition, Ms. Granderson had no knowledge of any Robinson children. Universitas believes that Ms. Novak has definitive knowledge regarding the existence of Robinson offspring as she lived with Robinson for twenty years. Universitas requires additional time to depose Ms. Novak, and potentially locate and serve Robinson's son.

8. Universitas has attempted to serve Sarah Robinson, Robinson's half-sister, but has been unable to do so because the address proved inaccurate. Universitas has continued to

2

diligently search for an address, and is now in possession of an address where it is optimistic that Ms. Robinson can be located and served. Universitas intends to serve Ms. Robinson immediately, but requires additional time depose her.

9. A Status Conference is currently scheduled in this case for April 12, 2019. Universitas will ask for an additional 45 days to complete discovery approved by this Court on February 5, 2019. Universitas also will request a 45 day extension to file its motion for summary judgment, until July 18, 2019.

WHEREFORE, Universitas respectfully request this Court to grant an extension of 45 days to complete its discovery efforts into Robinson's estate and beneficiaries, and that the Court enter such other and further relief as it shall determine to be just and appropriate.

UNIVERSITAS EDUCATION, LLC,
By its Attorneys,

LAW OFFICES OF JOSEPH L. MANSON, III

By: /s/ Joseph L. Manson, III
Joseph L. Manson, III
600 Cameron Street
Alexandria, VA 22314
(202) 674-1450
jmanson@jmansonlaw.com

- and –

RIEMER & BRAUNSTEIN LLP

By: /s/ Paul S. Samson / PHS
Paul S. Samson, Esq., BBO No. 440160
100 Cambridge Street
Boston, Massachusetts 02114
(617) 880-3555
psamson@riemerlaw.com

## CERTIFICATE OF SERVICE

    I, Paul S. Samson, Esquire, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent by first-class mail to those indicated and non-registered participants, if any, on ~~February~~ *April 12* 11, 2019.

                                           */s/ Paul S. Samson / PHS*
                                           Paul S. Samson