UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETTS

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>JACK E. ROBINSON, III a/k/a JACK E. ROBINSON,<br><br>　　　Defendant. | Civil Action No.<br>1:15-CV-11848 (DPW) |

## UNIVERSITAS EDUCATION, LLC'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT JACK E. ROBINSON III

Now comes Plaintiff Universitas Education, LLC ("Universitas") and files this, its *Motion for Summary Judgment Against Defendant Jack E. Robinson III*, along with its accompanying Memorandum of Law in Support, Affidavit of Sharon Siebert, Declaration of Benjamin Chernow, together with the attached exhibits, and upon all prior pleadings, respectfully moves this Court pursuant to Rule 56 of the Federal Rules of Civil Procedure to find that there is no genuine dispute of material fact and to enter a summary judgment against Defendant Jack E. Robinson III for the following claims of Universitas Education, LLC's Complaint:

　　　(1) First Claim – Violation of Racketeer Influenced and Corrupt Organizations Act

　　　(2) Second Claim – Aiding and Abetting Fraud

　　　(3) Third Claim – Breach of Fiduciary Duty

　　　(4) Fourth Claim – Negligent Misrepresentation

　　　(5) Seventh Claim – Aiding and Abetting Breach of Fiduciary Duty

　　　(6) Eighth Claim – Civil Conspiracy to Commit Fraud and Breach of Fiduciary Duty

　　　(7) Tenth Claim – Unjust Enrichment

**WHEREFORE**, for the reasons set forth in this Motion and all other supporting documents, the Law Offices of Joseph L. Manson III respectfully requests that the Court enter an order granting this Motion for Summary Judgment in its entirety, and award Plaintiff Universitas Education, LLC:

(1) Threefold damages in the amount of $92,031,830.55, including attorney's fees and costs, pursuant to 18 U.S.C. § 1964(c), for Robinson's violation of 18 U.S.C. § 1962(c) in participating in the conduct of the Carpenter Criminal Network, including the fraudulent taking of $30,677,276.85 from Universitas;

(2) Compensatory damages, in an amount no less than $30,677,276.85, representing the amount of life insurance proceeds and accrued interest that Robinson permitted and helped Carpenter and others steal, as well as the attorneys' fees Universitas has had to incur as a result of the theft;

(3) An order for restitution of at least $810,000.00 that Robinson received directly from the funds fraudulently taken from Universitas;

(4) And any such other and further relief as this Court deems just and proper.

Dated: September 3, 2019

Respectfully submitted,

*/s/ Joseph L. Manson III*
Admitted *Pro Hac Vice*
Law Offices of Joseph L. Manson III
600 Cameron Street
Alexandria, VA 22314
Telephone: 202-674-1450
jmanson@jmansonlaw.com

*Counsel for Universitas Education, LLC*

## **CERTIFICATE OF SERVICE**

I, Joseph L. Manson III, hereby certify that a true and accurate copy of the foregoing Motion of Plaintiff Universitas Education, LLC for an Extension of the Discovery and Summary Judgment Motion Filing Deadlines was filed through the ECF system on September 3, 2019.

*/s/ Joseph L. Manson III*