## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Universitas Education, LLC

      Plaintiff,

                                                                      Civil Action.
                                                                      No. 15-11848-DPW

     v.

Jack E. Robinson, III

      Defendants.


## **NOTICE OF DEFAULT**

WOODLOCK, D.J.

Upon application of the Plaintiff's Request for Entry of Default [ECF #17], for failure of the Defendant to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendants, Jack E. Robinson, III**,** are hereby defaulted this date**.**

                                                                BY THE COURT,

                                                               /s/ Christina McDonagh
                                                                  Deputy Clerk

Dated: January 28, 2021