UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETTS

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC<br><br>      Plaintiff,<br><br>           v.<br><br>JACK E. ROBINSON, III a/k/a JACK E.<br>ROBINSON,<br><br>      Defendant. | Civil Action No.<br>1:15-CV-11848 (DPW) |

### AFFIDAVIT OF SHARON SIEBERT IN SUPPORT OF PLAINTIFF UNIVERSITAS EDUCATION, LLC'S MOTION FOR DEFAULT JUDGMENT

I, Sharon Siebert respectfully submit this Affidavit in Support of the Motion for Default Judgment against the Estate of Defendant Jack E. Robinson III. I am over the age of 18, and I affirm and state the following.

1.   My name is Sharon Siebert, and I am the registered agent and 1% owner of Universitas Education, LLC ("Universitas"). I am a citizen of New York. In this capacity, I have personal knowledge of the facts contained herein.

2.   I incorporate by reference the sworn testimony in my Affidavit dated September 4, 2019 in the above-captioned case.

3.   Universitas was the sole, irrevocable beneficiary of certain life insurance proceeds from policies taken out on the life of Sash Spencer, which were supposed to be kept in trust in the Charter Oak Trust, which was controlled by Daniel Carpenter with the help of Defendant Jack. E. Robinson III. Mr. Carpenter, with the help of Mr. Robinson instead stole the proceeds for his own use and the use of his criminal enterprise.

1

4. Mr. Carpenter's liability has been litigated *ad nauseum*, and it has been judicially determined that he orchestrated the theft of the proceeds. As a result, the United States District Court for the Southern District of New York entered a judgment against Mr. Carpenter and several of his companies, including Nova Group, Inc., in which Mr. Robinson was intimately involved, in the amount of $30,600,000, plus interest. Universitas still has not recovered the entirety of the judgment.

5. In December of 2014, Universitas retained Riemer Braunstein LLP ("Riemer") to aid in Massachusetts litigation relating to the collection of a judgment obtained in the United States District Court for the Southern District of New York.  Specifically, the litigation matter was the case of *Gail Cahaly, et al. v. Boston Property Exchange Trust Company, et al.*, Civil No. 2014-CV-00530-D.

6. I was the one who found Riemer and Paul Sampson, a partner at Riemer. They were referred to me, when I was seeking a law firm to serve as local counsel in Massachusetts in late 2014.

7. On December 29, 2014, I signed an Engagement Letter sent to me by Paul Sampson, one of the partners at Riemer. I signed the Riemer Engagement letter on behalf of Universitas in New York.

8. In 2015, Riemer also began representing Universitas in the federal case *Universitas Education, LLC v. Jack E. Robinson III*, No. 1:15-cv-11848-DPW in the District of Massachusetts ("Robinson Case").

9. Riemer sent Universitas monthly bills for the services they performed in the matter. Because of Universitas's dire financial situation, it was unable to pay these bills as they became due. These bills stated the type of work performed by Riemer's attorneys, as well as the hours

spent on each task performed. Thus, in total, Riemer billed Universitas for $402,201.08 in attorneys' fees and costs. A true and accurate copy of these bills is attached as Exhibit A to my Affidavit.

10. Riemer continued to work on the above-captioned case until February 5, 2019.

11. Riemer eventually initiated a lawsuit against Universitas for the collection of the outstanding legal bills. Riemer sought a judgment of $402.201.08 in its Complaint, which is attached herein as Exhibit B. Universitas settled the case with Riemer for $275,000, which it is now attempting to pay. The settlement is attached herein as Exhibit C. Thus, Universitas has incurred $402,201.08 in attorneys' fees, and is responsible for paying $275,000 to Riemer Braunstein in this matter.

12. Additionally, Universitas utilized the services of the Law Offices of Joseph L. Manson III in the above-captioned matter. The Law Offices of Joseph L. Manson III also provided Universitas with regular bills, and they have billed $401,408.15 in the above-captioned case, as well as matters related to finding Mr. Robinson's assets and the executor of his estate.

13. Thus, Universitas has accrued $676,408.15 in attorneys' fees and costs to Riemer Braunstein and the Law Offices of Joseph L. Manson III in pursuing its RICO claims against Mr. Robinson. The estate of Mr. Robinson should be held liable for these fees and costs and they should be part of the judgment against the estate.

*Affirmation on Following Page*

3

Dated: March 1, 2021
West Palm Beach, Florida

I declare under the penalty of perjury that the foregoing is true and correct. Executed on

Sharon Siebert

Sworn before me on this _____ day of March, 2021.

Notary Public

My commission expires on _____ 08 / 07 / 2021 _____.

Bryan Calcado
Notary Public
State of Florida
My Commission Expires 08/07/202*
Commission No. GG 132129

4