**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| UNIVERSITAS EDUCATION, LLC, | ) | |
| Plaintiff, | ) | C.A. No. 1:15-cv-11848-DPW |
| v. | ) | |
| JACK E. ROBINSON III, | ) | |
| Defendant. | ) | |

**OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AS TO JACK E. ROBINSON III a/k/a JACK E. ROBINSON**

Lillian B. Granderson ("Granderson"), the 96-year-old mother of the late Defendant Jack E. Robinson III ("Robinson"), who died insolvent *almost five (5) years ago*, on November 23, 2017, hereby opposes Plaintiff's Motion for Default Judgment as to Jack E. Robinson III a/k/a Jack E. Robinson (Docket Entry Nos. 200 and 201) for the reasons set forth in her Opposition to Plaintiff's Motion to Substitute and to Vacate Court's Ruling Ordering her Substitution (Docket Entry No. 199), which are fully incorporated by reference herein. Granderson reserves the right to file a supplemental opposition following receipt of Plaintiff's response to Docket Entry No. 199, which the clerk, on behalf of the Court in an email dated May 15, 2023, asked the Plaintiff to submit no later than May 26, 2023.

**WHEREFORE,** for the foregoing reasons, Granderson respectfully requests that the Court deny Plaintiff's Motion.

**LILLIAN B. GRANDERSON,**
**BY HER ATTORNEY,**

/s/ Lana Sullivan
Lana Sullivan, BBO No. 649364
Law Office of Lana Sullivan
75 Second Avenue, Suite 605
Needham, MA 02494
(617) 454-1015
Dated: May 26, 2023                    lana@lanasullivanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 26, 2023.

/s/ Lana Sullivan
Lana Sullivan