UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETTS

|  |  |
|---|---|
| UNIVERSITAS EDUCATION, LLC<br><br>    Plaintiff,<br><br>            v.<br><br>JACK E. ROBINSON, III a/k/a JACK E. ROBINSON,<br><br>    Defendant. | Civil Action No.<br>1:15-CV-11848 (DPW) |

## **DEFAULT JUDGMENT**

Defendant Jack E. Robinson III and his Estate, through substituted party Lillian Granderson,  having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of plaintiff and affidavits demonstrating that defendant owes plaintiff the sum of $92,031,830.55; that the representative of the defendant is not an infant or incompetent person or in the military service of the United States, it is hereby

ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendant Jack E. Robinson, III, a/k/a Jack E. Robinson's estate the sum of $92,031,830.55, with post judgment interest as provided by 28 U.S.C. §1961.


                                        **/s/ Douglas P. Woodlock**
                                        _____
                                        Hon. Judge Douglas P. Woodlock
                                        District Court Judge


Dated:    **July 12, 2023**

**NOTE:  The Post Judgment interest rate effective this date is 5.42%**