UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JACK E. ROBINSON III, ) <br> ) <br> Defendant. ) | C.A. No. 1:15-cv-11848-DPW |

## NOTICE OF APPEAL AND NOTICE OF WITHDRAWAL OF COUNSEL

Notice is hereby given that Lillian B. Granderson ("Granderson") appeals to the United States Court of Appeals for the First Circuit from Orders of the United States District Court (Woodlock, J). dated July 12, 2023 [ECF Nos. 204 and 205] denying Granderson's Opposition to Plaintiff's Motion to Substitute and Motion to Vacate Court's Ruling Ordering Her Substitution [ECF No. 199], denying Granderson's Opposition to Motion for Default Judgment as to Jack E. Robinson, III, a/k/a Jack E. Robinson [ECF No. 202], and entering a default judgment against Jack E. Robinson, III, a/k/a Jack E. Robinson's estate.

The undersigned will not be representing Granderson on appeal and is filing herewith the Notice of Withdrawal attached hereto as <u>Exhibit A</u>.

LILLIAN B. GRANDERSON,
BY HER ATTORNEY,

/s/ Lana Sullivan
Lana Sullivan, BBO No. 649364
Law Office of Lana Sullivan
75 Second Avenue, Suite 605
Needham, MA 02494
(617) 454-1015
lana@lanasullivanlaw.com

Dated: August 10, 2023

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 10, 2023.

/s/ Lana Sullivan
Lana Sullivan

# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNIVERSITAS EDUCATION, LLC,    )<br>                              )<br>         Plaintiff,           )<br>                              )<br>v.                            )<br>                              )<br>JACK E. ROBINSON III,         )<br>                              )<br>         Defendant.           )  | C.A. No. 1:15-cv-11848-DPW |

## NOTICE OF WITHDRAWAL

Notice is hereby given of the withdrawal of Lana Sullivan, Esquire as counsel of record for Lillian B. Granderson ("Granderson") in the above-captioned matter.

Respectfully submitted,

/s/ Lana Sullivan
Lana Sullivan, BBO No. 649364
Law Office of Lana Sullivan
75 Second Avenue, Suite 605
Needham, MA 02494
(617) 454-1015
Dated: August 10, 2023          lana@lanasullivanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 10, 2023.

/s/ Lana Sullivan
Lana Sullivan