```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS


UNIVERSITAS EDUCATION, LLC,      )
                                 )
        Plaintiff-Appellee,      )  CIVIL ACTION NO.
                                 )  15-11848-DPW
        v.                       )
                                 )  [First Circuit No. 23-1675]
LILLIAN GRANDERSON, as successor )
to Jack E. Robinson, III,        )
                                 )
        Defendant-Appellant,     )
                                 )
JACK E. ROBINSON, III,           )
                                 )
        Third Party Plaintiff,   )
                                 )
        v.                       )
                                 )
LOEB & LOEB, LLP,                )
                                 )
        Third Party Defendant.   )
```

PROCEDURAL ORDER

May 9, 2024

The United States Court of Appeals for the First Circuit last month issued its opinion affirming this court's allowance of the plaintiff's motion to substitute Lillian Granderson as successor representative of the decedent defendant, her son, Jack E. Robinson, III.  *Universitas Education. LLC* v. *Granderson,* 98 F.4th 357, 371-76 (1st Cir. 2024).  The Court of Appeals also found that the default process by which final judgment was entered was defective.  *Id.* at 376-81.  The Court

of Appeals issued its mandate May 7, 2024 returning the case to this Court for further proceedings consistent with its opinion.

Consistent with my own general practice in instances of cases of the return of matters from the Court of Appeals that have not been disposed of finally, *cf. Jakuttis* v. *Town of Dracut*, 16-cv-12643-DPW [Dkt. Nos. 157 and 160] (procedural steps resulting in Memorandum and Order remanding case to state court for resolution of the remaining state claims), in order to address the question of the further proceedings in this court, I will set a procedural conference for **Wednesday, May 29, 2024 at 11:30 a.m.** remotely by Zoom.  In connection with that procedural conference, the parties are directed to meet and confer and thereafter present on or before **12:00 noon on Friday, May 24, 2024,** a joint proposal for further steps to bring this matter to conclusion.

      */s/ Douglas P. Woodlock*
      _____
      DOUGLAS P. WOODLOCK
      UNITED STATES DISTRICT JUDGE