UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC,<br>    PLAINTIFF-APPELLEE<br><br>V.<br><br>LILLIAN GRANDERSON, AS SUCCESSOR TO<br>JACK E. ROBINSON, III,<br>    DEFENDANT-APPELLANT,<br><br>JACK E. ROBINSON, III.<br>    THIRD PARTY PLAINTIFF<br><br>V.<br><br>LOEB & LOEB, LLP<br>    THIRD PARTY DEFENDANT | CIVIL ACTION NO.<br>15-11848-DPW<br><br>(FIRST CIRCUIT NO. 23-1675) |

*NOTICE OF WITHDRAWAL OF APPEARANCE*

To the Clerk of the Above-Named Court:

   Kindly withdraw the appearance of Jason M. Strojny as attorney for the Defendant-Appellant, Lillian Granderson, as Successor to Jack E. Robinson, III, in the above-referenced matter.

/s/ Jason M. Strojny
JASON M. STROJNY
BBO# 707774
LIBBY HOOPES BROOKS & MULVEY
260 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110
(617) 338-9300
jstrojny@lhbmlegal.com

## C<small>ERTIFICATE</small> O<small>F</small> S<small>ERVICE</small>

I, Jason Strojny, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants, including Defendant-Appellant, Lilian Granderson, on May 10, 2024.

/s/ Jason M. Strojny
J<small>ASON</small> M. S<small>TROJNY</small>