AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| Universitas Education, LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:15-cv-11848-DPW |
| Robinson | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lillian Granderson.

Date: 05/17/2024

/s/ Oscar L. Suarez
*Attorney's signature*

Oscar L. Suarez, BBO #708148
*Printed name and bar number*

Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103

*Address*

suarez@halloransage.com
*E-mail address*

(860) 297-4604
*Telephone number*

(860) 548-0006
*FAX number*

## **CERTIFICATION OF SERVICE**

      This is to certify that on May 17, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                              */s/ Oscar L. Suarez*
                                              Oscar L. Suarez