UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNIVERSITAS EDUCATION, LLC, | : | CIVIL ACTION NO. |
| | : | 1:15-CV-11848 (DPW) |
| Plaintiff | : | |
| | : | |
| V. | : | |
| | : | |
| LILLIAN GRANDERSON, as successor to Jack E. Robinson, III | : | |
| | : | |
| Defendant | : | MARCH 23, 2024 |

### DEFENDANT LILLIAN GRANDERSON'S MOTION TO RESCHEDULE THE MAY 29, 2024 PROCEDURAL CONFERENCE

The Defendant, Lillian Granderson, with assent of the Plaintiff, Universitas Education, LLC, herein respectfully moves this Court to reschedule the May 29, 2024 procedural conference and the May 24, 2024 confer deadline. Good cause exists for this request as undersigned counsel for the Defendant will be out of the country on a previously scheduled work trip as of Sunday, May 26, 2024, returning June 1, 2024. Furthermore, counsel for the Defendant is new to this matter, having just filed his appearance on May 17, 2024, and as such, needs additional time to fully review the lengthy history of this case.

Given the above, the Defendant respectfully requests that the Court's May 29, 2024 procedural conference be continued until June 28, 2024. Similarly, the Defendant requests that the deadline for the parties' joint proposal be extended from May 24, 2024 to June 21, 2024.

The Plaintiff and Defendant have conferred regarding the Defendant's continuance request and the Plaintiff has assented to said request.

WHEREFORE, Defendant Lillian Granderson respectfully requests this Court to adjourn the Hearing date currently scheduled for May 29, 2024, and continue it to June 28, 2024.

Respectfully submitted,

THE DEFENDANT
LILLIAN GRANDERSON

By her attorney,

 /s/  Oscar L. Suarez
Oscar L. Suarez, Esq., BBO # 708148
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103
(860) 522-6103
suarez@halloransage.com

## **CERTIFICATION**

I hereby certify that on  May 23, 2024 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

 /s/  *Oscar L. Suarez*
Oscar L. Suarez, Esq

Local Rule 7.1 Certification

In accordance with Local Rule 7,1(a)(2), counsel for Defendant Lillian Granderson certifies that on May 23, 2024, he conferred with counsel for Plaintiff Universitas Education, LLC., in an effort to resolve the continuance sought by the foregoing motion, and that the parties have agreed to Defendant Lillian Granderson's request.

    /s/  *Oscar L. Suarez*
    Oscar L. Suarez, Esq