UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETTS

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC<br><br>　　Plaintiff,<br><br>　　　　v.<br><br>JACK E. ROBINSON, III a/k/a JACK E. ROBINSON,\<br>　　Defendant. | Civil Action No.<br>1:15-CV-11848 (DPW) |

## JOINT PROPOSAL

Universitas Education, LLC ("Universitas") and Lillian Granderson ("Granderson"), through counsel, hereby file this Joint Proposal of the parties to bring this case to a conclusion ("Joint Proposal"). In support thereof, the Parties state as follows:

1. On May 8, 2023, this Court found that Lillian Granderson was a proper party to be substituted for the deceased Defendant Jack E. Robinson III. On July 12, 2023, this Court entered a default judgment against Ms. Granderson, which she appealed.

2. On April 15, 2024 the United States Court of Appeals for the First Circuit issued its decision on appeal. It vacated the default judgment, but affirmed Ms. Granderson's substitution as a proper successor party. On May 7, 2024, the First Circuit issued its Mandate in the above-captioned action.

3. On May 9, 2024, this Court entered a Procedural Order setting a procedural conference for May 29, 2024. The Procedural Order further directed the parties to meet and confer and present a joint proposal to bring this matter to a close by noon on May 24, 2024.

1

4. Consistent with this Court's Procedural Order, counsel for Universitas contacted and conferred with counsel for Ms. Granderson May 21, 2024. Counsel further communicated by email on May 22 and 23, 2024.

5. Counsel for Ms. Granderson indicated that in light of their recent entry into the case and complex nature of the proceedings before this Court, they required a brief extension to review the docket and adequately meet and confer with respect to a joint proposal to bring the matter to a close.

6. Thus, Ms. Granderson moved on May 24, 2024 to continue the hearing until June 28, 2024. This Court granted the motion and ordered the parties to submit a Joint Proposal by 12:00 PM ET on June 21, 2024.

7. The parties have conferred through counsel and now submit the following Joint Proposal.

8. The parties substantially agree that the next procedural step in this matter is briefing and filing cross-motions for summary judgment. While the parties agree that this is the appropriate next step, the parties could not agree on the appropriate briefing schedule.

9. Ms. Granderson has proposed the following schedule for summary judgment briefing:

   a. August 22, 2024 – Opening briefs submitted

   b. October 4, 2024 – Opposition briefs submitted

   c. October 25, 2024 – Reply briefs submitted

10. Ms. Granderson requests the extended schedule to allow Ms. Granderson's counsel, who only recently appeared in this matter, additional time to review the history of his action and

other related actions, review discovery (which Ms. Granderson's counsel does not have as of the date of this joint proposal), and evaluate the appropriate bases for summary judgment.

11. Universitas has proposed the following schedule for summary judgment briefing:

   a. August 2, 2024 – Opening briefs submitted

   b. September 2, 2024 – Opposition briefs submitted

   c. September 23, 2024 – Reply briefs submitted

12. Normally, the time limit prescribed by Local Rules 7.(b) and 56.1 is 21 days for the filing of an opposition brief for a motion for summary judgment and 14 days for the filing of a reply brief. Thus, because both parties propose extensions of their deadlines in their proposed briefing schedules, both parties respectfully request that this Court extend the time limit for filing opposition briefs and reply briefs in any potential summary judgment briefing.

13. Universitas currently intends to seek summary judgment on all remaining claims in this case that were not dismissed by this Court on December 11, 2015. (*See* Doc. No. 34-1, 5:22-6:4.) Specifically, Universitas intends to seek summary judgment on the following claims (Doc. No. 1, pp. 50-69):

   a. First Claim for Relief (Violation of Racketeer Influenced and Corrupt Organizations Act)

   b. Second Claim for Relief (Aiding and Abetting Fraud)

   c. Third Claim for Relief (Breach of Fiduciary Duty)

   d. Fourth Claim for Relief (Negligent Misrepresentation)

   e. Fifth Claim for Relief (Negligent Opinion)

   f. Seventh Claim for Relief (Aiding and Abetting Breach of Fiduciary Duty)

    g. Eighth Claim for Relief (Civil Conspiracy to Commit Fraud and Breach of Fiduciary Duty)

    h. Tenth Claim for Relief (Unjust Enrichment)

14. Ms. Granderson intends to seek summary judgment for a number of reasons, which Ms. Granderson's current counsel continues to evaluate. Potential bases for Ms. Granderson's summary judgment motion including, but are not limited to:

    a. Lack of subject matter jurisdiction;

    b. Lack of diversity;

    c. Lack of standing;

    d. Statute of limitations; and/or

    e. ERISA pre-emption.

15. Consistent with the requirements of Local Rule 56.1, the respective motions for summary judgment shall contain a "concise statement of the material facts of record as to which the moving part(ies) contend there is no genuine issue to be tried."

16. Universitas does not intend to amend its Complaint, and does not believe amendment is necessary pursuant to the substitution proceedings under Federal Rule of Civil Procedure 25(a).

17. Counsel for Ms. Granderson also indicated that they may seek to reopen discovery if necessary during the summary judgment proceedings. Universitas shall provide Ms. Granderson with the discovery received in this matter, including deposition transcripts, but does not believe that reopening discovery is necessary.

18. If this Court denies the motions for summary judgment and this case goes to trial, the parties shall be prepared to meet and confer and submit any further proposals required by this

Court to take the case to trial within thirty (30) days of this Court's ruling on the summary judgment motion.

Dated: June 21, 2024

                                                    Respectfully submitted,

*/s/ Joseph L. Manson III*_____
Admitted *Pro Hac Vice*
Law Offices of Joseph L. Manson III
600 Cameron Street
Alexandria, VA 22314
Telephone: 202-674-1450
jmanson@jmansonlaw.com

*Counsel for Universitas Education, LLC*


*Counsel for Lillian Granderson*

/s/ *Oscar L. Suarez*_____
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
860-522-6103
Email: suarez@halloransage.com

*/s/ Jennifer A. Pedevillano*
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
475-655-3400
Email: pedevillano@halloransage.com
*Admitted Pro Hac Vice*

5

## **CERTIFICATE OF SERVICE**

I, Joseph L. Manson III, hereby certify that a true and accurate copy of the foregoing Status Report was filed through the ECF system on June 21, 2024 to all counsel of record.

*/s/ Joseph L. Manson III*