UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETTS

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC<br><br>Plaintiff,<br><br>v.<br><br>LILLIAN GRANDERSON,<br><br>As successor in interest to<br><br>JACK E. ROBINSON, III a/k/a JACK E. ROBINSON,<br><br>Defendant. | Civil Action No.<br>1:15-CV-11848 (DPW)<br><br>Leave to File Oversized Brief Granted on Aug. 21, 2024<br>(Doc. No. 235) |

### UNIVERSITAS EDUCATION, LLC'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT LILLIAN GRANDERSON AS SUCCESSOR IN INTEREST TO JACK E. ROBINSON III

Now comes Plaintiff Universitas Education, LLC ("Universitas") and files this, its *Motion for Summary Judgment Against Defendant Lillian Granderson as Successor in interest to Jack E. Robinson III*, along with its accompanying Memorandum of Law in Support, which includes a Statement of Material Facts for which Universitas contends no genuine dispute exists, and together with the attached exhibits and upon all prior pleadings, respectfully moves this Court pursuant to Rule 56 of the Federal Rules of Civil Procedure to find that there is no genuine dispute of material fact and to enter a summary judgment against Defendant Lillian Granderson, as successor in interest to Jack E. Robinson III, for the following claims of Universitas Education, LLC's Complaint:

(1) First Claim – Violation of Racketeer Influenced and Corrupt Organizations Act

(2) Second Claim – Aiding and Abetting Fraud

(3) Third Claim – Breach of Fiduciary Duty

(4) Fourth/Fifth Claim – Negligent Misrepresentation/Opinion

(5) Seventh Claim – Aiding and Abetting Breach of Fiduciary Duty

(6) Eighth Claim – Civil Conspiracy to Commit Fraud and Breach of Fiduciary Duty

(7) Tenth Claim – Unjust Enrichment

**WHEREFORE**, for the reasons set forth in this Motion and all other supporting documents, Universitas respectfully requests that the Court enter an order granting this Motion for Summary Judgment in its entirety, and award Plaintiff Universitas Education, LLC:

(1) Threefold damages in the amount of $92,031,830.55, including attorney's fees and costs, pursuant to 18 U.S.C. § 1964(c), for Robinson's violation of 18 U.S.C. § 1962(c) in participating in the conduct of the Carpenter Criminal Network, including the fraudulent taking of $30,677,276.85 from Universitas;

(2) Compensatory damages, in an amount no less than $30,677,276.85, representing the amount of life insurance proceeds and accrued interest that Robinson permitted and helped Daniel Carpenter and others steal;

(3) An order for restitution of at least $770,000.00 that Robinson received directly from the funds fraudulently taken from Universitas; and

(4) And any such other and further relief as this Court deems just and proper.

Dated: August 22, 2024

        Respectfully submitted,

        */s/ Joseph L. Manson III*_____
        Admitted *Pro Hac Vice*
        Law Offices of Joseph L. Manson III
        600 Cameron Street
        Alexandria, VA 22314
        Telephone: 202-674-1450
        jmanson@jmansonlaw.com

        *Counsel for Universitas Education, LLC*

## **LOCAL RULE 7.1 CERTIFICATION**

Universitas Education, LLC certifies pursuant to Local Rule 7.1(a)(2) that prior to the filing of the instant Motion for Summary Judgment, the parties conferred and submitted a Joint Proposal (Doc. 227) regarding the filing of cross-motions for summary judgment on June 21, 2024. In that proposal, Universitas provided a statement of the claims in its Complaint (Doc. No. 1) for which it intended to seek summary judgment. Thus, Universitas has satisfied its obligations to confer and narrow the issues under Local Rule 7.1.

## **CERTIFICATE OF SERVICE**

I, Joseph L. Manson III, hereby certify that a true and accurate copy of the foregoing Motion for Summary Judgment of Plaintiff Universitas Education, LLC for an was filed through the ECF system on August 22, 2024.

                */s/ Joseph L. Manson III*