# EXHIBIT 58

 **Bank**

America's Most Convenient Bank®

GRIST MILL CAPITAL LLC
100 GRIST MILL ROAD
SIMSBURY CT 06070

STATEMENT OF ACCOUNT

| | |
|---|---|
| Page: | 1 of 3 |
| Statement Period: | Sep 01 2009-Sep 30 2009 |
| Cust Ref #: | ▮4712-720-T-### |
| Primary Account #: | ▮4712 |

## Business Convenience Checking

GRIST MILL CAPITAL LLC

Account # ▮712

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 570,514.54 | Average Collected Balance | 558,892.38 |
| Other Credits | 457,315.78 | | |
| Electronic Payments | 542,486.12 | | |
| Other Withdrawals | 50,055.00 | | |
| Ending Balance | 435,289.20 | | |

### DAILY ACCOUNT ACTIVITY

**Other Credits**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 9/16 | WIRE TRANSFER INCOMING | | 182,953.78 |
| 9/17 | WIRE TRANSFER INCOMING | | 94,990.00 |
| | CALEDON TRUST COMPANY | | |
| 9/17 | WIRE TRANSFER INCOMING | | 94,990.00 |
| | CALEDON TRUST COMPANY | | |
| 9/29 | WIRE TRANSFER INCOMING | | 84,382.00 |
| | | Subtotal: | 457,315.78 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 9/17 | eTransfer Debit | | 200,000.00 |
| | Online Xfer | | |
| | Transfer to CK ▮4689 | | |
| 9/17 | eTransfer Debit | | 182,953.78 |
| | Online Xfer | | |
| | Transfer to CK ▮4689 | | |
| 9/30 | eTransfer Debit | | 159,532.34 |
| | Online Xfer | | |
| | Transfer to CK ▮4689 | | |
| | | Subtotal: | 542,486.12 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 9/16 | WIRE TRANSFER FEE | | 10.00 |
| 9/17 | WIRE TRANSFER FEE | | 10.00 |
| 9/17 | WIRE TRANSFER FEE | | 10.00 |
| 9/23 | WIRE TRANSFER OUTGOING | | 50,000.00 |
| | JACK E ROBINSON ESQ | | |
| 9/23 | WIRE TRANSFER FEE | | 15.00 |

Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED    ©    WWW.TDBANK.COM    

# How to Balance your Account

Page:          2 of 3

Begin by adjusting your account register as follows:

ⱦ Subtract any services charges shown on this statement.

ⱦ Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

ⱦ Add any interest earned if you have an interest-bearing account.

ⱦ Add any automatic deposit or overdraft line of credit.

ⱦ Review all withdrawals shown on this statement and check them off in your account register.

ⱦ Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| ❶ Ending Balance | 435,289.20 |
| ❷ Total Deposits | |
| ❸ Sub Total | |
| ❹ Total Withdrawals | |
| ❺ Adjusted Balance | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits ❷ | | |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals ❹ | | |

**FOR CONSUMER ACCOUNTS ONLY • IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

ⱦ   Your name and account number.
ⱦ   A description of the error or transaction you are unsure about.
ⱦ   The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY • BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

ⱦ   Your name and account number.
ⱦ   The dollar amount of the suspected error.
ⱦ   Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES:Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period where the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

TD- UNIVERSITAS   0366



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

GRIST MILL CAPITAL LLC

| | | |
|---|---|---|
| Page: | | 3 of 3 |
| Statement Period: | Sep 01 2009-Sep 30 2009 | |
| Cust Ref #: | ████4712-720-T-### | |
| Primary Account #: | ████4712 | |

DAILY ACCOUNT ACTIVITY

Other Withdrawals (continued)

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 9/29 | WIRE TRANSFER FEE | | 10.00 |
| | | Subtotal: | 50,055.00 |

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 8/31 | 570,514.54 | 9/23 | 510,449.54 |
| 9/16 | 753,458.32 | 9/29 | 594,821.54 |
| 9/17 | 560,464.54 | 9/30 | 435,289.20 |

Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED        ©        WWW.TDBANK.COM



 **Banknorth**

STATEMENT OF ACCOUNT

GRIST MILL CAPITAL LLC
100 GRIST MILL ROAD
SIMSBURY CT  06070

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period:  Aug 01 2009-Aug 31 2009 | |
| Cust Ref #: | 4712-720-T-### |
| Primary Account #: | 74712 |

## Business Convenience Checking

GRIST MILL CAPITAL LLC                                            Account #       4712

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,022,159.94 | Average Collected Balance | 655,093.97 |
| Deposits | 298,354.60 | | |
| Electronic Payments | 750,000.00 | | |
| Ending Balance | 570,514.54 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | SERIAL NO. | | AMOUNT |
|---|---|---|---|---|
| 8/12 | DEPOSIT | | | 41,500.00 |
| 8/19 | DEPOSIT | | | 256,854.60 |
| | | | Subtotal: | 298,354.60 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | SERIAL NO. | | AMOUNT |
|---|---|---|---|---|
| 8/4 | eTransfer Debit | | | 500,000.00 |
| | Online Xfer | | | |
| | Transfer to CK 4655 | | | |
| 8/27 | eTransfer Debit | | | 250,000.00 |
| | Online Xfer | | | |
| | Transfer to CK 4655 | | | |
| | | | Subtotal: | 750,000.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 7/31 | 1,022,159.94 | 8/19 | 820,514.54 |
| 8/4 | 522,159.94 | 8/27 | 570,514.54 |
| 8/12 | 563,659.94 | | |

Call 1-800-428-7000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED          ©          WWW.TDBANKNORTH.COM



TD- UNIVERSITAS   0363

# How to Balance your Account

Page:        2 of 2

Begin by adjusting your account register as follows:

|   Subtract any services charges shown on this statement.

|   Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

|   Add any interest earned if you have an interest-bearing account.

|   Add any automatic deposit or overdraft line of credit.

|   Review all withdrawals shown on this statement and check them off in your account register.

|   Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| ❶ Ending Balance | 579,514.54 |
| ❷ Total Deposits | + |
| ❸ Sub Total | |
| ❹ Total Withdrawals | - |
| ❺ Adjusted Balance | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY • IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377.

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

|   Your name and account number.
|   A description of the error or transaction you are unsure about.
|   The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

TD Banknorth is a trade name of TD Bank, N.A.

**FOR CONSUMER LOAN ACCOUNTS ONLY • BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared.  You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

|   Your name and account number..
|   The dollar amount of the suspected error.
|   Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES:Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day.  There is no grace period during which no finance charge accrues.  Finance charge adjustments are included in your total finance charge.

TD- UNIVERSITAS   0364

 **Banknorth**

STATEMENT OF ACCOUNT

GRIST MILL CAPITAL LLC
100 GRIST MILL ROAD
SIMSBURY CT  06070

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Jul 01 2009-Jul 31 2009 |
| Cust Ref #: | ████4712-720-T-### |
| Primary Account #: | ████4712 |

Business Convenience Checking
GRIST MILL CAPITAL LLC

Account #-████4712

## ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 472,174.94 | Average Collected Balance | 767,328.97 |
| Deposits | 425,000.00 | | |
| Other Credits | 2,500,000.00 | | |
| | | | |
| Electronic Payments | 150,000.00 | | |
| Other Withdrawals | 2,225,015.00 | | |
| Ending Balance | 1,022,159.94 | | |

## DAILY ACCOUNT ACTIVITY

Deposits

| POSTING DATE | DESCRIPTION | SERIAL NO. | | AMOUNT |
|---|---|---|---|---|
| 7/17 | DEPOSIT | | | 425,000.00 |
| | | | Subtotal: | 425,000.00 |

Other Credits

| POSTING DATE | DESCRIPTION | SERIAL NO. | | AMOUNT |
|---|---|---|---|---|
| 7/13 | CREDIT | | | 2,500,000.00 |
| | | | Subtotal: | 2,500,000.00 |

Electronic Payments

| POSTING DATE | DESCRIPTION | SERIAL NO. | | AMOUNT |
|---|---|---|---|---|
| 7/16 | eTransfer Debit | | | 150,000.00 |
| | Transfer to ████4663 | | | |
| | | | Subtotal: | 150,000.00 |

Other Withdrawals

| POSTING DATE | DESCRIPTION | SERIAL NO. | | AMOUNT |
|---|---|---|---|---|
| 7/7 | DEBIT | | | 10,000.00 |
| 7/7 | DEBIT | | | 5,000.00 |
| 7/13 | DEBIT | | | 2,200,000.00 |
| 7/17 | WIRE TRANSFER OUTGOING | | | 10,000.00 |
| | ANDREW D AND MARIA G TERRELL | | | |
| 7/17 | WIRE TRANSFER FEE | | | 15.00 |
| | | | Subtotal: | 2,225,015.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 6/30 | 472,174.94 | 7/16 | 607,174.94 |
| 7/7 | 457,174.94 | 7/17 | 1,022,159.94 |
| 7/13 | 757,174.94 | | |

Call 1-800-428-7000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED        ©        WWW.TDBANKNORTH.COM        LENDER

# How to Balance your Account

Begin by adjusting your account register as follows:

ℾ Subtract any services charges shown on this statement.

ℾ Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

ℾ Add any interest earned if you have an interest-bearing account.

ℾ Add any automatic deposit or overdraft line of credit.

ℾ Review all withdrawals shown on this statement and check them off in your account register.

ℾ Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| ❶ | | |
|---|---|---|
| Ending Balance | | 1,022,159.94 |
| ❷ | | |
| Total Deposits | + | |
| ❸ | | |
| Sub Total | | |
| ❹ | | |
| Total Withdrawals | - | |
| ❺ | | |
| Adjusted Balance | | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY • IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377.

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

ℾ Your name and account number.
ℾ A description of the error or transaction you are unsure about.
ℾ The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

TD Banknorth is a trade name of TD Bank, N.A.

**FOR CONSUMER LOAN ACCOUNTS ONLY • BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

ℾ Your name and account number.
ℾ The dollar amount of the suspected error.
ℾ Describe the error and explain, if you can, why you believe there is an error.
ℾ If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES:Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

 **Banknorth**

GRIST MILL CAPITAL LLC
100 GRIST MILL ROAD
SIMSBURY CT 06070

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Jun 01 2009-Jun 30 2009 |
| Cust Ref #: | ■4712-720-T-### |
| Primary Account #: | ■4712 |

**Business Convenience Checking**
GRIST MILL CAPITAL LLC

Account # ■4712

## ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 4,707,102.75 | Average Collected Balance | 1,702,892.02 |
| Other Withdrawals | 4,234,927.81 | | |
| Ending Balance | 472,174.94 | | |

## DAILY ACCOUNT ACTIVITY

| Other Withdrawals POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 6/9 | WIRE TRANSFER OUTGOING GRIST MILL TRUST | | 2,833,568.64 |
| 6/9 | WIRE TRANSFER OUTGOING GRIST MILL TRUST | | 965,314.17 |
| 6/9 | WIRE TRANSFER FEE | | 15.00 |
| 6/9 | WIRE TRANSFER FEE | | 15.00 |
| 6/15 | WIRE TRANSFER OUTGOING ANDREW D AND MARIA G TERRELL | | 10,000.00 |
| 6/15 | WIRE TRANSFER FEE | | 15.00 |
| 6/16 | DEBIT | | 425,000.00 |
| 6/16 | DEBIT | | 1,000.00 |
| | | Subtotal: | 4,234,927.81 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 5/31 | 4,707,102.75 | 6/15 | 898,174.94 |
| 6/9 | 908,189.94 | 6/16 | 472,174.94 |

BANK DEPOSITS FDIC INSURED          ©          WWW.TDBANKNORTH.COM



TD- UNIVERSITAS   0359

# How to Balance your Account

Begin by adjusting your account register as follows:

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| ❶ Ending Balance | 472,174.94 |
| ❷ Total + Deposits | |
| ❸ Sub Total | |
| ❹ Total − Withdrawals | |
| ❺ Adjusted Balance | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY • IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377.

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

TD Banknorth is a trade name of TD Bank, N.A.

**FOR CONSUMER ACCOUNTS ONLY • BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write to us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error.
- If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES-Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

 **Banknorth**

STATEMENT OF ACCOUNT

GRIST MILL CAPITAL LLC
100 GRIST MILL ROAD
SIMSBURY CT  06070

Page:                                                1 of 2
Statement Period: May 20 2009-May 31 2009
Cust Ref #:                        4712-720-T-###
Primary Account #:                        712

### Business Convenience Checking
GRIST MILL CAPITAL LLC                                                                    Account #        4712

## ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | Average Collected Balance | 4,266,846.68 |
| Deposits | 10,863,842.75 | | |
| Other Withdrawals | 6,156,740.00 | | |
| Ending Balance | 4,707,102.75 | | |

## DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | SERIAL NO. | | AMOUNT |
|---|---|---|---|---|
| 5/21 | DEPOSIT | | | 8,677,276.75 |
| 5/26 | DEPOSIT | | | 2,186,566.00 |
| | | | Subtotal: | 10,863,842.75 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | SERIAL NO. | | AMOUNT |
|---|---|---|---|---|
| 5/22 | WIRE TRANSFER OUTGOING GRIST MILL CAPITAL LLC | | | 3,356,700.00 |
| 5/22 | DEBIT | | | 2,100,000.00 |
| 5/22 | WIRE TRANSFER FEE | | | 20.00 |
| 5/28 | WIRE TRANSFER OUTGOING GRIST MILL CAPITAL LLC | | | 700,000.00 |
| 5/28 | WIRE TRANSFER FEE | | | 20.00 |
| | | | Subtotal: | 6,156,740.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 5/20 | 0.00 | 5/26 | 5,407,122.75 |
| 5/21 | 8,677,276.75 | 5/28 | 4,707,102.75 |
| 5/22 | 3,220,556.75 | | |

Call 1-800-428-7000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED          ©          WWW.TDBANKNORTH.COM



# How to Balance your Account

Page:    2 of 2

Begin by adjusting your account register as follows:

ꞁ Subtract any services charges shown on this statement.

ꞁ Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

ꞁ Add any interest earned if you have an interest-bearing account.

ꞁ Add any automatic deposit or overdraft line of credit.

ꞁ Review all withdrawals shown on this statement and check them off in your account register.

ꞁ Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| **❶** Ending Balance | 4,707,102.75 |
| **❷** Total Deposits | + |
| **❸** Sub Total | |
| **❹** Total Withdrawals | - |
| **❺** Adjusted Balance | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | **❷** |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | **❹** |

**FOR CONSUMER ACCOUNTS ONLY • IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377.

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

ꞁ Your name and account number.
ꞁ A description of the error or transaction you are unsure about.
ꞁ The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

TD Banknorth is a trade name of TD Bank, N.A.

**FOR CONSUMER ACCOUNTS ONLY • BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

ꞁ Your name and account number.
ꞁ The dollar amount of the suspected error.
ꞁ Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES:Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

TD- UNIVERSITAS   0358



Account: 548
Amount: 30,677,276.85
PostDate: 20090518
Tran_ID: 402017972
CheckNum: 0
DIN: 402017972
ReturnReasonDescription:
ECEItemSeqNum:

Account: 548
Amount: 30,677,276.85
PostDate: 20090518
Tran_ID: 402017972
CheckNum: 0
DIN: 402017972
ReturnReasonDescription:
ECEItemSeqNum:

Account: 1693
Amount: 20,451,517.83
PostDate: 20090518
Tran_ID: 402017972
CheckNum: 14579296
DIN: 402017973
ReturnReasonDescription:
ECEItemSeqNum:

Account: 1693
Amount: 20,451,517.83
PostDate: 20090518
Tran_ID: 402017972
CheckNum: 14579296
DIN: 402017973
ReturnReasonDescription:
ECEItemSeqNum:

TD-Universitas 0002



TD-Universitas 0003

CORRECTION

NO IMAGE AVAILABLE

Account: 693
Amount: 10,225,758.92
PostDate: 20090518
Tran_ID: 402017972
CheckNum: 14579295
DIN: 402017974
ReturnReasonDescription:
ECEItemSeqNum:

Account: 693
Amount: 10,225,758.92
PostDate: 20090518
Tran_ID: 402017972
CheckNum: 14579295
DIN: 402017974
ReturnReasonDescription:
ECEItemSeqNum:

Account: 600
Amount: 0.10
PostDate: 20090518
Tran_ID: 402017972
CheckNum: 0
DIN: 409000513
ReturnReasonDescription:
ECEItemSeqNum:

Account: 600
Amount: 0.10
PostDate: 20090518
Tran_ID: 402017972
CheckNum: 0
DIN: 409000513
ReturnReasonDescription:
ECEItemSeqNum:

 **Banknorth**

STATEMENT OF ACCOUNT

CHARTER OAK TRUST
WAYNE H BURSEY TRUSTEE
100 GRIST MILL RD
SIMSBURY CT 06070

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | May 12 2009-May 20 2009 |
| Cust Ref #: | ▮548-726-T-### |
| Primary Account #: | ▮548 |

**Business Premier Money Market**
CHARTER OAK TRUST
WAYNE H BURSEY TRUSTEE

Account # ▮4548

## ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | Average Collected Balance | 6,817,433.13 |
| Deposits | 30,677,296.85 | Interest Paid this Period | 2,084.38 |
| Other Credits | 2,084.38 | Interest Paid Year-to-Date | 2,084.38 |
| | | Annual Percentage Yield Earned | 0.28% |
| Ending Balance | 30,679,381.23 | Days in Period | 9 |

## DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 5/13 | DEPOSIT | | 20.00 |
| 5/18 | DEPOSIT | | 30,677,276.85 |
| | | Subtotal: | 30,677,296.85 |

**Other Credits**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 5/20 | INTEREST PAID | | 2,084.38 |
| | | Subtotal: | 2,084.38 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 5/12 | 0.00 | 5/18 | 30,677,296.85 |
| 5/13 | 20.00 | 5/20 | 30,679,381.23 |

Call 1-800-428-7000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED  WWW.TDBANKNORTH.COM 

# How to Balance your Account

Begin by adjusting your account register as follows:

I   **Subtract any services charges shown on this statement.**

I   **Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.**

I   **Add any interest earned if you have an interest-bearing account.**

I   **Add any automatic deposit or overdraft line of credit.**

I   **Review all withdrawals shown on this statement and check them off in your account register.**

I   **Follow instructions 2-5 to verify your ending account balance.**

1.  **Your ending balance shown on this statement is:**

2.  **List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.**

3.  **Subtotal by adding lines 1 and 2.**

4.  **List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.**

5.  **Subtract Line 4 from 3. This adjusted balance should equal your account balance.**

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total Deposits |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total Withdrawals |  |  |

**FOR CONSUMER ACCOUNTS ONLY • IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377.

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

I   Your name and account number.
I   A description of the error or transaction you are unsure about
I   The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

TD Banknorth is a trade name of TD Bank, N.A.

**FOR CONSUMER ACCOUNTS ONLY • BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

I   Your name and account number.
I   The dollar amount of the suspected error.
I   Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your MoneyLine/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

TD·UNIVERSITAS 0348



TD-UNIVERSITAS 0349

CHECKS (LIST SINGLY) | DOLLARS | CENTS

TOTALS

$2,186,566.00   TREASY

DDA Dep Val

712
0023  Simsbury   OR CT 8507

Account: 712
Amount: 2,186,566.00
PostDate: 20090526
Tran_ID: 401154920
CheckNum: 0
DIN: 401154920
ReturnReasonDescription:
ECEItemSeqNum:

0n-Us Cash CHK Val   TREASY
$2,186,566.00

548
0022  Simsbury   OR CT 8507

Account: 548
Amount: 2,186,566.00
PostDate: 20090526
Tran_ID: 401154920
CheckNum: 0
DIN: 401154920
ReturnReasonDescription:
ECEItemSeqNum:

---

TD Banknorth

CHECKING DEPOSIT

Grist Mill Capital

PLEASE ENDORSE ALL CHECKS

712

$ 2,186,566.00

Account: 712
Amount: 2,186,566.00
PostDate: 20090526
Tran_ID: 401154920
CheckNum: 0
DIN: 401154920
ReturnReasonDescription:
ECEItemSeqNum:

---

TD Banknorth

CHECKING DEBIT MEMO

Charter Oak Trust

1548

500

$ 2,186,566.00

Account: 548
Amount: 2,186,566.00
PostDate: 20090526
Tran_ID: 401154920
CheckNum: 0
DIN: 401154921
ReturnReasonDescription:
ECEItemSeqNum:

# EXHIBIT
# 59

 **Banknorth**

STATEMENT OF ACCOUNT

CHARTER OAK TRUST
WAYNE H BURSEY TRUSTEE
100 GRIST MILL RD
SIMSBURY CT 06070

Page:                                1 of 2
Statement Period: May 12 2009-May 20 2009
Cust Ref #:                    4548-726-T-###
Primary Account #:                      4548

Business Premier Money Market

CHARTER OAK TRUST                                         Account # ████████4548
WAYNE H BURSEY TRUSTEE

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | Average Collected Balance | 6,817,433.13 |
| Deposits | 30,677,296.85 | Interest Paid this Period | 2,084.38 |
| Other Credits | 2,084.38 | Interest Paid Year-to-Date | 2,084.38 |
| | | Annual Percentage Yield Earned | 0.28% |
| Ending Balance | 30,679,381.23 | Days in Period | 9 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 5/13 | DEPOSIT | | 20.00 |
| 5/18 | DEPOSIT | | 30,677,276.85 |
| | | Subtotal: | 30,677,296.85 |

**Other Credits**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 5/20 | INTEREST PAID | | 2,084.38 |
| | | Subtotal: | 2,084.38 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 5/12 | 0.00 | 5/18 | 30,677,296.85 |
| 5/13 | 20.00 | 5/20 | 30,679,381.23 |

Call 1-800-428-7000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED        ©        WWW.TDBANKNORTH.COM        

TD-Universitas 0011

# How to Balance your Account

Begin by adjusting your account register as follows:

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## FOR CONSUMER ACCOUNTS ONLY - IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377.

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

### INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

TD Banknorth is a trade name of TD Bank, N.A.

## FOR CONSUMER ACCOUNTS ONLY - BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error.
  If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "OD" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Debit times the Daily Periodic Rate listed in the Account Summary section on the front of the statement. The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

TD-Universitas 0012

 **Banknorth**

STATEMENT OF ACCOUNT

CHARTER OAK TRUST
WAYNE H BURSEY TRUSTEE
100 GRIST MILL RD
SIMSBURY CT 06070

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | May 21 2009-Jun 20 2009 |
| Cust Ref #: | ████4548-726-T-### |
| Primary Account #: | ████4548 |

**Business Premier Money Market**
CHARTER OAK TRUST
WAYNE H BURSEY TRUSTEE

Account # ████4548

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 30,679,381.23 | Average Collected Balance | 20,168,824.13 |
| Other Credits | 19,025.17 | Interest Paid this Period | 19,025.17 |
| | | Interest Paid Year-to-Date | 21,109.55 |
| Other Withdrawals | 10,863,842.75 | Annual Percentage Yield Earned | 1.12% |
| Ending Balance | 19,834,563.65 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

Other Credits

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 6/19 | INTEREST PAID | | 19,025.17 |
| | | Subtotal: | 19,025.17 |

Other Withdrawals

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 5/21 | DEBIT | | 8,677,276.75 |
| 5/26 | DEBIT | | 2,186,566.00 |
| | | Subtotal: | 10,863,842.75 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 5/20 | 30,679,381.23 | 5/26 | 19,815,538.48 |
| 5/21 | 22,002,104.48 | 6/19 | 19,834,563.65 |

BANK DEPOSITS FDIC INSURED        ©        WWW.TDBANKNORTH.COM



TD-Universitas 0013

# How to Balance your Account

Page:     2 of 2

Begin by adjusting your account register as follows:

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**FOR CONSUMER ACCOUNTS ONLY · IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377.

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

TD Banknorth is a trade name of TD Bank, N.A.

**FOR CONSUMER ACCOUNTS ONLY · BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your MoneyLine/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

 **Banknorth**

STATEMENT OF ACCOUNT

CHARTER OAK TRUST
WAYNE H BURSEY TRUSTEE
100 GRIST MILL RD
SIMSBURY CT 06070

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Jun 21 2009-Jul 20 2009 |
| Cust Ref #: | ████'4548-726-T-### |
| Primary Account #: | ████4548 |

Business Premier Money Market
CHARTER OAK TRUST
WAYNE H BURSEY TRUSTEE

Account # ████4548

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 19,834,563.65 | Average Collected Balance | 19,834,984.79 |
| Other Credits | 12,634.35 | Interest Paid this Period | 12,634.35 |
| | | Interest Paid Year-to-Date | 33,743.90 |
| Ending Balance | 19,847,198.00 | Annual Percentage Yield Earned | 0.78% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

Other Credits

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 7/20 | INTEREST PAID | | 12,634.35 |
| | | Subtotal: | 12,634.35 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE |
|---|---|
| 6/20 | 19,834,563.65 |
| 7/20 | 19,847,198.00 |

Call 1-800-428-7000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED    ©    WWW.TDBANKNORTH.COM 

TD-Universitas 0015

# How to Balance your Account

Begin by adjusting your account register as follows:

ı  Subtract any services charges shown on this statement.

ı  Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

ı  Add any interest earned if you have an interest-bearing account.

ı  Add any automatic deposit or overdraft line of credit.

ı  Review all withdrawals shown on this statement and check them off in your account register.

ı  Follow instructions 2-5 to verify your ending account balance.

1.  Your ending balance shown on this statement is:

2.  List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3.  Subtotal by adding lines 1 and 2.

4.  List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5  Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total Deposits |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total Withdrawals |  |  |

FOR CONSUMER ACCOUNTS ONLY • IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377.

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

ı    Your name and account number.
ı    A description of the error or transaction you are unsure about.
ı    The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

TD Banknorth is a trade name of TD Bank, N.A

FOR CONSUMER LOAN ACCOUNTS ONLY •  BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

ı    Your name and account number.
ı    The dollar amount of the suspected error.
ı    Describe the error and explain, if you can, why you believe there is an error.
     If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of this statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

 **Banknorth**

STATEMENT OF ACCOUNT

CHARTER OAK TRUST
WAYNE H BURSEY TRUSTEE
100 GRIST MILL RD
SIMSBURY CT 06070

Page:              1 of 2
Statement Period:  Jul 21 2009-Aug 20 2009
Cust Ref #:                4548-726-T-###
Primary Account #:            4548

**Business Premier Money Market**
CHARTER OAK TRUST
WAYNE H BURSEY TRUSTEE

Account #      4548

## ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 19,847,198.00 | Average Collected Balance | 19,847,605.81 |
| Other Credits | 12,642.39 | Interest Paid this Period | 12,642.39 |
| | | Interest Paid Year-to-Date | 46,386.29 |
| Ending Balance | 19,859,840.39 | Annual Percentage Yield Earned | 0.75% |
| | | Days in Period | 31 |

## DAILY ACCOUNT ACTIVITY

Other Credits

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 8/20 | INTEREST PAID | | 12,642.39 |
| | | Subtotal: | 12,642.39 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE |
|---|---|
| 7/20 | 19,847,198.00 |
| 8/20 | 19,859,840.39 |

Call 1-800-428-7000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED          WWW.TDBANKNORTH.COM     

TD-Universitas 0017

# How to Balance your Account

Begin by adjusting your account register as follows:

ꞏ Subtract any services charges shown on this statement.

ꞏ Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

ꞏ Add any interest earned if you have an interest-bearing account.

ꞏ Add any automatic deposit or overdraft line of credit.

ꞏ Review all withdrawals shown on this statement and check them off in your account register.

ꞏ Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL Deposits |  |  |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**FOR CONSUMER ACCOUNTS ONLY ꞏ IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377.

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

ꞏ    Your name and account number.
ꞏ    A description of the error or transaction you are unsure about.
ꞏ    The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

TD Banknorth is a trade name of TD Bank, N.A.

**FOR CONSUMER LOAN ACCOUNTS ONLY ꞏ BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

ꞏ    Your name and account number..
ꞏ    The dollar amount of the expected error.
ꞏ    Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your MoneyLine/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

TD-Universitas 0018

 **Banknorth**

STATEMENT OF ACCOUNT

CHARTER OAK TRUST
WAYNE H BURSEY TRUSTEE
100 GRIST MILL RD
SIMSBURY CT 06070

Page: 1 of 2
Statement Period: Aug 21 2009-Sep 20 2009
Cust Ref #: ▓▓▓1548-726-T-###
Primary Account #: ▓▓▓74548

Business Premier Money Market
CHARTER OAK TRUST
WAYNE H BURSEY TRUSTEE

Account # ▓▓▓1548

## ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 19,859,840.39 | Average Collected Balance | 19,860,248.46 |
| Other Credits | 12,650.45 | Interest Paid this Period | 12,650.45 |
| | | Interest Paid Year-to-Date | 59,036.74 |
| Ending Balance | 19,872,490.84 | Annual Percentage Yield Earned | 0.75% |
| | | Days in Period | 31 |

## DAILY ACCOUNT ACTIVITY

Other Credits

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 9/18 | INTEREST PAID | | 12,650.45 |
| | | Subtotal: | 12,650.45 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE |
|---|---|
| 8/20 | 19,859,840.39 |
| 9/18 | 19,872,490.84 |

Call 1-800-428-7000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED  ©  WWW.TDBANKNORTH.COM  

TD-Universitas 0019

# How to Balance your Account

Begin by adjusting your account register as follows:

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL DEPOSITS | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| WITHDRAWALS | | |

**FOR CONSUMER ACCOUNTS ONLY • IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377.

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

TD Banknorth is a trade name of TD Bank, N.A.

**FOR CONSUMER LOAN ACCOUNTS ONLY • BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of this statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

TD-Universitas 0020

# EXHIBIT 60

TD - Universitas 0107



Case 1:11-cv-08726-LTS-HBP   Document 124-9   Filed 11/28/12   Page 3 of 4

**CHECKING WITHDRAWAL**

## TD Bank

NAME Charter Oak Trust   DATE Oct 21, 2009

Nineteen million eight hundred thousand dollars *nineteen ms savings*

4548  $ 19,800,000,00

TOTAL AMOUNT

ACCOUNT NUMBER

500

CH-04 (09/09)

⑈5140⑈ 1054⑈:

Account: 4548
Amount: 19,800,000.00
PostDate: 20091027
Tran_ID: 401038132
CheckNum: 0
DIN: 401038133
ReturnReasonCode:
ReturnReasonDescription:

---

⑈5140⑈ 1054⑈: ...&5AC&&&r-i:0/27/09 1

DDA Withdrawal

Simsbury          SYOUROUS 4  4523 507

4548

$19,800,000.00

Account: 4548
Amount: 19,800,000.00
PostDate: 20091027
Tran_ID: 401038132
CheckNum: 0
DIN: 401038133
ReturnReasonCode:
ReturnReasonDescription:

---

**CHECKING WITHDRAWAL**

TD Bank, N.A.

## TD Bank

NAME Charter Oak Trust   DATE Nov 12, 2009

Six hundred thousand dollars and *no pream ms savings*

4548          $ 600 000.00

MONTH & DAY

ACCT #

500

CH-04-02 (10/09)

⑈5140⑈ 1054⑈:

Account: 4548
Amount: 600,000.00
PostDate: 20091112
Tran_ID: 401072210
CheckNum: 0
DIN: 401072211
ReturnReasonCode:
ReturnReasonDescription:

---

⑈5140⑈ 1054⑈: ...i:11/12/09 2

DDA Withdrawal

Simsbury          DAFOSTER 4  4523 507

74548

$600,000.00

Account: 74548
Amount: 600,000.00
PostDate: 20091112
Tran_ID: 401072210
CheckNum: 0
DIN: 401072211
ReturnReasonCode:
ReturnReasonDescription:

COT_TD000009

# EXHIBIT
# 61



**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

GRIST MILL CAPITAL LLC
100 GRIST MILL ROAD
SIMSBURY CT  06070

Page:                                          1 of 3
Statement Period:  Oct 01 2009-Oct 31 2009
Cust Ref #:                ▓74712-720-T-###
Primary Account #:              ▓4712

### REG GG/INTERNET GAMBLING NOTIFICATION

PURSUANT TO THE UNLAWFUL INTERNET GAMBLING ENFORCEMENT ACT OF 2006 AND
REGULATION GG, "RESTRICTED TRANSACTIONS" SUCH AS THOSE IN WHICH A PERSON ACCEPTS
CREDIT, FUNDS, INSTRUMENTS OR OTHER PROCEEDS FROM ANOTHER PERSON IN CONNECTION
WITH UNLAWFUL INTERNET GAMBLING ARE PROHIBITED FROM BEING PROCESSED THROUGH
YOUR ACCOUNT OR RELATIONSHIP WITH OUR INSTITUTION.

Business Convenience Checking
GRIST MILL CAPITAL LLC                                                Account # ▓▓4712

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 435,289.20 | Average Collected Balance | 1,280,856.94 |
| Deposits | 19,800,000.00 | | |
| Electronic Deposits | 3,000,000.00 | | |
| Other Credits | 67,547.00 | | |
| | | | |
| Electronic Payments | 19,169,537.00 | | |
| Other Withdrawals | 2,420,690.00 | | |
| Ending Balance | 1,712,609.20 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 10/27 | DEPOSIT | | 19,800,000.00 |
| | | Subtotal: | 19,800,000.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 10/28 | eTransfer Credit | | 3,000,000.00 |
| | Online Xfer | | |
| | Transfer from CK ▓▓▓7136 | | |
| | | Subtotal: | 3,000,000.00 |

**Other Credits**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 10/15 | WIRE TRANSFER INCOMING | | 67,547.00 |
| | CALEDON TRUST COMPANY | | |
| | | Subtotal: | 67,547.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 10/7 | eTransfer Debit | | 100,000.00 |
| | Online Xfer | | |
| | Transfer to CK ▓▓▓4689 | | |

Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED              ©              WWW.TDBANK.COM

TD- UNIVERSITAS  0368

# How to Balance your Account

Page:  2 of 3

Begin by adjusting your account register as follows:

ꭲ Subtract any services charges shown on this statement.

ꭲ Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

ꭲ Add any interest earned if you have an interest-bearing account.

ꭲ Add any automatic deposit or overdraft line of credit.

ꭲ Review all withdrawals shown on this statement and check them off in your account register.

ꭲ Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| ❶ Ending Balance | 1,712,609.20 |
| ❷ Total Deposits | + |
| ❸ Sub-Total | |
| ❹ Total Withdrawals | - |
| ❺ Adjusted Balance | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits ❷ | | |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals ❹ | | |

FOR CONSUMER ACCOUNTS ONLY · IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

ꭲ   Your name and account number.
ꭲ   A description of the error or transaction you are unsure about.
ꭲ   The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

FOR CONSUMER LOAN ACCOUNTS ONLY ·  BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

ꭲ   Your name and account number.
ꭲ   The dollar amount of the suspected error.
ꭲ   Describe the error and explain, if you can, why you believe there is an error.
    If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES:Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge.  The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full.  To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle.  The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day.  There is no grace period during which no finance charge accrues.  Finance charge adjustments are included in your total finance charge.

TD- UNIVERSITAS   0369



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

GRIST MILL CAPITAL LLC

| | |
|---|---|
| Page: | 3 of 3 |
| Statement Period: | Oct 01 2009-Oct 31 2009 |
| Cust Ref #: | ▇▇▇4712-720-T-### |
| Primary Account #: | ▇▇▇4712 |

---

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 10/15 | eTransfer Debit | | 69,537.00 |
| | Online Xfer | | |
| | Transfer to CK ▇▇▇4655 | | |
| 10/28 | eTransfer Debit | | 19,000,000.00 |
| | Online Xfer | | |
| | Transfer to CK ▇▇▇7136 | | |
| | | Subtotal: | 19,169,537.00 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 10/15 | WIRE TRANSFER FEE | | 10.00 |
| 10/27 | DEBIT | | 333,000.00 |
| 10/27 | WIRE TRANSFER OUTGOING | | 105,700.00 |
| | Lincoln National Life Insurance Co | | |
| 10/27 | WIRE TRANSFER OUTGOING | | 31,950.00 |
| | Lincoln National Life Insurance Co | | |
| 10/27 | WIRE TRANSFER FEE | | 15.00 |
| 10/27 | WIRE TRANSFER FEE | | 15.00 |
| 10/30 | DEBIT | | 1,800,000.00 |
| 10/30 | DEBIT | | 150,000.00 |
| | | Subtotal: | 2,420,690.00 |

---

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 9/30 | 435,289.20 | 10/27 | 19,662,609.20 |
| 10/7 | 335,289.20 | 10/28 | 3,662,609.20 |
| 10/15 | 333,289.20 | 10/30 | 1,712,609.20 |

---

Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED        ©        WWW.TDBANK.COM        LENDER

EXHIBIT
62

(Page 1 of 1)

## Banknorth

## NEW NON-PERSONAL ACCOUNT

| | | | |
|---|---|---|---|
| **REGION:** | TD Banknorth CT Mid-Att | **DATE OPENED:** | 05/20/2009 |
| **ACCOUNT #:** | 17136 | **TYPE OF ACCOUNT:** BM Business Convenience Checking | |
| **TAX ID #:** | | **TYPE CODE:** 720 | **CATEGORY:** Non-Personal Checking |
| **BRANCH #:** | 507 | **BANK REPRESENTATIVE:** Carolyn M Starr | |

**Account Officer Information** (Complete only if an officer will be assigned to this account)

| Officer Number: | Officer Name: | Telephone: |
|---|---|---|

**BUSINESS NAME/ADDRESS:**     **TIN:**

GRIST MILL HOLDINGS LLC        **BUSINESS PHONE:** (860) 408-7000

100 GRIST MILL ROAD

SIMSBURY , CT      USA      06070

**eFunds Verification:**     If Existing Customer, Enter the RM Number: 000000184419OO

**Account Relationship:** Corporation or LLC-2 Signers

**Additional Account Verification:**

☒ Business/Entity Documentation: Certified Formation Docs & Resolution/Consent

☐ Previous Bank: _____ (Enter Name of Previous Bank)     ☐ Visual Inspection of Business

### IMPORTANT INFORMATION

Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.

The undersigned acknowledge(s) receipt of the Deposit Account Agreement and Fee Schedule which govern my/our accounts with the Bank. My/our use of this account shall evidence my/our acceptance of the terms and conditions as set forth in the Deposit Account Agreement and Fee Schedule as the same may be amended from time to time.

The undersigned, both individually and on behalf of the account owner, if different, hereby authorize(s) the Bank to, from time to time, request consumer reports containing references about me/us from third parties, such as a consumer reporting agency, in connection with opening and maintaining this account. If you (the Bank) are unable to open a deposit account, you will provide me/us with an additional notice containing data regarding the consumer reporting agency.

I/We acknowledge and understand that TD Banknorth and TD Bank are trade names of TD Bank, N.A. I/We further acknowledge and understand that for FDIC insurance purposes, my/our deposits are not separately insured from any other deposits I/we may have at TD Banknorth and/or TD Bank.

This section does not apply to U.S. non-resident aliens. Under penalty of perjury, the undersigned certify(ies) that:
1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident alien).

**Certification Instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return or for any other reason. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| | | | |
|---|---|---|---|
| X _Daniel E Carpenter_ | DANIEL E CARPENTER | | |
| Date Signed: 5-11-09 | (Print Name) | If Existing Personal Customer, Enter the RM Number: 000000184909xx | |
| X _signature_ | AMANDA ROSSI | | |
| Date Signed: 8/21/09 | (Print Name) | If Existing Personal Customer, Enter the RM Number: 000000184979xx | |
| X _____ | _____ | | |
| Date Signed: _____ | (Print Name) | If Existing Personal Customer, Enter the RM Number: | |
| X _____ | _____ | | |
| Date Signed: _____ | (Print Name) | If Existing Personal Customer, Enter the RM Number: | |

| For Deposit Operations Use Only | |
|---|---|
| SIC: | Entered By: |

Rev. 11/2004

TD - Universitas 0091

(Page 2 of 5)

**TD Banknorth**

# LIMITED LIABILITY COMPANY BANKING RESOLUTION
(For Deposit Accounts)

| Account Holder: | Financial Institution: |
|---|---|
| GRIST MILL HOLDINGS LLC<br>100 GRIST MILL ROAD<br>SIMSBURY, CT 06070 | TD Bank, N.A.<br>Drake Mill Mall, 714 Hopmeadow St<br><br>Simsbury, CT 06070 |
| Account No. ____7136 | State / Commonwealth: CT |

In consideration of the existing or proposed banking relationship between  GRIST MILL HOLDINGS LLC
a Limited Liability Company (the "Company") and TD Bank, N.A., the persons signing below jointly and severally and on behalf of the Company do hereby certify that and agree as follows:

GRIST MILL HOLDINGS LLC _____ is the complete and correct name of the Account Holder.

**Managers, Members and Authorized Signers:** We further certify that the following is a complete list of the names of all managers, members and authorized signers of the Company. We agree to notify the Financial Institution of any change in the Company, including the adding of new members and leaving of current members from the Company, before the change takes effect.

| Title | Name | Signature |
|---|---|---|
| Chairman Managing Mmbr | DANIEL E CARPENTER | _signature_ |
| Secretary | AMANDA ROSSI | _signature_ |
| | | |
| | | |
| | | |

**Assumed Business Names:** Excluding the name of the Company, the following is a complete list of all assumed business names under which the Company does business:

Assumed Business Name #1: _____

Assumed Business Name #2: _____

We further certify that at a meeting of the members of the Company (or by other duly authorized Company action in lieu of a meeting, duly called and held on _5/21/09_ , at which a quorum was present and voting, the following resolutions were adopted:

**Be it Resolved,** that TD Bank, N.A., at any one or more of its branches, be and it hereby is designated as the Financial Institution of and depository for the funds of this Company, which may be withdrawn on checks, drafts, advices of debit, notes or other orders for the payment of money;

**Be it Further Resolved,** that any one (1) of the Authorized signers ("Agents") listed above may enter into any such agreements and perform such other acts as they deem reasonably necessary in furtherance of the Company's Banking Relationship with the Financial Institution, and those agreements will bind the Company, and acting for an on behalf of the Company and as its act and deed be, and they hereby are, authorized and empowered;

Page 1 of 2

TD - Universitas  0092

**Execute Documents:** To execute and deliver to Financial Institution the form of Limited Liability Company Banking Resolution and other account opening documents submitted by Financial Institution, confirming the nature and existence of Account Holder and evidencing the terms of the agreement between Financial Institution and Account Holder.

**Agent's Authority:** Any one of such Agents is authorized to endorse all checks, drafts, notes and other items payable to or owned by this Company for deposit with the Financial Institution, or for collection or discount by the Financial Institution; and to accept draft and other items payable at the Financial Institution. The Financial Institution is hereby directed to accept and pay without further inquiry any item drawn against any of the Company's accounts with the Financial Institution bearing the signature of any one of the Agents, as authorized above or otherwise, even though drawn or endorsed to the order of Any Agent signing or tendered by such Agent for cashing or in payment of the individual obligation of such Agent or for deposit to the Agent's personal account, and the Financial Institution shall not be required or be under any obligation to inquire as to the circumstances of the issue or use of any item signed in accordance with the resolutions contained herein, or the application or disposition of such item or the proceeds of the item.

**Further Acts:** The above-named Agents are authorized and empowered to execute such other agreements, including, but not limited to, special depository agreements and arrangements regarding the manner, conditions or purposes for which funds, checks or items of Account Holder may be deposited, collected or withdrawn and to perform such other acts as they deem reasonably necessary to carry out the provisions of this resolutions.

**Be It Further Resolved,** that the authority hereby conferred upon the above-named Agents shall be and remain in full force and effect until written notice of any amendment or revocation thereof shall have been delivered and received by the Financial Institution at each location where an account is maintained. Financial Institution shall be indemnified and held harmless by the Company from any loss suffered or any liability incurred by it in continuing to act in accordance with this resolution. Any such notice shall not affect any items in process at the time notice given.

**We Further Certify** that the authorized signers name above are duly elected, appointed or employed by or for the Company, as the case may be, and occupy the positions set opposite their respective names; that the foregoing resolutions now stand of record on the books of the Company; and that the resolutions are in full force and effect and have not been modified or revoked in any manner whatsoever.

We have each read all of the provisions of this Limited Liability Company Resolution, and we each jointly and severally and on behalf of the Company certify and agree to its terms.

This Agreement is dated: 05/20/2009

Account Holder: GRIST MILL HOLDINGS LLC

By: _____    By: _Daniel E Carpenter_

By: _____    By: _____

TD - Universitas  0093

EXHIBIT
63



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

GRIST MILL HOLDINGS LLC
100 GRIST MILL ROAD
SIMSBURY CT 06070

Page: 1 of 4
Statement Period: Nov 01 2009-Nov 30 2009
Cust Ref #: ██████7136-720-T-###
Primary Account #: ██████517136

## REG GG/INTERNET GAMBLING NOTIFICATION

PURSUANT TO THE UNLAWFUL INTERNET GAMBLING ENFORCEMENT ACT OF 2006 AND
REGULATION GG, "RESTRICTED TRANSACTIONS" SUCH AS THOSE IN WHICH A PERSON ACCEPTS
CREDIT, FUNDS, INSTRUMENTS OR OTHER PROCEEDS FROM ANOTHER PERSON IN CONNECTION
WITH UNLAWFUL INTERNET GAMBLING ARE PROHIBITED FROM BEING PROCESSED THROUGH
YOUR ACCOUNT OR RELATIONSHIP WITH OUR INSTITUTION.

Business Convenience Checking
GRIST MILL HOLDINGS  LLC                                    Account # ████7136

## THE PERFECT GIFT FOR EMPLOYEES AND CUSTOMERS!

GIVE THE TD BANK VISA GIFT CARD. YOU CHOOSE THE AMOUNT AND THEY DECIDE WHERE TO USE
IT. AVAILABLE FROM $25-$500. BULK ORDERS AND FREE PERSONALIZATION WITH YOUR BUSINESS
NAME WHEN YOU PURCHASE 25 CARDS OR MORE. NO PURCHASE FEE FOR CUSTOMERS. ASK FOR IT
TODAY AT ANY TD BANK OR CALL 1-888-751-9000.

## ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 16,724,493.35 | Average Collected Balance | 7,029,079.17 |
| Deposits | 69,380.68 | | |
| Electronic Payments | 4,140,000.00 | | |
| Other Withdrawals | 11,220,230.92 | | |
| Ending Balance | 1,433,643.11 | | |

## DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 11/3 | DEPOSIT | | 2,310.50 |
| 11/12 | DEPOSIT | | 45,660.58 |
| 11/24 | DEPOSIT | | 21,409.60 |
| | | Subtotal: | 69,380.68 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 11/12 | eTransfer Debit | | 4,140,000.00 |
| | Online Xfer | | |
| | Transfer to CK ██/██74697 | | |
| | | Subtotal: | 4,140,000.00 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 11/2 | WIRE TRANSFER OUTGOING | | 10,000.00 |
| | Alliance Charitable Remainder Trust | | |
| 11/2 | WIRE TRANSFER FEE | | 15.00 |

Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED          ©          WWW.TDBANK.COM

# How to Balance your Account

Begin by adjusting your account register as follows:

ı Subtract any services charges shown on this statement.

ı Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

ı Add any interest earned if you have an interest-bearing account.

ı Add any automatic deposit or overdraft line of credit.

ı Review all withdrawals shown on this statement and check them off in your account register.

ı Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| ❶ Ending Balance | 1,433,643.11 |
| ❷ Total Deposits | |
| ❸ Sub Total | |
| ❹ Total Withdrawals | |
| ❺ Adjusted Balance | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | ❹ |

## FOR CONSUMER ACCOUNTS ONLY · IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

ı Your name and account number.
ı A description of the error or transaction you are unsure about.
ı The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

### INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

## FOR CONSUMER LOAN ACCOUNTS ONLY · BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

ı Your name and account number..
ı The dollar amount of the suspected error.
ı Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until that balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

GRIST MILL HOLDINGS LLC

Page:                                   3 of 4
Statement Period: Nov 01 2009-Nov 30 2009
Cust Ref #:         ▉▉17136-720-T-###
Primary Account #:        ▉▉▉▉7136

---

### DAILY ACCOUNT ACTIVITY

**Other Withdrawals (continued)**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 11/12 | DEBIT | | 6,710,065.92 |
| 11/12 | DEBIT | | 1,000,000.00 |
| 11/12 | DEBIT | | 1,000,000.00 |
| 11/12 | DEBIT | | 750,000.00 |
| 11/12 | WIRE TRANSFER OUTGOING | | 250,000.00 |
| | Avon Charitable Remainder Trust | | |
| 11/12 | WIRE TRANSFER OUTGOING | | 250,000.00 |
| | Phoenix Charitable Remainder Trust | | |
| 11/12 | WIRE TRANSFER OUTGOING | | 250,000.00 |
| | Alliance Charitable Remainder Trust | | |
| 11/12 | WIRE TRANSFER OUTGOING | | 250,000.00 |
| | Atlantic Charitable Remainder Trust | | |
| 11/12 | WIRE TRANSFER OUTGOING | | 250,000.00 |
| | Carpenter Charitable Remainder Trst | | |
| 11/12 | WIRE TRANSFER OUTGOING | | 100,000.00 |
| | Avon Charitable Remainder Trust | | |
| 11/12 | WIRE TRANSFER OUTGOING | | 100,000.00 |
| | Atlantic Charitable Remainder Trust | | |
| 11/12 | WIRE TRANSFER OUTGOING | | 100,000.00 |
| | Carpenter Charitable Remainder Trst | | |
| 11/12 | WIRE TRANSFER OUTGOING | | 100,000.00 |
| | Phoenix Charitable Remainder Trust | | |
| 11/12 | WIRE TRANSFER OUTGOING | | 100,000.00 |
| | Alliance Charitable Remainder Trust | | |
| 11/12 | WIRE TRANSFER FEE | | 15.00 |
| 11/12 | WIRE TRANSFER FEE | | 15.00 |
| 11/12 | WIRE TRANSFER FEE | | 15.00 |
| 11/12 | WIRE TRANSFER FEE | | 15.00 |
| 11/12 | WIRE TRANSFER FEE | | 15.00 |
| 11/12 | WIRE TRANSFER FEE | | 15.00 |
| 11/12 | WIRE TRANSFER FEE | | 15.00 |
| 11/12 | WIRE TRANSFER FEE | | 15.00 |
| 11/12 | WIRE TRANSFER FEE | | 15.00 |
| 11/12 | WIRE TRANSFER FEE | | 15.00 |
| | | Subtotal: | 11,220,230.92 |

---

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/31 | 16,724,493.35 | 11/3 | 16,716,788.85 |
| 11/2 | 16,714,478.35 | 11/12 | 1,412,233.51 |

Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED          ©          WWW.TDBANK.COM

TD- UNIVERSITAS  0503



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

GRIST MILL HOLDINGS LLC

| | |
|---|---|
| Page: | 4 of 4 |
| Statement Period: | Nov 01 2009-Nov 30 2009 |
| Cust Ref #: | 4242617136-720-T-### |
| Primary Account #: | ▬▬ 7136 |

---

DAILY BALANCE SUMMARY

| DATE | BALANCE |
|---|---|
| 11/24 | 1,433,643.11 |

---

Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED      ©      WWW.TDBANK.COM      

TD- UNIVERSITAS  0504

# EXHIBIT 64

Case 1:15-cv-17248-DPW Document 237-14 Filed 08/22/24 Page 47 of 79
Case 1:15-cv-08726-LTS-WBP Document 216-4 Filed 13/2/13 Page 30 of 45
(Page 1 of 1)

**TD Banknorth**

# NEW NON-PERSONAL ACCOUNT

| | | | |
|---|---|---|---|
| **REGION:** | TD Banknorth CT Mid-All | **DATE OPENED:** | 05/20/2009 |
| **ACCOUNT #:** | ▮▮74697 | **TYPE OF ACCOUNT:** IM | Business Convenience Checking |
| **TAX ID #:** | ▮▮▮▮ | **TYPE CODE:** 720 | **CATEGORY:** Non-Personal Checking |
| **BRANCH #:** | 507 | **BANK REPRESENTATIVE:** Carolyn M Starr | |

**Account Officer Information** *(Complete only if an officer will be assigned to this account)*

Officer Number: _____ Officer Name: _____ Telephone: _____

**BUSINESS NAME/ADDRESS:** TIN: _____

CARPENTER FINANCIAL GROUP, INC.      **BUSINESS PHONE:** (860) 408-7000

100 GRIST MILL RD.

SIMSBURY, CT          USA          06070

eFunds Verification: _____ If Existing Customer, Enter the RM Number: 0000014558678

Account Relationship: Corporation or LLC-2 Signers

**Additional Account Verification:** *Certificate of Incorporation*
☒ Business/Entity Documentation: Certified Formation Docs & Resolution/Consent

☐ Previous Bank: _____ ☐ Visual Inspection of Business
           *(Enter Name of Previous Bank)*

## IMPORTANT INFORMATION

Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.

The undersigned acknowledge(s) receipt of the Deposit Account Agreement and Fee Schedule which govern my/our accounts with the Bank. My/our use of this account shall evidence my/our acceptance of the terms and conditions as set forth in the Deposit Account Agreement and Fee Schedule as the same may be amended from time to time.

The undersigned, both individually and on behalf of the account owner, if different, hereby authorize(s) the Bank to, from time to time, request consumer reports containing references about me/us from third parties, such as a consumer reporting agency, in connection with opening and maintaining this account. If you (the Bank) are unable to open a deposit account, you will provide me/us with an additional notice containing data regarding the consumer reporting agency.

I/We acknowledge and understand that TD Banknorth and TD Bank are trade names of TD Bank, N.A. I/We further acknowledge and understand that for FDIC insurance purposes, my/our deposits are not separately insured from any other deposits I/we may have at TD Banknorth and/or TD Bank.

This section does not apply to U.S. non-resident aliens. Under penalty of perjury, the undersigned certify(ies) that:
1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident, alien).

Certification Instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return or for any other reason. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| | | | |
|---|---|---|---|
| X *Daniel E Carpenter* | DANIEL E CARPENTER | 05/25/1954 | ▮▮▮ eFunds Verification |
| Date Signed: 5/21/09 | *Print Name* | *Date of Birth* *SSN* | If Existing Personal Customer, Enter the RM Number: 0000014558564 |
| X *Amanda R* | AMANDA ROSSI | 11/07/1980 | ▮▮▮ eFunds Verification |
| Date Signed: 5/21/09 | *Print Name* | *Date of Birth* *SSN* | If Existing Personal Customer, Enter the RM Number: 0000016447084 |
| X _____ | _____ | _____ | eFunds Verification |
| Date Signed: _____ | *Print Name* | *Date of Birth* *SSN* | If Existing Personal Customer, Enter the RM Number: |
| X _____ | _____ | _____ | eFunds Verification |
| Date Signed: _____ | *Print Name* | *Date of Birth* *SSN* | If Existing Personal Customer, Enter the RM Number: |

| For Deposit Operations Use Only | |
|---|---|
| SIC: _____ | Entered By: _____ |

Rev. 11/2008

TD-UNIVERSITAS 0897

# EXHIBIT 65

 **Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

CARPENTER FINANCIAL GROUP, INC.
100 GRIST MILL RD.
SIMSBURY CT  06070

Page:                                           1 of 3
Statement Period:   Oct 01 2009-Oct 31 2009
Cust Ref #:           ████4697-720-T-###
Primary Account #:          █████4697

## REG GG/INTERNET GAMBLING NOTIFICATION

PURSUANT TO THE UNLAWFUL INTERNET GAMBLING ENFORCEMENT ACT OF 2006 AND
REGULATION GG, "RESTRICTED TRANSACTIONS" SUCH AS THOSE IN WHICH A PERSON ACCEPTS
CREDIT, FUNDS, INSTRUMENTS OR OTHER PROCEEDS FROM ANOTHER PERSON IN CONNECTION
WITH UNLAWFUL INTERNET GAMBLING ARE PROHIBITED FROM BEING PROCESSED THROUGH
YOUR ACCOUNT OR RELATIONSHIP WITH OUR INSTITUTION.

### Business Convenience Checking

CARPENTER FINANCIAL GROUP, INC.

Account # ████4697

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 101,071.98 | Average Collected Balance | 96,510.75 |
| Deposits | 150,000.00 | | |
| Electronic Deposits | 70,000.00 | | |
| | | | |
| Checks Paid | 21,628.59 | | |
| Electronic Payments | 10,400.00 | | |
| Other Withdrawals | 75,015.00 | | |
| Ending Balance | 214,028.39 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 10/20 | DEPOSIT | | 150,000.00 |
| | | Subtotal: | 150,000.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 10/29 | eTransfer Credit | | 70,000.00 |
| | Online Xfer | | |
| | Transfer from MMKT ███ 053 | | |
| | | Subtotal: | 70,000.00 |

**Checks Paid**   No. Checks: 10      *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 10/6 | 1012 | 500.00 | 10/14 | 1017 | 230.50 |
| 10/13 | 1013 | 500.00 | 10/14 | 1018 | 25.00 |
| 10/13 | 1014 | 7,658.08 | 10/14 | 1019 | 3,580.06 |
| 10/13 | 1015 | 2,427.74 | 10/21 | 1021* | 600.00 |
| 10/13 | 1016 | 4,683.56 | 10/28 | 1022 | 1,423.65 |
| | | | | Subtotal: | 21,628.59 |

Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED       ©       WWW.TDBANK.COM       

TD-UNIVERSITAS 0908

# How to Balance your Account

Page:   2 of 3

Begin by adjusting your account register as follows:

⌐ Subtract any services charges shown on this statement.

⌐ Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

⌐ Add any interest earned if you have an interest-bearing account.

⌐ Add any automatic deposit or overdraft line of credit.

⌐ Review all withdrawals shown on this statement and check them off in your account register.

⌐ Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| ❶ Ending Balance | 214,028.39 |
| ❷ Total Deposits | + |
| ❸ Sub Total | |
| ❹ Total Withdrawals | - |
| ❺ Adjusted Balance | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY • IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A.,** Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

⌐ Your name and account number.
⌐ A description of the error or transaction you are unsure about.
⌐ The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY • BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

⌐ Your name and account number.
⌐ The dollar amount of the suspected error.
⌐ Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES-Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

TD-UNIVERSITAS 0909



**Bank**
America's Most Convenient Bank®

CARPENTER FINANCIAL GROUP, INC.

STATEMENT OF ACCOUNT

| | |
|---|---|
| Page: | 3 of 3 |
| Statement Period: | Oct 01 2009-Oct 31 2009 |
| Cust Ref #: | ████4697-720-T-### |
| Primary Account #: | ████4697 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 10/28 | eTransfer Debit | | 10,400.00 |
| | Online Xfer | | |
| | Transfer to CH████8219 | | |
| | | Subtotal: | 10,400.00 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 10/9 | WIRE TRANSFER OUTGOING | | 75,000.00 |
| | Jack E Robinson Esq | | |
| 10/9 | WIRE TRANSFER FEE | | 15.00 |
| | | Subtotal: | 75,015.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 9/30 | 101,071.98 | 10/20 | 156,452.04 |
| 10/6 | 100,571.98 | 10/21 | 155,852.04 |
| 10/9 | 25,556.98 | 10/28 | 144,028.39 |
| 10/13 | 10,287.60 | 10/29 | 214,028.39 |
| 10/14 | 6,452.04 | | |

Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED          WWW.TDBANK.COM     

TD-UNIVERSITAS 0910



**Bank**

America's Most Convenient Bank®

CARPENTER FINANCIAL GROUP, INC.
100 GRIST MILL RD.
SIMSBURY CT  06070

STATEMENT OF ACCOUNT

Page:                                           1 of 4
Statement Period:  Nov 01 2009-Nov 30 2009
Cust Ref #:                    ████4697-720-T-###
Primary Account #:         ████697

## REG GG/INTERNET GAMBLING NOTIFICATION

PURSUANT TO THE UNLAWFUL INTERNET GAMBLING ENFORCEMENT ACT OF 2006 AND
REGULATION GG, "RESTRICTED TRANSACTIONS" SUCH AS THOSE IN WHICH A PERSON ACCEPTS
CREDIT, FUNDS, INSTRUMENTS OR OTHER PROCEEDS FROM ANOTHER PERSON IN CONNECTION
WITH UNLAWFUL INTERNET GAMBLING ARE PROHIBITED FROM BEING PROCESSED THROUGH
YOUR ACCOUNT OR RELATIONSHIP WITH OUR INSTITUTION.

Business Convenience Checking
CARPENTER FINANCIAL GROUP, INC.

Account # ████4697

## THE PERFECT GIFT FOR EMPLOYEES AND CUSTOMERS!

GIVE THE TD BANK VISA GIFT CARD. YOU CHOOSE THE AMOUNT AND THEY DECIDE WHERE TO USE
IT. AVAILABLE FROM $25-$500. BULK ORDERS AND FREE PERSONALIZATION WITH YOUR BUSINESS
NAME WHEN YOU PURCHASE 25 CARDS OR MORE. NO PURCHASE FEE FOR CUSTOMERS. ASK FOR IT
TODAY AT ANY TD BANK OR CALL 1-888-751-9000.

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 214,028.39 | Average Collected Balance | 1,799,588.90 |
| Deposits | 12,000.00 | | |
| Electronic Deposits | 4,140,000.00 | | |
| Other Credits | 192,604.65 | | |
| | | | |
| Checks Paid | 159,978.90 | | |
| Electronic Payments | 1,035,400.00 | | |
| Other Withdrawals | 1,393,060.00 | | |
| Ending Balance | 1,970,194.14 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 11/25 | DEPOSIT | | 12,000.00 |
| | | Subtotal: | 12,000.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 11/12 | eTransfer Credit | | 4,140,000.00 |
| | Online Xfer | | |
| | Transfer from CK ████7136 | | |
| | | Subtotal: | 4,140,000.00 |

**Other Credits**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 11/19 | WIRE TRANSFER INCOMING | | 43,000.00 |
| | BENISTAR CLIENT SERVICES INC | | |

Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED          ©          WWW.TDBANK.COM

# How to Balance your Account

Begin by adjusting your account register as follows:

ǂ Subtract any services charges shown on this statement.

ǂ Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

ǂ Add any interest earned if you have an interest-bearing account.

ǂ Add any automatic deposit or overdraft line of credit.

ǂ Review all withdrawals shown on this statement and check them off in your account register.

ǂ Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| ❶ Ending Balance | 1,970,194.14 |
| ❷ Total Deposits | + |
| ❸ Sub Total | |
| ❹ Total Withdrawals | - |
| ❺ Adjusted Balance | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY • IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

ǂ Your name and account number.
ǂ A description of the error or transaction you are unsure about.
ǂ The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY • BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

ǂ Your name and account number.
ǂ The dollar amount of the suspected error.
ǂ Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the items "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

TD-UNIVERSITAS 0912



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

CARPENTER FINANCIAL GROUP, INC.

Page: 3 of 4
Statement Period: Nov 01 2009-Nov 30 2009
Cust Ref #: ████697-720-T-###
Primary Account #: ████4697

---

## DAILY ACCOUNT ACTIVITY

**Other Credits (continued)**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 11/20 | WIRE TRANSFER INCOMING | | 100,000.00 |
| | BENISTAR CLIENT SERVICES INC | | |
| 11/23 | WIRE TRANSFER INCOMING | | 49,604.65 |
| | BENISTAR CLIENT SERVICES INC | | |
| | | Subtotal: | 192,604.65 |

**Checks Paid**   No. Checks: 5   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 11/12 | 1023 | 7,555.25 | 11/16 | 1028 | 150,000.00 |
| 11/5 | 1026* | 500.00 | 11/25 | 1029 | 1,423.65 |
| 11/9 | 1027 | 500.00 | | | |
| | | | | Subtotal: | 159,978.90 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 11/10 | eTransfer Debit | | 25,000.00 |
| | Online Xfer | | |
| | Transfer to CK ████8160 | | |
| 11/24 | eTransfer Debit | | 1,000,000.00 |
| | Online Xfer | | |
| | Transfer to SV ████8007 | | |
| 11/30 | eTransfer Debit | | 10,400.00 |
| | Online Xfer | | |
| | Transfer to CK ████8219 | | |
| | | Subtotal: | 1,035,400.00 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 11/9 | WIRE TRANSFER OUTGOING | | 100,000.00 |
| | Jack E Robinson, Esq | | |
| 11/9 | WIRE TRANSFER FEE | | 15.00 |
| 11/12 | DEBIT | | 1,000,000.00 |
| 11/12 | DEBIT | | 10,000.00 |
| 11/12 | DEBIT | | 5,000.00 |
| 11/12 | DEBIT | | 3,000.00 |
| 11/19 | WIRE TRANSFER FEE | | 10.00 |
| 11/20 | WIRE TRANSFER FEE | | 10.00 |
| 11/23 | WIRE TRANSFER FEE | | 10.00 |
| 11/25 | WIRE TRANSFER OUTGOING | | 275,000.00 |
| | Jack E Robinson | | |

Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED          WWW.TDBANK.COM     

TD-UNIVERSITAS 0913

 **Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

CARPENTER FINANCIAL GROUP, INC.

Page:                                                    4 of 4
Statement Period:  Nov 01 2009-Nov 30 2009
Cust Ref #:              ████4697-720-T-###
Primary Account #:          ████4697

---

## DAILY ACCOUNT ACTIVITY

**Other Withdrawals (continued)**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 11/25 | WIRE TRANSFER FEE | | 15.00 |
| | | Subtotal: | 1,393,060.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/31 | 214,028.39 | 11/19 | 3,095,448.14 |
| 11/5 | 213,528.39 | 11/20 | 3,195,438.14 |
| 11/9 | 113,013.39 | 11/23 | 3,245,032.79 |
| 11/10 | 88,013.39 | 11/24 | 2,245,032.79 |
| 11/12 | 3,202,458.14 | 11/25 | 1,980,594.14 |
| 11/16 | 3,052,458.14 | 11/30 | 1,970,194.14 |

Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED                    WWW.TDBANK.COM           LENDER

 **Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

CARPENTER FINANCIAL GROUP, INC.
100 GRIST MILL RD.
SIMSBURY CT 06070

| | |
|---|---|
| Page: | 1 of 4 |
| Statement Period: | Dec 01 2009-Dec 31 2009 |
| Cust Ref #: | ████4697-720-T-### |
| Primary Account #: | ████697 |

Business Convenience Checking
CARPENTER FINANCIAL GROUP, INC.

Account # ████4697

## KEEPING YOU INFORMED

EARLIER THIS YEAR WE COMMUNICATED TO YOU THAT WE WOULD BE CHANGING THE ORDER IN
WHICH WE POST YOUR DAILY TRANSACTIONS TO YOUR ACCOUNT. THIS CHANGE WILL NOT BE
GOING INTO EFFECT AT THIS TIME. INSTEAD, WE WILL CONTINUE TO USE OUR CURRENT
METHOD OF POSTING CREDITS FIRST, FOLLOWED BY DEBITS, WITH DEBITS SORTED FROM
LARGEST TO SMALLEST. OUR POSTING ORDER MAY CHANGE IN THE FUTURE.

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,970,194.14 | Average Collected Balance | 3,404,078.91 |
| Electronic Deposits | 7,000,000.00 | | |
| Other Credits | 125,015.00 | | |
| | | | |
| Checks Paid | 56,997.87 | | |
| Electronic Payments | 6,403,669.36 | | |
| Other Withdrawals | 758,045.00 | | |
| Ending Balance | 1,876,496.91 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 12/3 | eTransfer Credit | | 7,000,000.00 |
| | Online Xfer | | |
| | Transfer from CK ████7136 | | |
| | | Subtotal: | 7,000,000.00 |

**Other Credits**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 12/3 | WIRE TRANSFER INCOMING | | 125,000.00 |
| | CARPENTER FINANCIAL GROUP, INC | | |
| 12/4 | CREDIT | | 15.00 |
| | | Subtotal: | 125,015.00 |

**Checks Paid**   No. Checks: 10

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 12/2 | 1030 | 755.16 | 12/22 | 1035 | 1,904.60 |
| 12/7 | 1031 | 500.00 | 12/28 | 1038* | 5,000.00 |
| 12/7 | 1032 | 500.00 | 12/31 | 1039 | 2,500.00 |
| 12/9 | 1033 | 3,000.00 | 12/30 | 1040 | 33,941.93 |
| 12/23 | 1034 | 1,423.65 | 12/30 | 1041 | 7,472.53 |
| | | | | Subtotal: | 56,997.87 |

Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED      ©      WWW.TDBANK.COM      

# How to Balance your Account

Begin by adjusting your account register as follows:

I Subtract any services charges shown on this statement.

I Subtract any automatic payments, transfers or other electronic with-drawals not previously recorded.

I Add any interest earned if you have an interest-bearing account.

I Add any automatic deposit or overdraft line of credit.

I Review all withdrawals shown on this statement and check them off in your account register.

I Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

**❶** Ending Balance — 1,876,496.91

**❷** Total Deposits +

**❸** Sub Total

**❹** Total Withdrawals -

**❺** Adjusted Balance

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total Deposits ❷ | | |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total Withdrawals ❹ | | |

**FOR CONSUMER ACCOUNTS ONLY • IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

I   Your name and account number.
I   A description of the error or transaction you are unsure about.
I   The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY • BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

I   Your name and account number.
I   The dollar amount of the suspected error.
I   Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

TD-UNIVERSITAS 0916



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

CARPENTER FINANCIAL GROUP, INC.

| | |
|---|---|
| Page: | 3 of 4 |
| Statement Period: | Dec 01 2009-Dec 31 2009 |
| Cust Ref #: | ███4697-720-T-### |
| Primary Account #: | ███4697 |

---

### DAILY ACCOUNT ACTIVITY

**Electronic Payments**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 12/3 | eTransfer Debit<br>Online Xfer<br>Transfer to CK ███4671 | | 5,000,000.00 |
| 12/10 | eTransfer Debit<br>Online Xfer<br>Transfer to CK ███325 | | 1,000.00 |
| 12/29 | eTransfer Debit<br>Online Xfer<br>Transfer to CK ███219 | | 10,200.00 |
| 12/30 | eTransfer Debit<br>Online Xfer<br>Transfer to CK ███4689 | | 778,000.00 |
| 12/31 | eTransfer Debit<br>Online Xfer<br>Transfer to CK ███4689 | | 514,469.36 |
| 12/31 | eTransfer Debit<br>Online Xfer<br>Transfer to CK ███4712 | | 100,000.00 |
| | | Subtotal: | 6,403,669.36 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 12/3 | WIRE TRANSFER OUTGOING<br>Jack Robinson Esq. | | 125,000.00 |
| 12/3 | WIRE TRANSFER FEE | | 15.00 |
| 12/4 | WIRE TRANSFER OUTGOING<br>Jack Robinson Esq | | 125,000.00 |
| 12/4 | WIRE TRANSFER FEE | | 15.00 |
| 12/17 | WIRE TRANSFER OUTGOING<br>Gilbride, Spellane Trustee Acct | | 500,000.00 |
| 12/17 | WIRE TRANSFER FEE | | 15.00 |
| 12/23 | DEBIT | | 8,000.00 |
| | | Subtotal: | 758,045.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/30 | 1,970,194.14 | 12/9 | 3,840,423.98 |
| 12/2 | 1,969,438.98 | 12/10 | 3,839,423.98 |
| 12/3 | 3,969,423.98 | 12/17 | 3,339,408.98 |
| 12/4 | 3,844,423.98 | 12/22 | 3,337,504.38 |
| 12/7 | 3,843,423.98 | 12/23 | 3,328,080.73 |

Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED      ©      WWW.TDBANK.COM

 **Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

CARPENTER FINANCIAL GROUP, INC.

| Page: | | 4 of 4 |
|---|---|---|
| Statement Period: | Dec 01 2009-Dec 31 2009 | |
| Cust Ref #: | ▮▮▮▮4697-720-T-### | |
| Primary Account #: | ▮▮▮▮4697 | |

---

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/28 | 3,323,080.73 | 12/30 | 2,493,466.27 |
| 12/29 | 3,312,880.73 | 12/31 | 1,876,496.91 |

Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED          © 
WWW.TDBANK.COM          

TD-UNIVERSITAS 0918

 **Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

CARPENTER FINANCIAL GROUP, INC.
100 GRIST MILL RD.
SIMSBURY CT  06070

| | |
|---|---|
| Page: | 1 of 3 |
| Statement Period:  Mar 01 2010-Mar 31 2010 | |
| Cust Ref #: | ███4697-720-T-### |
| Primary Account #: | █████697 |

Business Convenience Checking
CARPENTER FINANCIAL GROUP, INC.

Account # 4██████697

## ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 288,499.50 | Average Collected Balance | 261,832.40 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 4,745.00 | Days in Period | 31 |
| Electronic Payments | 140,250.00 | | |
| Other Withdrawals | 65,015.00 | | |
| Ending Balance | 78,489.50 | | |

## DAILY ACCOUNT ACTIVITY

| Checks Paid | No. Checks: 3 | *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments | | | |
|---|---|---|---|---|---|
| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
| 3/8 | 1069 | 500.00 | 3/12 | 1071 | 3,745.00 |
| 3/9 | 1070 | 500.00 | | | |
| | | | | Subtotal: | 4,745.00 |

Electronic Payments

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 3/18 | eTransfer Debit | | 20,500.00 |
| | Online Xfer | | |
| | Transfer to MMKT ███ 4053 | | |
| 3/23 | eTransfer Debit | | 2,000.00 |
| | Online Xfer | | |
| | Transfer to CK 4███ 2795 | | |
| 3/29 | eTransfer Debit | | 17,750.00 |
| | Online Xfer | | |
| | Transfer to CK ███ 8219 | | |
| 3/30 | eTransfer Debit | | 100,000.00 |
| | Online Xfer | | |
| | Transfer to CK ███ 250 | | |
| | | Subtotal: | 140,250.00 |

Other Withdrawals

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 3/22 | DEBIT | | 5,000.00 |
| 3/30 | WIRE TRANSFER OUTGOING | | 60,000.00 |
| | Jack E Robinson Esq | | |
| 3/30 | WIRE TRANSFER FEE | | 15.00 |
| | | Subtotal: | 65,015.00 |

Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED        ©        WWW.TDBANK.COM

# How to Balance your Account

Page:     2 of 3

Begin by adjusting your account register as follows:

ꞁ  Subtract any services charges shown on this statement.

ꞁ  Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

ꞁ  Add any interest earned if you have an interest-bearing account.

ꞁ  Add any automatic deposit or overdraft line of credit.

ꞁ  Review all withdrawals shown on this statement and check them off in your account register.

ꞁ  Follow instructions 2-5 to verify your ending account balance.

1.  Your ending balance shown on this statement is:

2.  List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3.  Subtotal by adding lines 1 and 2.

4.  List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5.  Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| ❶ Ending Balance | 78,489.50 |
| ❷ Total Deposits | + |
| ❸ SubTotal | |
| ❹ Total Withdrawals | - |
| ❺ Adjusted Balance | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits ❷ | | |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals ❹ | | |

**FOR CONSUMER ACCOUNTS ONLY • IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

ꞁ  Your name and account number.
ꞁ  A description of the error or transaction you are unsure about.
ꞁ  The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY • BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

ꞁ  Your name and account number.
ꞁ  The dollar amount of the suspected error.
ꞁ  Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES:Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full.  To compute the fin

 **Bank**

America's Most Convenient Bank®

CARPENTER FINANCIAL GROUP, INC.

STATEMENT OF ACCOUNT

Page:                                          3 of 3
Statement Period: Mar 01 2010-Mar 31 2010
Cust Ref #:                    4697-720-T-###
Primary Account #:                    4697

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| 2/28 | 288,499.50 | 3/22 | 258,254.50 |
| 3/8 | 287,999.50 | 3/23 | 256,254.50 |
| 3/9 | 287,499.50 | 3/29 | 238,504.50 |
| 3/12 | 283,754.50 | 3/30 | 78,489.50 |
| 3/18 | 263,254.50 | | |

Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED          ©          WWW.TDBANK.COM



# EXHIBIT 66

 **Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

GRIST MILL HOLDINGS LLC
100 GRIST MILL ROAD
SIMSBURY CT 06070

Page: 1 of 3
Statement Period: Dec 01 2009-Dec 31 2009
Cust Ref #: ████7136-720-T-###
Primary Account #: ████7136

## Business Convenience Checking
GRIST MILL HOLDINGS LLC

Account # ████7136

### KEEPING YOU INFORMED

EARLIER THIS YEAR WE COMMUNICATED TO YOU THAT WE WOULD BE CHANGING THE ORDER IN
WHICH WE POST YOUR DAILY TRANSACTIONS TO YOUR ACCOUNT. THIS CHANGE WILL NOT BE
GOING INTO EFFECT AT THIS TIME. INSTEAD, WE WILL CONTINUE TO USE OUR CURRENT
METHOD OF POSTING CREDITS FIRST, FOLLOWED BY DEBITS, WITH DEBITS SORTED FROM
LARGEST TO SMALLEST. OUR POSTING ORDER MAY CHANGE IN THE FUTURE.

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,433,643.11 | Average Collected Balance | 894,350.93 |
| Deposits | 197,421.27 | | |
| Electronic Deposits | 6,500,000.00 | | |
| Electronic Payments | 8,129,916.75 | | |
| Ending Balance | 1,147.63 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 12/9 | DEPOSIT | | 2,816.71 |
| 12/28 | DEPOSIT | | 170,820.42 |
| 12/30 | DEPOSIT | | 23,784.14 |
| | | Subtotal: | 197,421.27 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 12/3 | eTransfer Credit | | 6,500,000.00 |
| | Online Xfer | | |
| | Transfer from CK ████4689 | | |
| | | Subtotal: | 6,500,000.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 12/3 | eTransfer Debit | | 7,000,000.00 |
| | Online Xfer | | |
| | Transfer to CK ████4697 | | |
| 12/28 | eTransfer Debit | | 214,740.00 |
| | Online Xfer | | |
| | Transfer to CK ████4712 | | |
| 12/29 | eTransfer Debit | | 340,900.00 |
| | Online Xfer | | |
| | Transfer to CK ████4712 | | |

Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED    ©    WWW.TDBANK.COM

TD- UNIVERSITAS  0505

# How to Balance your Account

Begin by adjusting your account register as follows:

† **Subtract** any services charges shown on this statement.

† **Subtract** any automatic payments, transfers or other electronic with-drawals not previously recorded.

† **Add** any interest earned if you have an interest-bearing account.

† **Add** any automatic deposit or overdraft line of credit.

† **Review** all withdrawals shown on this statement and check them off in your account register.

† **Follow** instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| ❶ Ending Balance | 1,147.63 |
|---|---|
| ❷ Total Deposits | + |
| ❸ Sub-total | |
| ❹ Total Withdrawals | − |
| ❺ Adjusted Balance | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY • IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

† Your name and account number.
† A description of the error or transaction you are unsure about.
† The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think it is error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY • BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

† Your name and account number..
† The dollar amount of the suspected error.
† Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**FINANCE CHARGES:**Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advanced and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing that total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



## Bank

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

GRIST MILL HOLDINGS LLC

| | |
|---|---|
| Page: | 3 of 3 |
| Statement Period: | Dec 01 2009-Dec 31 2009 |
| Cust Ref #: | ███████17136-720-T-### |
| Primary Account #: | ████████ 7136 |

---

### DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 12/29 | eTransfer Debit<br>Online Xfer<br>Transfer to CK ████4712 | | 52,777.55 |
| 12/29 | eTransfer Debit<br>Online Xfer<br>Transfer to CK ████4712 | | 25,000.00 |
| 12/30 | eTransfer Debit<br>Online Xfer<br>Transfer to CK ████4712 | | 274,400.00 |
| 12/30 | eTransfer Debit<br>Online Xfer<br>Transfer to CK ████4712 | | 127,800.00 |
| 12/31 | eTransfer Debit<br>Online Xfer<br>Transfer to CK ████4712 | | 86,299.20 |
| 12/31 | eTransfer Debit<br>Online Xfer<br>Transfer to CK ████74712 | | 8,000.00 |
| | | Subtotal: | 8,129,916.75 |

---

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/30 | 1,433,643.11 | 12/29 | 473,862.69 |
| 12/3 | 933,643.11 | 12/30 | 95,446.83 |
| 12/9 | 936,459.82 | 12/31 | 1,147.63 |
| 12/28 | 892,540.24 | | |

---

Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED      ©      WWW.TDBANK.COM



TD- UNIVERSITAS  0507

# EXHIBIT 67

Page 1 of 1





CARPENTER FINANCIAL GROUP, INC
DANIEL E CARPENTER
100 GRIST MILL RD
SIMSBURY CT 06070

**Statement of Accounts**
▮▮▮1040

**Statement Date**
May 31, 2011

**Total days in statement period**
31

Back of Statement (Checking Account)
Back of Statement (CD or Savings)


View as PDF

**Direct Inquiries to:**
**CALL CENTER**
**1-800-894-0300**
**Peoples United Bank**
**1799 Farmington Avenue**
**Unionville CT 06085**

## Statement Summary

| Account | Number | Ending Balance |
|---|---|---|
| Business Advantage | ▮▮▮1040 | $70,114.64 |

## Business Advantage ▮▮▮▮1040

Average balance                    $129,503.34

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 04-30 | Beginning balance | | | $171,588.88 |
| 05-03 | Check 1032 | | $5,000.00- | $166,588.88 |
| 05-13 | Check 1033 | | $15,790.00- | $150,798.88 |
| 05-13 | Check 1034 | | $15,000.00- | $135,798.88 |
| 05-13 | Check 1035 | | $5,000.00- | $130,798.88 |
| 05-16 | Check 1036 | | $9,933.07- | $120,865.81 |
| 05-23 | Check 1037 | | $160.00- | $120,705.81 |
| 05-23 | Check 1038 | | $2,457.15- | $118,248.66 |
| 05-23 | Check 1039 | | $110.00- | $118,138.66 |
| 05-25 | #Wire Xfr Out Domstc | | $5,000.00- | $113,138.66 |
| 05-25 | #Service Charge Wireout Domstc Beb | | $12.50- | $113,126.16 |
| 05-25 | #Online Xfr Out Ref 1451106L Funds Transfer To Dep▮▮▮1041 From | | $23,011.52- | $90,114.64 |
| 05-27 | #Online Xfr Out Ref 1470835L Funds Transfer To Dep▮▮▮1049 From | | $20,000.00- | $70,114.64 |

05-31     Ending totals                          $0.00    $101,474.24-      $70,114.64

## OVERDRAFT/RETURN ITEM FEES

|  | Total for this Period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

8 Enclosures

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1032 | May 03, 2011 | $5,000.00- | 1035 | May 13, 2011 | $5,000.00- | 1038 | May 23, 2011 | $2,457.15- |
| 1033 | May 13, 2011 | $15,790.00- | 1036 | May 16, 2011 | $9,933.07- | 1039 | May 23, 2011 | $110.00- |
| 1034 | May 13, 2011 | $15,000.00- | 1037 | May 23, 2011 | $160.00- | | | |

# EXHIBIT 68

Wire Transfer Archive            PEOPLES UNITED BK     Value Date: 01-31-2012 to 01-31-2012                    Page:   1

| MOP | DIR | MID | AMOUNT | CREATE DATE & TIME | VAL DATE | TYPE | BANK | DEPT | BRANCH | VER | TEMPLATE | MSG STATUS |
|-----|-----|-----|--------|---------------------|----------|------|------|------|--------|-----|----------|------------|
| FED | O | 120131121503H400 | 25,000.00 | 01-31-2012 12:20:27 | 01-31-2012 | 1000 | 001 | WIR | 001BR901 | 0 | | COMPLETE |

|  | BANK | ACCT TYPE & NUMBER | CUST CODE | CUSTOMER NAME | | FEE | ADVICE |
|--|------|--------------------|-----------|---------------|--|-----|--------|
| DEBIT ACCOUNT: | 001 | DDA ▮▮▮3289 | 3289 | BENISTAR GROUP  LTD | | | |
| CREDIT ACCOUNT: | | | | | | | |

SENDER: 221172186 PEOPLES UNITED BK                        RECEIVER: 021000021 JPMORGAN CHASE BAN

ORIGINATOR: A▮▮▮▮3289                          BENEFICIARY: AC ▮▮▮▮8165
            Benistar Group, Ltd.                            Jack ▮. ▮obinson
            100 Grist Mill Road                             300 First Stanford Place
            Simsbury, CT 06070                              Stanford, CT  06902


ORIGINATING BANK:                             BENEFICIARY BANK:  FW 021000021
                                                                 JPMORGAN CHASE BANK, NA
                                                                 NEW YORK
                                                                 NY


INSTRUCTING BANK:                             INTERMEDIARY BANK:



          PRODUCT CODE: CTR               REFERENCE FOR BENEFICIARY:
     SENDER REFERENCE: 1926877858             AS OF DATE & REASON: 12-31-1969
                 IMAD: 20120131B1B7QMLF000421   REFERENCE IMAD:
                 OMAD: 20120131B1Q8C01R03235301311224FT03   DISPOSITION:

OBI:

SBI:

Country Code:

NOTE: 0:

NON-ACCOUNT INFORMATION:
     NAME :                                           PHONE:
     ADDR1:
     ADDR2:
     CITY :              STATE:     ZIP:
     DRIVER'S LICENSE:          STATE OF ISSUE:    EXPIRATION DATE: 12-31-1969
     SSN OR EIN:           TAXPAYER ID:            COMMENTS:



BENISTAR GROUP LTD
DANIEL E CARPENTER
100 GRIST MILL LN
SIMSBURY CT 06070-2484

**Statement of Accounts**

███3289

**Statement Date**
January 31, 2012

**Total days in statement period**
31

Back of Statement
(Checking Account)
Back of Statement (CD or Savings)



View as PDF

**Direct Inquiries to:**
**CALL CENTER**
**1-800-894-0300**
**Peoples United Bank**
**27 East Main Street**
**Avon CT 06001**

## Statement Summary

| Account | Number | Ending Balance |
|---------|--------|----------------|
| Business Advantage | ███3289 | $10,675.42 |

## Business Advantage ███3289

| | | |
|---|---|---|
| Ave rage balance | $71,019.79 | |

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 12-31 | Beginning balance | | | $105,763.00 |
| 01-05 | Check 10067 | | $99.05- | $105,663.95 |
| 01-05 | Check 10069 | | $4,976.03- | $100,687.92 |
| 01-18 | #Online Xfr Out Ref 0181448L Funds Transfer To Dep ███1040 From | | $50,000.00- | $50,687.92 |
| 01-26 | #Online Xfr Out Ref 0261549L Funds Transfer To Dep ███1040 From | | $40,000.00- | $10,687.92 |
| 01-31 | #Online Xfr IN Ref 0311107L Funds Transfer Frm Dep ███1040 From | $25,000.00 | | $35,687.92 |
| 01-31 | #Wire Xfr Out Domstc | | $25,000.00- | $10,687.92 |
| 01-31 | #Service Charge Wireout Domstc Beb | | $12.50- | $10,675.42 |
| 01-31 | Ending totals | $25,000.00 | $120,087.58- | $10,675.42 |

## OVERDRAFT/RETURN ITEM FEES

|  | Total for this Period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

2 Enclosures

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 10067 | January 05, 2012 | $99.05- | 10069 * | January 05, 2012 | $4,976.03- |

* Skip in check sequence



**People's United Bank**

CARPENTER FINANCIAL GROUP, INC
DANIEL E CARPENTER
100 GRIST MILL RD
SIMSBURY CT 06070

**Statement of Accounts**
████ 040
**Statement Date**
January 31, 2012
**Total days in statement period**
31

Back of Statement (Checking Account)
Back of Statement (CD or Savings)


View as PDF

**Direct Inquiries to:**
**CALL CENTER**
**1-800-894-0300**
**Peoples United Bank**
**1799 Farmington Avenue**
**Unionville CT 06085**

## Statement Summary

| Account | Number | Ending Balance |
|---|---|---|
| Business Advantage | ████ 1040 | $192,359.62 |

## Business Advantage ████ 1040

Average balance                $18,932.50

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 12-31 | Beginning balance | | | $25,017.98 |
| 01-04 | Check 1075 | | $7,380.00- | $17,637.98 |
| 01-05 | Check 1074 | | $6,362.50- | $11,275.48 |
| 01-05 | #Online Xfr Out<br>Ref 0050949L Funds Transfer To<br>Dep ████ 3292 From | | $5,000.00- | $6,275.48 |
| 01-18 | #Online Xfr IN<br>Ref 0181448L Funds Transfer Frm<br>Dep ████ 3289 From | $50,000.00 | | $56,275.48 |
| 01-18 | #Online Xfr Out<br>Ref 0181449L Funds Transfer To<br>Dep ████ 3292 From | | $50,000.00- | $6,275.48 |
| 01-26 | #Online Xfr IN<br>Ref 0261549L Funds Transfer Frm<br>Dep ████ 3289 From | $40,000.00 | | $46,275.48 |
| 01-27 | #Online Xfr Out<br>Ref 0271316L Funds Transfer To<br>Dep ████ 041 From<br>January 2012 Payroll | | $12,288.58- | $33,986.90 |
| 01-30 | Check 1077 | | $12,152.28- | $21,834.62 |
| 01-31 | #Online Xfr IN<br>Ref 0311106L Funds Transfer Frm<br>Dep ████ 2142 From | $200,025.00 | | $221,859.62 |
| 01-31 | #Deposit | $500.00 | | $222,359.62 |
| 01-31 | #Online Xfr Out<br>Ref 0311107L Funds Transfer To<br>Dep ████ 3289 From | | $25,000.00- | $197,359.62 |

| 01-31 | #Online Xfr Out<br>Ref 0311444L Funds Transfer To<br>Dep ▇▇▇1051 From | | $5,000.00- | $192,359.62 |
|---|---|---|---|---|
| 01-31 | Ending totals | $290,525.00 | $123,183.36- | $192,359.62 |

OVERDRAFT/RETURN ITEM FEES

|  | Total for<br>this Period | Total<br>year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

3 Enclosures

| Number | Date | Amount | Number | Date | Amount | Number | | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1074 | January 05, 2012 | $6,362.50- | 1075 | January 04, 2012 | $7,380.00- | 1077 | * | January 30, 2012 | $12,152.28- |

* Skip in check sequence

31861

**Benistar Admin Services, Inc.**
Benistar Plaza
100 Grist Mill Road
Simsbury, CT 06070

**People's United Bank**
51-7218-2211

DATE
Dec 1, 2011

AMOUNT

One Hundred Thousand and 00/100 Dollars

$ ••••••••••••••$100,000.00

PAY
TO THE
ORDER
OF:

BENISTAR GROUP LTD

Mary Carpenter
AUTHORIZED SIGNATURE

⑈03⁑861⑈ ⑆221172186⑆ 6500023285⑈

---

Pocket:2 Pattern:3003 Account:6500023285 Serial:31861 Amount:$100,000.00 Sequence:3718688695 TR:221172186 BOFD TR:-
TranCode:0 CUID:1615 Date:12/01/2011 PostAcct:6500023285

12/01/2011 3718688695
221172-7218-6 X P.B. BPT, CT
PBT

For deposit only
Benistar Group, Ltd.

# EXHIBIT 69

Page 1 of 1



-$17,782.31                    10012                    09012010

-$15,000.00                    10013

-$15,000.00                    10014                    09202010

-$15,000.00                    10015

-$4,343.50                     10016                    09302010

-$5,850.00                     10017