UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC,    ) | |
| ) | |
| Plaintiff-Appellee,    ) | |
| ) | |
| v.    ) | CIVIL ACTION NO. |
| ) | 15-11848-DPW |
| LILLIAN GRANDERSON, as    ) | |
| Successor to Jack E. Robinson, III,    ) | |
| ) | |
| Defendant-Appellant.    ) | SEPTEMBER 4, 2024 |

## PETITIONER DANIEL E. CARPENTER'S MOTION TO DISMISS THIS CASE PURSUANT TO RULE 12(h)(3)

**TO THE HON. DOUGLAS P. WOODLOCK, MAY IT PLEASE THE COURT:**

NOW COMES THE PETITIONER, DANIEL E. CARPENTER, to respectfully ask this Court to dismiss all claims in this case pursuant to Rule 12(h)(3), as this Court lacks jurisdiction as a matter of law because the Plaintiff Universitas has failed to establish Article III Standing and diversity of all the parties.

Respectfully Submitted,

/s/ Daniel E. Carpenter
Daniel E. Carpenter
Petitioner, *pro se*
18 Pond Side Lane
West Simsbury, CT. 06092
860-573-7770
dcarpentermail@gmail.com

RECEIVED IN CLERK'S OFFICE
DATE __9/5/2024__