UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC, | |
| Plaintiff, | Civil Action No. |
| v. | No. 1:15-CV-11848 (DPW) |
| JACK E. ROBINSON, III A/K/A JACK E. ROBINSON, ET AL, | |
| Defendants. | |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The Defendant, Lilian Granderson ("Ms. Granderson"), as substitute for Jack E. Robinson, III ("Mr. Robinson"), respectfully moves this Court for summary judgment on each and every count in the Plaintiff, Universitas Education, LLC ("Universitas") Complaint. In support hereof, Defendant has simultaneously submitted an accompanying Memorandum of Law in Support of Defendant's Motion for Judgment. As required, the Memorandum of Law in Support of Defendant's Motion for Judgment contains a statement of Undisputed Facts. Pursuant to this Motion, and as further detailed in the Memorandum of Law in Support of Defendant's Motion for Summary Judgment, summary judgment should enter as Universitas's claims are barred by the doctrine of *res judicata*, ERISA preempts Universitas's claims, Universitas's claims are time-barred, and Universitas cannot prove a special relationship between the parties as required for the Fourth and Five Counts.

WHEREFORE, the Defendant's Motion for Summary Judgment should be granted in its entirety and judgment should enter in favor of the Defendant.

Respectfully submitted this 9th day of September, 2024.

                                                    DEFENDANT, LILLIAN GRANDERSON

                                                    /s/ ___*Jennifer Pedevillano*____

                                                    Jennifer A. Pedevillano
                                                    Halloran & Sage, LLP
                                                    225 Asylum Street
                                                    Hartford, CT 06103
                                                    475-655-3400
                                                    Email: pedevillano@halloransage.com

                                                    Oscar L. Suarez
                                                    Halloran & Sage, LLP
                                                    One Goodwin Square
                                                    225 Asylum Street
                                                    Hartford, CT 06103
                                                    860-522-6103
                                                    Email: suarez@halloransage.com

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby certify that counsel for the above listed Defendant, Lillian Granderson, complied with Local Rule 7.1 as the parties previously conferred and agreed to a briefing schedule to address outstanding issues, including the issues raised in the instant motion. Therefore, Defendant has complied with Local Rule 7.1.

/s/ *__Jennifer A. Pedevillano ____*
Jennifer A. Pedevillano

## CERTIFICATE OF SERVICE

I, Jennifer Pedevillano, hereby certify that on this 9th day of September, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ *__Jennifer Pedevillano____*
Jennifer Pedevillano