# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNIVERSITAS EDUCATION, LLC, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 15-11848-DPW |
| LILLIAN GRANDERSON, as | ) | |
| Successor to Jack E. Robinson, III, | ) | |
| | ) | |
| Defendant-Appellant. | ) | SEPTEMBER 9, 2024 |

## PETITIONER DANIEL E. CARPENTER'S MOTION TO STRIKE UNIVERSITAS'S MOTION PURSUANT TO RULE 12(f)

**TO THE HON. DOUGLAS P. WOODLOCK, MAY IT PLEASE THE COURT:**

NOW COMES THE PETITIONER, DANIEL E. CARPENTER, to respectfully ask this Court to strike the Universitas Motion for Summary Judgment as it is filled with allegations that are knowingly false as well as impertinent and irrelevant to the Universitas case and is instead filled with false and defamatory scandalous allegations against the Petitioner and his family and friends.

Respectfully Submitted,

/s/ Daniel E. Carpenter
Daniel E. Carpenter
Petitioner, *pro se*
18 Pond Side Lane
West Simsbury, CT. 06092
860-573-7770
dcarpentermail@gmail.com