CLOSED,EFILE,FOLDER,MOTREF,REFDIS,RMS

# U.S. District Court
## District of Connecticut (New Haven)
## CIVIL DOCKET FOR CASE #: 3:20-cv-00738-KAD

Universitas Education, LLC v. Benistar et al
Assigned to: Judge Kari A. Dooley
Referred to: Judge Robert M. Spector
Cause: 28:1332 Diversity-Other Contract

Date Filed: 05/28/2020
Date Terminated: 08/08/2023
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Universitas Education, LLC**

represented by **Elizabeth K. Acee**
Barclay Damon, LLP
545 Long Wharf Drive
9th Floor
New Haven, CT 06511
203-672-2659
Fax: 203-654-3260
Email: eacee@barclaydamon.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ilan Markus**
Barclay Damon LLP
545 Long Wharf Drive
Ste Ninth Floor
New Haven, CT 06511
203-672-2661
Fax: 203-654-3265
Email: imarkus@barclaydamon.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph L Manson , III**
Law Offices of Joseph L. Manson III
600 Cameron St.
Alexandria, VA 22314
202-674-1450
Email: jlm0505@hotmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael G. Caldwell**
25 Elgin Street
06517
Hamden, CT 06517
203-361-6609
Email: mike.caldwell1205@gmail.com
*TERMINATED: 06/29/2021*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Benistar**

**Defendant**

| | | |
|---|---|---|
| **Benistar Admin Services, Inc.** *TERMINATED: 04/07/2022* | represented by | **Dan E. LaBelle** Halloran & Sage 315 Post Rd. West Westport, CT 06880 203-227-2855 Email: labelle@halloran-sage.com *TERMINATED: 07/19/2022* *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Kevin J. Greene**
Halloran & Sage LLP- Hartford
One Goodwin Sq.
225 Asylum St.
Hartford, CT 06103
860-522-6103
Email: greene@halloran-sage.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael R. McPherson**
United Urology Group
25 Crossroads Drive
Suite 306
Owings Mills, MD 21117
860-501-1639
Email:
michael.mcpherson@unitedurology.com
*TERMINATED: 04/10/2024*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **TPG Group Inc** *TERMINATED: 04/07/2022* | represented by | **Dan E. LaBelle** (See above for address) *TERMINATED: 07/19/2022* *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Kevin J. Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael R. McPherson**

(See above for address)
*TERMINATED: 04/10/2024*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Moonstone Partners, LLC**                represented by **Dan E. LaBelle**
*TERMINATED: 04/07/2022*                                 (See above for address)
                                                         *TERMINATED: 07/19/2022*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Kevin J. Greene**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Michael R. McPherson**
                                                         (See above for address)
                                                         *TERMINATED: 04/10/2024*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Alliance Charitable Trust**              represented by **Grayson Colt Holmes**
                                                         Ouellette, Deganis, Gallagher and Grippe
                                                         143 Main Street
                                                         Cheshire, CT 06410
                                                         203-272-1157
                                                         Fax: 203-250-1835
                                                         Email: gholmes@odglaw.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Jeffrey Sandberg**
                                                         Palmer Lehman Sandberg, PLLC
                                                         8350 North Central Expressway
                                                         Suite 1111
                                                         Dallas, TX 75206
                                                         214-242-6444
                                                         Fax: 214-265-1950
                                                         Email: jsandberg@pamlaw.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Phoenix Charitable Trust**               represented by **Grayson Colt Holmes**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Jeffrey Sandberg**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Atlantic Charitable Trust**                           represented by  **Grayson Colt Holmes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Sandberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Avon Charitable Trust**                               represented by  **Grayson Colt Holmes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Sandberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Carpenter Charitable Trust**                          represented by  **Grayson Colt Holmes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Sandberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Donald Trudeau**                                      represented by  **Dan E. LaBelle**
*TERMINATED: 04/07/2022*                                (See above for address)
*TERMINATED: 07/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin J. Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael R. McPherson**
(See above for address)
*TERMINATED: 04/10/2024*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Molly Carpenter**                                     represented by  **Dan E. LaBelle**
*TERMINATED: 04/07/2022*                                (See above for address)

*TERMINATED: 07/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin J. Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael R. McPherson**
(See above for address)
*TERMINATED: 04/10/2024*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jane Doe**
*Entities Under Control of Molly Carpenter*
*and/or Donald Trudeau*
*TERMINATED: 04/07/2022*

**Defendant**

**Jane Doe**
*Entities Under Control of Judgment Debtors*

**Defendant**

**Grist Mill Partners, LLC**                 represented by  **Jeffrey M. Sklarz**
                                                            Green & Sklarz LLC
                                                            One Audubon Street
                                                            3rd Floor
                                                            New Haven, CT 06511
                                                            203-285-8545
                                                            Email: jsklarz@gs-lawfirm.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Jonathan J. Einhorn**
                                                            Law Office of Jonathan J. Einhorn
                                                            129 Whitney Avenue
                                                            New Haven, CT 06510
                                                            203-777-3777
                                                            Fax: 203-782-1721
                                                            Email: einhornlawoffice@gmail.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Lawrence S. Grossman**
                                                            Green & Sklarz LLC
                                                            One Audubon Street, Third Floor
                                                            New Haven, CT 06511
                                                            203-285-8545
                                                            Fax: 203-306-3391
                                                            Email: lgrossman@gs-lawfirm.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

Matthew Pesce
Murtha Cullina
107 Elm Street
11th Floor
Stamford, CT 06902
203-653-5414
Fax: 203-653-5414
Email: mpesce@murthalaw.com
*TERMINATED: 04/10/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Greyhound Partners, LLC**                    represented by **John R. Williams**
51 Elm St., Ste. 409
New Haven, CT 06510
203-562-9931
Fax: 203-776-9494
Email: jrw@johnrwilliams.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan J. Einhorn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**1&3 Mill Pond Partners, LLC**                represented by **John R. Williams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan J. Einhorn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Seir Hill Partners, LLC**                    represented by **John R. Williams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan J. Einhorn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Birch Hill Partners, LLC**                   represented by **John R. Williams**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan J. Einhorn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Caroline Meckel**        represented by    **Kevin J. Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael R. McPherson**
(See above for address)
*TERMINATED: 04/10/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Steven Meckel**        represented by    **Kevin J. Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael R. McPherson**
(See above for address)
*TERMINATED: 04/10/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Carpenter Financial Group, Inc.**        represented by    **Jonathan J. Einhorn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Daniel Carpenter**        represented by    **Jeffrey Sandberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Williams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan J. Einhorn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Michael G. Caldwell**                                represented by  **Michael G. Caldwell**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/28/2020 | [1](#) | COMPLAINT against All Defendants ( Filing fee $400 receipt number ACTDC-5883546.), filed by Universitas Education, LLC.(Caldwell, Michael) (Entered: 05/28/2020) |
| 05/28/2020 |  | Request for Clerk to issue summons as to All Defendants. (Caldwell, Michael) (Entered: 05/28/2020) |
| 05/28/2020 |  | Judge Jeffrey A. Meyer added. (Oliver, T.) (Entered: 05/29/2020) |
| 05/28/2020 | [2](#) | Order on Pretrial Deadlines: Amended Pleadings due by 7/27/2020' Discovery due by 11/27/2020' Dispositive Motions due by 1/1/2021. Signed by Clerk on 5/28/2020.(Freberg, B) (Entered: 05/29/2020) |
| 05/28/2020 | [3](#) | ELECTRONIC FILING ORDER FOR COUNSEL - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER Signed by Judge Jeffrey A. Meyer on 5/28/2020.(Freberg, B) (Entered: 05/29/2020) |
| 05/28/2020 | [4](#) | STANDING PROTECTIVE ORDER Signed by Judge Jeffrey A. Meyer on 5/28/2020.(Freberg, B) (Entered: 05/29/2020) |
| 05/29/2020 | [5](#) | NOTICE TO COUNSEL/SELF-REPRESENTED PARTIES : Counsel or self-represented parties initiating or removing this action are responsible for serving all parties with attached documents and copies of [4](#) Protective Order, [1](#) Complaint filed by Universitas Education, LLC, [3](#) Electronic Filing Order, [2](#) Order on Pretrial Deadlines Signed by Clerk on 5/29/2020.(Freberg, B) (Entered: 05/29/2020) |
| 05/29/2020 | [6](#) | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *Alliance Charitable Trust, Atlantic Charitable Trust, Avon Charitable Trust, Benistar, Benistar Admin Services, Inc., Molly Carpenter, Carpenter Charitable Trust, Jane Doe, Jane Doe, Grist Mill Partners, LLC, Moonstone Partners, LLC, Phoenix Charitable Trust, TPG Group Inc, Donald Trudeau* with answer to complaint due within *21* days. Attorney *Michael G. Caldwell* *Barclay Damon, LLP* *545 Long Wharf Drive, 9th Floor* *New Haven, CT 06511*. (Freberg, B) (Entered: 05/29/2020) |
| 05/29/2020 | [7](#) | NOTICE of Appearance by Ilan Markus on behalf of Universitas Education, LLC (Markus, Ilan) (Entered: 05/29/2020) |
| 05/29/2020 | [8](#) | MOTION for Attorney(s) Joseph L. Manson III to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5886229) by Universitas Education, LLC. (Attachments: # [1](#) Affidavit of Joseph L. Manson III)(Caldwell, Michael) (Entered: 05/29/2020) |
| 06/01/2020 | [9](#) | MOTION for Prejudgment Remedy by Universitas Education, LLC. (Attachments: # [1](#) Memorandum in Support (Exhibits 1-47 filed separately due to size), # [2](#) Affidavit of Sharon Siebert (Exh. A), # [3](#) Affidavit of Benjamin Chernow (Exh. B), # [4](#) Text of Proposed Order (Exh. C), # [5](#) Exhibit Claim Form-- GMP, # [6](#) Exhibit Claim Form-- Molly Carpenter)(Caldwell, Michael) (Entered: 06/01/2020) |
| 06/01/2020 | [10](#) | EXHIBIT *1-10 to PJR Application* by Universitas Education, LLC re [9](#) MOTION for Prejudgment Remedy . (Caldwell, Michael) (Entered: 06/01/2020) |

| 06/01/2020 | 11 | EXHIBIT *11-20 to PJR Application* by Universitas Education, LLC.re 9 OTION for Prejudgment Remedy . (Caldwell, Michael) Modified on 6/2/2020 (Blough, B.). (Entered: 06/01/2020) |
|---|---|---|
| 06/01/2020 | 12 | EXHIBIT *21-30 to PJR Application* by Universitas Education, LLC. re 9 OTION for Prejudgment Remedy (Caldwell, Michael) Modified on 6/2/2020 (Blough, B.). (Entered: 06/01/2020) |
| 06/01/2020 | 13 | EXHIBIT *31-40 to PJR Application* by Universitas Education, LLC re 9 MOTION for Prejudgment Remedy . (Caldwell, Michael) (Entered: 06/01/2020) |
| 06/01/2020 | 14 | EXHIBIT *41-47 to PJR Application* by Universitas Education, LLC re 9 MOTION for Prejudgment Remedy . (Caldwell, Michael) (Entered: 06/01/2020) |
| 06/01/2020 | 15 | MOTION for Disclosure *of Assets* by Universitas Education, LLC. (Caldwell, Michael) (Entered: 06/01/2020) |
| 06/02/2020 | 16 | ORDER granting 8 Motion to Appear Pro Hac Vice. Certificate of Good Standing due by 8/1/2020. Signed by Clerk on 6/2/2020. (Freberg, B) (Entered: 06/02/2020) |
| 06/02/2020 | 17 | ORDER REFERRING CASE to Magistrate Judge Robert M. Spector for ruling on 9 MOTION for Prejudgment Remedy and 15 MOTION for Disclosure *of Assets*. Signed by Judge Jeffrey A. Meyer on 6/2/2020.(Freberg, B) (Entered: 06/02/2020) |
| 06/03/2020 | 18 | CERTIFICATE OF GOOD STANDING re 8 MOTION for Attorney(s) Joseph L. Manson III to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5886229) by Universitas Education, LLC. (Caldwell, Michael) (Entered: 06/03/2020) |
| 06/03/2020 | 19 | CERTIFICATE OF GOOD STANDING re 8 MOTION for Attorney(s) Joseph L. Manson III to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5886229) by Universitas Education, LLC. (Caldwell, Michael) (Entered: 06/03/2020) |
| 06/03/2020 | 20 | NOTICE of Appearance by Joseph L Manson, III on behalf of Universitas Education, LLC (Manson, Joseph) (Entered: 06/03/2020) |
| 06/03/2020 | 21 | NOTICE by Universitas Education, LLC re 9 MOTION for Prejudgment Remedy *(Letter to Judge Spector Requesting Oral Argument)* (Caldwell, Michael) (Entered: 06/03/2020) |
| 06/04/2020 | 22 | ORDER: On June 1, 2020, the plaintiff filed an *Ex Parte* Motion for Prejudgment Remedy (Doc. No. 9) and Motion for Disclosure of Assets (Doc. No. 15). On June 2, 2020, the Court (Meyer, J) referred the motions to the undersigned. (Doc. No. 17). On June 3, 2020, the plaintiff filed a Notice regarding the pending motions in which the plaintiff emphasizes its position as set forth in its *Ex Parte* Motion for Prejudgment Remedy, and requests an *ex parte* oral argument. (Doc. No. 21).

Under Connecticut's "prejudgment remedies law, prejudgment remedies can only be issued *ex parte* in certain limited circumstances, which include exigent circumstances." *Cendant Corp. v. Shelton*, 473 F. Supp. 2d 307, 321 (D. Conn. 2007) (citing Conn. Gen. Stat. § 52-278e). The plaintiff asserts that exigent circumstances, as detailed in § 52-278e, exist in this case as the defendants are "about to fraudulently dispose of or [have] fraudulently disposed of any of [their] property with intent to hinder, delay or defraud [the defendants'] creditors" or have "fraudulently hidden or withheld money, property or effects which should be liable to the satisfaction of [their] debts." (See Doc. No. 9, Ex. A). The plaintiff asserts that the judgment debtors in this dispute are indebted to the plaintiff for approximately $46.7 million, plus continued post-judgment interest, and Daniel Carpenter is personally indebted for approximately $26 million, plus continued post-judgment interest. (Doc. No. 9-1 at 6; Doc. No. 9-2 at 5). The plaintiff discusses the past fraudulent acts of Daniel and Molly Carpenter which have been done with an intent |

to frustrate the plaintiff's ability to enforce its judgment. (Doc. No. 9-1 at 6-8). Additionally, the plaintiff argues that prior cases involving defendant Benistar demonstrate a pattern whereby Benistar entities frequently transfer and/or assign assets to other Benistar entities with an intent to hinder, delay, or otherwise defraud creditors. (Doc. No. 9-1 at 7). The plaintiff seeks to attach two properties to secure its likely judgment: one belonging to defendant Grist Mill Partners, LLC, which is an entity controlled by Daniel Carpenter (Doc. No. 9-1 at 7), valued at $2.4 million and the other, belonging to defendant Molly Carpenter, valued at $430,780. (Doc. No. 9-2 at 5). The plain language of § 52-278e requires a reasonable likelihood that the defendants against whom the prejudgment remedy is sought, will remove assets from the state. The plaintiff has not established a reasonable likelihood that all of the named defendants in this case should be subject to an *ex parte* prejudgment remedy. Moreover, any emergency or exigent basis on which to consider this application has been mooted by the long litigation history against these defendants, and involving related individuals and entities, and the fact that these defendants have had notice of attempted collection through litigation in multiple forums. As the plaintiff states, "[t]his is not a new dispute." (Doc. No. 21 at 1). The arbitration award that this plaintiff is attempting to collect was issued in 2011, the Southern District of New York issued a judgment affirming that award in 2012, and the Second Circuit affirmed that decision. The judgment debtors' continuous fraudulent transfer of assets with an intent to frustrate the plaintiff's collection efforts is well established and the plaintiff has not established how exigent circumstances suddenly exist. Accordingly, to the extent that the plaintiff seeks a prejudgment remedy on an ***ex parte*** basis, such request for the entry of a prejudgment remedy *ex parte* is denied.

A telephonic status conference to address the Motion for Prejudgment Remedy will be held on June 12, 2020 at 10:00 a.m. The plaintiff's counsel is directed to ensure that the defendants have been served with the Complaint and all relevant filings, including the calendar notice for the telephonic status conference. The calendar notice will include the conference dial in for the call.

Signed by Judge Robert M. Spector on 6/4/2020.(Watson, M.) (Entered: 06/04/2020)

| 06/04/2020 | 23 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. A Telephonic Status Conference Regarding the Plaintiff's Motion for Prejudgment Remedy is set for 6/12/2020 at 10:00 AM before Judge Robert M. Spector. *Please use the following dial in for this call: 877-873-8017, access code: 7040261.* (Watson, M.) (Entered: 06/04/2020) |
| --- | --- | --- |
| 06/07/2020 | 24 | Corporate Disclosure Statement by Universitas Education, LLC. (Caldwell, Michael) (Entered: 06/07/2020) |
| 06/10/2020 | 25 | SUMMONS Returned Executed by Universitas Education, LLC. Alliance Charitable Trust served on 6/9/2020, answer due 6/30/2020; Atlantic Charitable Trust served on 6/9/2020, answer due 6/30/2020; Avon Charitable Trust served on 6/9/2020, answer due 6/30/2020; Benistar Admin Services, Inc. served on 6/9/2020, answer due 6/30/2020; Molly Carpenter served on 6/9/2020, answer due 6/30/2020; Carpenter Charitable Trust served on 6/9/2020, answer due 6/30/2020; Grist Mill Partners, LLC served on 6/9/2020, answer due 6/30/2020; Moonstone Partners, LLC served on 6/9/2020, answer due 6/30/2020; Phoenix Charitable Trust served on 6/9/2020, answer due 6/30/2020; TPG Group Inc served on 6/9/2020, answer due 6/30/2020; Donald Trudeau served on 6/9/2020, answer due 6/30/2020. (Caldwell, Michael) (Entered: 06/10/2020) |
| 06/10/2020 | 30 | NOTICE Re: Universitas Education, LLC could not establish an address for service upon Avon Charitable Trust. They delivered copies of filings 1-20 to the Clerk's Office |

| | | |
|---|---|---|
| | | pursuant to Fed Rule 5(b)(2)(D). (Pesta, J.) (Pesta, J.) Modified text on 6/18/2020 (Pesta, J.). (Entered: 06/12/2020) |
| 06/10/2020 | [39](#) | NOTICE Re: Universitas Education, LLC could not establish an address for service upon Alliance Charitable Trust. They delivered copies of filings 1-20 to the Clerk's Office pursuant to Fed Rule 5(b)(2)(D). (Pesta, J.) (Entered: 06/18/2020) |
| 06/10/2020 | [40](#) | NOTICE Re: Universitas Education, LLC could not establish an address for service upon Carpenter Charitable Trust. They delivered copies of filings 1-20 to the Clerk's Office pursuant to Fed Rule 5(b)(2)(D). (Pesta, J.) (Entered: 06/18/2020) |
| 06/10/2020 | [41](#) | NOTICE Re: Universitas Education, LLC could not establish an address for service upon Atlantic Charitable Trust. They delivered copies of filings 1-20 to the Clerk's Office pursuant to Fed Rule 5(b)(2)(D). (Pesta, J.) (Entered: 06/18/2020) |
| 06/10/2020 | [42](#) | NOTICE Re: Universitas Education, LLC could not establish an address for service upon Phoenix Charitable Trust. They delivered copies of filings 1-20 to the Clerk's Office pursuant to Fed Rule 5(b)(2)(D). (Pesta, J.) (Entered: 06/18/2020) |
| 06/10/2020 | | Set Deadlines: Rule 26 Meeting Report due by 7/25/2020. (Gutierrez, Y.) (Entered: 06/23/2020) |
| 06/11/2020 | [26](#) | NOTICE of Appearance by Dan E. LaBelle on behalf of Benistar Admin Services, Inc., Molly Carpenter, Moonstone Partners, LLC, TPG Group Inc, Donald Trudeau (LaBelle, Dan) (Entered: 06/11/2020) |
| 06/11/2020 | [27](#) | Corporate Disclosure Statement by Benistar Admin Services, Inc.. (LaBelle, Dan) (Entered: 06/11/2020) |
| 06/11/2020 | [28](#) | Corporate Disclosure Statement by Moonstone Partners, LLC. (LaBelle, Dan) (Entered: 06/11/2020) |
| 06/11/2020 | [29](#) | Corporate Disclosure Statement by TPG Group Inc. (LaBelle, Dan) (Entered: 06/11/2020) |
| 06/12/2020 | [31](#) | ENTERED IN ERROR: ELECTRONIC SUMMONS REISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *Avon Charitable Trust* with answer to complaint due within *21* days. Attorney *Michael G. Caldwell* *Barclay Damon, LLP* *545 Long Wharf Drive, 9th Floor* *New Haven, CT 06511*. (Pesta, J.) Modified on 6/25/2020 (Pesta, J.). (Entered: 06/12/2020) |
| 06/12/2020 | [32](#) | NOTICE of Appearance by Michael R. McPherson on behalf of Benistar Admin Services, Inc., Molly Carpenter, Moonstone Partners, LLC, TPG Group Inc, Donald Trudeau (McPherson, Michael) (Entered: 06/12/2020) |
| 06/12/2020 | 33 | Minute Entry for proceedings held before Judge Robert M. Spector: Telephonic Status Conference held on 6/12/2020. 17 minutes (Watson, M.) (Entered: 06/12/2020) |
| 06/12/2020 | 34 | MEMORANDUM of Status Conference Regarding Motion for Prejudgment Remedy: As discussed during the telephonic status conference held today, the defendants will file their brief in opposition to the plaintiff's motion by June 26, 2020. An evidentiary hearing on the Motion for Prejudgment Remedy is set for July 17, 2020 at 10:00 a.m. and will be held by video-conference. A follow-up telephonic status conference is set for June 26, 2020 at 9:30 a.m. Signed by Judge Robert M. Spector on 6/12/2020.(Watson, M.) (Entered: 06/12/2020) |
| 06/12/2020 | 35 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. A TELEPHONIC Status Conference is set for 6/26/2020 at 09:30 AM before Judge Robert M. Spector. *Counsel shall use the following* |

| | | *dial in for this call: 877-873-8017, access code: 7040261.* (Watson, M.) (Entered: 06/12/2020) |
|---|---|---|
| 06/12/2020 | 36 | ORDER STRIKING DOCUMENTS WRONGFULLY SERVED ON CLERK OF COURT. Plaintiff has filed documents with the Clerk of Court along with a Notice Concerning Service of Documents on Avon Charitable Trust, a party that has not yet been served with process or entered an appearance in this action. Doc. # 30 . Plaintiff states that Avon Charitable Trust has no known address and relies on Rule 5(b)(2)(D) of the Federal Rules of Civil Procedure as grounds to effectuate service on Avon Charitable Trust simply by delivering process to the Clerk of Court. A party may not use Rule 5(d) (2)(B) to evade the initial service-of-process requirements set forth under Fed. R. Civ. P. 4. *See, e.g., Reid v. Dan Yant, Inc.*, 2018 WL 8014197, at *2-3 (E.D.N.Y. 2018); *Cryer v. UMass Med. Corr. Health*, 2011 WL 841248, at *1 (D. Mass. 2011). Accordingly, the Court STRIKES the documents served on the Clerk of Court. The Clerk of Court may discard these documents absent immediate request by plaintiff to come to the courthouse to retrieve them. It is so ordered. Signed by Judge Jeffrey A. Meyer on 06/12/2020. (Mahler-Haug, A) (Entered: 06/12/2020) |
| 06/12/2020 | 37 | NOTICE by Universitas Education, LLC *Concerning Service of Documents on Avon Charitable Trust and Court's Order Striking Documents* (Caldwell, Michael) (Entered: 06/12/2020) |
| 06/16/2020 | 38 | ORDER ORDER VACATING ORDER TO STRIKE DOCUMENTS WRONGFULLY SERVED ON CLERK OF COURT (Doc. # 36 ). In light of the supplemental notice filed by plaintiff stating that defendant Avon Charitable Trust has been served with process (Doc. # 37 ; *see also* Doc. # 25 at 10-11), the Court hereby VACATES its order striking documents served on Clerk of Court on the ground that the Court was mistaken concerning the premise for its order. The Clerk shall not discard the documents filed by plaintiff pursuant to Rule 5(b)(2)(D) of the Federal Rules of Civil Procedure. It is so ordered. Signed by Judge Jeffrey A. Meyer on 06/16/2020. (Mahler-Haug, A) (Entered: 06/16/2020) |
| 06/19/2020 | 43 | NOTICE of Appearance by Jeffrey M. Sklarz on behalf of Grist Mill Partners, LLC (Sklarz, Jeffrey) (Entered: 06/19/2020) |
| 06/19/2020 | 44 | NOTICE of Appearance by Lawrence S. Grossman on behalf of Grist Mill Partners, LLC (Grossman, Lawrence) (Entered: 06/19/2020) |
| 06/23/2020 | 45 | MOTION to Continue *Hearing on Motion for Prejudgment Remedy to July 29, 2020 with Consent* by Grist Mill Partners, LLC. (Sklarz, Jeffrey) (Entered: 06/23/2020) |
| 06/24/2020 | 46 | MOTION for Extension of Time until July 30, 2020 To Plead with Consent by Benistar Admin Services, Inc., Molly Carpenter, Moonstone Partners, LLC, TPG Group Inc, Donald Trudeau. (McPherson, Michael) (Entered: 06/24/2020) |
| 06/25/2020 | 47 | ORDER granting 46 MOTION for Extension of Time until July 30, 2020 To Plead with Consent. Signed by Judge Jeffrey A. Meyer on 6/25/2020. (Freberg, B) (Entered: 06/25/2020) |
| 06/25/2020 | | Answer deadline updated for Benistar Admin Services, Inc. to 7/30/2020; Molly Carpenter to 7/30/2020; Moonstone Partners, LLC to 7/30/2020; TPG Group Inc to 7/30/2020; Donald Trudeau to 7/30/2020. (Freberg, B) (Entered: 06/25/2020) |
| 06/25/2020 | 48 | OBJECTION re 9 MOTION for Prejudgment Remedy filed by Benistar Admin Services, Inc., Molly Carpenter, Moonstone Partners, LLC, TPG Group Inc, Donald Trudeau. (Attachments: # 1 Exhibit A, # 2 Exhibit A1, # 3 Exhibit A2, # 4 Exhibit A3, # 5 Exhibit A4, # 6 Exhibit A5, # 7 Exhibit A6, # 8 Errata B)(McPherson, Michael) (Entered: 06/25/2020) |

| 06/26/2020 | 49 | Minute Entry for proceedings held before Judge Robert M. Spector: Telephonic Status Conference held on 6/26/2020. 30 minutes (Watson, M.) (Entered: 06/26/2020) |
|---|---|---|
| 06/26/2020 | 50 | ORDER granting 45 Motion to Continue the PJR Hearing to July 29, 2020. The hearing will commence by video-conference on July 29, 2020 at 9:30 a.m. and, if necessary, will continue for half a day on July 30, 2020, starting at 9:30 a.m. Signed by Judge Robert M. Spector on 6/26/2020. (Watson, M.) (Entered: 06/26/2020) |
| 06/26/2020 | 51 | MEMORANDUM of Telephonic Status Conference Regarding the Plaintiff's Motion for Prejudgment Remedy: As discussed during the telephonic conference call held today, the following deadlines were set:<br>(1) the plaintiff shall file its response to the defendants' opposition by July 7, 2020;<br>(2) the parties shall file their proposed exhibit and witness lists by July 17, 2020;<br>(3) the parties shall submit (electronically) copies of their *premarked* exhibits to Chambers and Judge Spector's Courtroom Deputy by July 24, 2020;<br>(4) a telephonic status conference will be held on July 13, 2020 at 3:00 p.m.; and<br>(5) the hearing on the plaintiff's Motion for Prejudgment Remedy will be held by video-conference on July 29, 2020 at 9:30 a.m. and, if necessary, for a half day on July 30, 2020.<br>(Watson, M.) (Entered: 06/26/2020) |
| 06/26/2020 | 52 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. A Telephonic Status Conference is set for 7/13/2020 at 03:00 PM before Judge Robert M. Spector. *Please use the following dial in for this call: 877-873-8017, access code: 7040261.* (Watson, M.) (Entered: 06/26/2020) |
| 06/26/2020 | 53 | Memorandum in Opposition re 9 MOTION for Prejudgment Remedy filed by Grist Mill Partners, LLC. (Sklarz, Jeffrey) (Entered: 06/26/2020) |
| 06/26/2020 | 54 | Supplemental AFFIDAVIT of Service for documents referenced in Summons Returned Executed *(postal return receipt )* served on Grist Mill Partners, LLC on 06/09/2020, filed by Universitas Education, LLC. (Caldwell, Michael) (Entered: 06/26/2020) |
| 06/26/2020 | 55 | Supplemental AFFIDAVIT of Service for documents referenced in Summons Returned Executed *(postal return receipt)* served on Avon Charitable Trust on 06/09/2020, filed by Universitas Education, LLC. (Caldwell, Michael) (Entered: 06/26/2020) |
| 06/26/2020 | 56 | Supplemental AFFIDAVIT of Service for documents referenced in Summons Returned Executed *(postal return receipt)* served on Alliance Charitable Trust on 06/09/2020, filed by Universitas Education, LLC. (Caldwell, Michael) (Entered: 06/26/2020) |
| 06/26/2020 | 57 | Supplemental AFFIDAVIT of Service for documents referenced in Summons Returned Executed *(postal return receipt)* served on Atlantic Charitable Trust on 06/09/2020, filed by Universitas Education, LLC. (Caldwell, Michael) (Entered: 06/26/2020) |
| 06/26/2020 | 58 | Supplemental AFFIDAVIT of Service for documents referenced in Summons Returned Executed *(postal return receipt)* served on Carpenter Charitable Trust on 06/09/2020, filed by Universitas Education, LLC. (Caldwell, Michael) (Entered: 06/26/2020) |
| 06/26/2020 | 59 | Supplemental AFFIDAVIT of Service for documents referenced in Summons Returned Executed *(postal return receipt)* served on Phoenix Charitable Trust on 06/09/2020, filed by Universitas Education, LLC. (Caldwell, Michael) (Entered: 06/26/2020) |
| 06/29/2020 | 60 | Consent MOTION for Extension of Time until July 31, 2020 for Defendant Grist Mill Partners, LLC to Respond to Complaint 1 Complaint by Grist Mill Partners, LLC. (Sklarz, Jeffrey) (Entered: 06/29/2020) |

| | | |
|---|---|---|
| 06/30/2020 | 61 | ORDER granting 60 Consent MOTION for Extension of Time until July 31, 2020 for Defendant Grist Mill Partners, LLC to Respond to Complaint 1 Complaint. Signed by Judge Jeffrey A. Meyer on 6/30/2020. (Freberg, B) (Entered: 06/30/2020) |
| 06/30/2020 | | Answer deadline updated for Grist Mill Partners, LLC to 7/31/2020. (Freberg, B) (Entered: 06/30/2020) |
| 07/07/2020 | 62 | REPLY to Response to 9 MOTION for Prejudgment Remedy *(Plaintiff's Brief in Further Support of Application for Prejudgment Remedy and Motion for Disclosure of Assets)* filed by Universitas Education, LLC. (Attachments: # 1 Exhibit A-E)(Caldwell, Michael) (Entered: 07/07/2020) |
| 07/13/2020 | 63 | Minute Entry for proceedings held before Judge Robert M. Spector: Telephonic Status Conference held on 7/13/2020. 14 minutes (Watson, M.) (Entered: 07/13/2020) |
| 07/13/2020 | 64 | ORDER re 63 Telephonic Status Conference: In accordance with the discussion during today's telephonic status conference regarding a resolution of the PJR by stipulation, the parties shall submit a proposed order for the Court's consideration on or before July 17, 2020.<br>Signed by Judge Robert M. Spector on 7/13/2020.(Watson, M.) (Entered: 07/13/2020) |
| 07/17/2020 | 65 | STIPULATION *for Prejudgment Attachment of Real Estate* by Universitas Education, LLC. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit Exhibit A - Description of Property at 100 Grist Mill Road, # 3 Exhibit Exhibit B - Description of Property at 18 Pond Side Lane, # 4 Exhibit Exhibit C - Description of Property at 392B Cards Pond Road)(Manson, Joseph) (Entered: 07/17/2020) |
| 07/20/2020 | 66 | ORDER ON THE STIPULATION 65 filed by Universitas Education, LLC: In accordance with the Stipulation for Prejudgment Attachment of Real Estate, the parties' Order of Attachment is SO ORDERED (see attached).<br>Signed by Judge Robert M. Spector on 7/20/2020.(Watson, M.) (Entered: 07/20/2020) |
| 07/20/2020 | 67 | ORDER finding as moot 9 Motion for Prejudgment Remedy; finding as moot 15 Motion for Disclosure in light of the Stipulation for Prejudgment Attachment of Real Estate (Doc. Nos. 65-66). Signed by Judge Robert M. Spector on 7/20/2020. (Watson, M.) (Entered: 07/20/2020) |
| 07/29/2020 | 68 | MOTION to Dismiss by Benistar Admin Services, Inc., Molly Carpenter, Moonstone Partners, LLC, TPG Group Inc, Donald Trudeau.Responses due by 8/19/2020 (McPherson, Michael) (Entered: 07/29/2020) |
| 07/29/2020 | 69 | Memorandum in Support re 68 MOTION to Dismiss filed by Benistar Admin Services, Inc., Molly Carpenter, Moonstone Partners, LLC, TPG Group Inc, Donald Trudeau. (McPherson, Michael) (Entered: 07/29/2020) |
| 07/30/2020 | 70 | MOTION for Default Entry 55(a) as to Alliance Charitable Trust, Phoenix Charitable Trust, Atlantic Charitable Trust, Avon Charitable Trust, Carpenter Charitable Trust by Universitas Education, LLC. (Attachments: # 1 Affidavit)(Manson, Joseph) (Entered: 07/30/2020) |
| 07/30/2020 | 71 | NOTICE of Appearance by Grayson Colt Holmes on behalf of Alliance Charitable Trust, Atlantic Charitable Trust, Avon Charitable Trust, Carpenter Charitable Trust, Phoenix Charitable Trust (Holmes, Grayson) (Entered: 07/30/2020) |
| 07/31/2020 | 72 | MOTION to Dismiss *Complaint Pursuant to Fed. R. Civ. P. 12(b)(6)* by Grist Mill Partners, LLC.Responses due by 8/21/2020 (Sklarz, Jeffrey) (Entered: 07/31/2020) |

| 07/31/2020 | [73](#) | Memorandum in Support re [72](#) MOTION to Dismiss *Complaint Pursuant to Fed. R. Civ. P. 12(b)(6)* filed by Grist Mill Partners, LLC. (Sklarz, Jeffrey) (Entered: 07/31/2020) |
|---|---|---|
| 08/03/2020 | [74](#) | MOTION to Dismiss for Lack of Jurisdiction by Alliance Charitable Trust, Atlantic Charitable Trust, Avon Charitable Trust, Carpenter Charitable Trust, Phoenix Charitable Trust.Responses due by 8/24/2020 (Attachments: # [1](#) Memorandum in Support, # [2](#) Exhibit 1, # [3](#) Exhibit 2, # [4](#) Exhibit 3, # [5](#) Exhibit 4, # [6](#) Exhibit 5, # [7](#) Exhibit 6) (Holmes, Grayson) (Entered: 08/03/2020) |
| 08/03/2020 | [75](#) | REPORT of Rule 26(f) Planning Meeting. (Manson, Joseph) (Entered: 08/03/2020) |
| 08/03/2020 | [76](#) | OBJECTION *to Plaintiff''s Motion for Default* filed by Alliance Charitable Trust, Atlantic Charitable Trust, Avon Charitable Trust, Carpenter Charitable Trust, Phoenix Charitable Trust. (Holmes, Grayson) (Entered: 08/03/2020) |
| 08/03/2020 | [77](#) | MOTION for Extension of Time to File Response/Reply as to [68](#) MOTION to Dismiss until September 16, 2020 by Universitas Education, LLC. (Manson, Joseph) (Entered: 08/03/2020) |
| 08/03/2020 | [78](#) | MOTION for Extension of Time to File Response/Reply as to [72](#) MOTION to Dismiss *Complaint Pursuant to Fed. R. Civ. P. 12(b)(6)* until September 18, 2020 by Universitas Education, LLC. (Manson, Joseph) (Entered: 08/03/2020) |
| 08/04/2020 | 79 | ORDER GRANTING MOTION FOR EXTENSION OF TIME (Doc. #77). The Court GRANTS the motion for extension of time to **September 16, 2020** for plaintiff to file any objection or response to the motion to dismiss (Doc. #68) filed bydefendants Molly Carpenter, Donald Trudeau, Benistar Admin Services, Inc., TPG Group, Inc., and Moonstone Partners, LLC. It is so ordered. Signed by Judge Jeffrey A. Meyer on 8/4/2020. (Freberg, B) (Entered: 08/05/2020) |
| 08/04/2020 | 80 | ORDER GRANTING MOTION FOR EXTENSION OF TIME (Doc. #78). The Court GRANTS the motion for extension of time to **September 18, 2020** for plaintiff to file any objection or response to the motion to dismiss filed by Grist Mill Partners, LLC. It is so ordered.. Signed by Judge Jeffrey A. Meyer on 8/4/2020. (Freberg, B) (Entered: 08/05/2020) |
| 08/04/2020 | 81 | ORDER RE FILING OF REVISED RULE 26(f) REPORT. In light of the appearance of counsel for defendants Alliance Charitable Trust, Atlantic Charitable Trust, Avon Charitable Trust, Carpenter Charitable Trust, Phoenix Charitable Trust, counsel shall re-confer and submit a revised Rule 26(f) report by **August 14, 2020**. It is so ordered. Signed by Judge Jeffrey A. Meyer on 8/4/2020.(Freberg, B) (Entered: 08/05/2020) |
| 08/14/2020 | [82](#) | Amended REPORT of Rule 26(f) Planning Meeting. (Manson, Joseph) (Entered: 08/14/2020) |
| 08/17/2020 | [83](#) | REPLY to Response to [70](#) MOTION for Default Entry 55(a) as to Alliance Charitable Trust, Phoenix Charitable Trust, Atlantic Charitable Trust, Avon Charitable Trust, Carpenter Charitable Trust filed by Universitas Education, LLC. (Attachments: # [1](#) Affidavit of Ben Chernow)(Manson, Joseph) (Entered: 08/17/2020) |
| 08/19/2020 | 84 | GENERAL SCHEDULING ORDER. The parties' Rule 26(f) Planning Report (Doc. # [82](#) ) is hereby APPROVED as modified by this order. All discovery shall be completed by **January 25, 2021**, and all other interim discovery dates set forth in the parties' Rule 26(f) Report are hereby adopted. Any dispositive summary judgment motions shall be filed by **June 25, 2021**, and any response to dispositive summary judgment motions shall be filed by **July 23, 2021**. The parties' joint trial memorandum is due by **July 23, 2021**, or within 30 days of the Court's ruling on dispositive summary judgment motions, whichever date is later. The Court will thereafter set a trial date, and the parties should be prepared to |

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                        |
|------------|----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | proceed to jury selection within 30 days of the filing of the joint trial memorandum. Please refer to Judge Meyer's webpage on the District of Connecticut website for Judge Meyer's "Instructions for Discovery Disputes" and "Instructions for Joint Trial Memorandum" and "Pretrial Preferences" and "Trial Preferences." **The parties are encouraged to commence discovery forthwith and to arrange their schedules in contemplation of the briefing deadlines for any dispositive motions, because the Court is unlikely to grant a future request for an extension of the scheduling order absent extraordinary and unforeseeable circumstances.** A telephonic status conference will be held on **October 30, 2020 at 4:00 PM**. Parties are instructed to call 877-402-9753; Access Code 8576007#. It is so ordered. Signed by Judge Jeffrey A. Meyer on 08/19/2020. (DeBot, B.) (Entered: 08/19/2020) |
| 08/19/2020 |    | Set Deadlines/Hearings: Telephone Status Conference set for 10/30/2020 at 4:30 PM before Judge Jeffrey A. Meyer. Discovery due by 1/25/2021; Dispositive Motions due by 6/25/2021 and Joint Trial Memorandum due by 7/23/2021. (Gutierrez, Y.) (Entered: 08/21/2020) |
| 08/24/2020 | 85 | Memorandum in Opposition re 74 MOTION to Dismiss for Lack of Jurisdiction filed by Universitas Education, LLC. (Attachments: # 1 Affidavit Declaration of Benjamin Chernow, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16) (Manson, Joseph) (Entered: 08/24/2020) |
| 08/28/2020 | 86 | CALENDAR NOTICE regarding hearing via Zoom:<br><br>Motion Hearing re: 70 MOTION for Default Entry 55(a) as to Alliance Charitable Trust, Phoenix Charitable Trust, Atlantic Charitable Trust, Avon Charitable Trust, Carpenter Charitable Trust, 74 MOTION to Dismiss for Lack of Jurisdiction , 72 MOTION to Dismiss *Complaint Pursuant to Fed. R. Civ. P. 12(b)(6)*, 68 MOTION to Dismiss scheduled for **10/20/2020 at 3:00 PM will be conducted via Zoom.** All counsel and interested parties as well as members of the public and the press are invited to use the following information to hear and/or view this Zoom proceeding.<br><br>The video link is https://www.zoomgov.com/j/1600480820?pwd=eUxUQUM4dEoxdGJsQy9PR0ZnVXlrdz09 and call in number is +16468287666,,1600480820#,,,,,,0#,,050798#.<br><br>Meeting ID: 160 048 0820<br><br>Meeting Password: 050798<br><br>Please note: Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. The Judicial Conference of the United States, which governs the practices of the federal courts, has prohibited it. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. (Gutierrez, Y.) (Entered: 08/28/2020) |
| 09/03/2020 | 87 | Second MOTION to Dismiss by Alliance Charitable Trust, Atlantic Charitable Trust, Avon Charitable Trust, Carpenter Charitable Trust, Phoenix Charitable Trust.Responses due by 9/24/2020 (Attachments: # 1 Exhibit)(Holmes, Grayson) (Entered: 09/03/2020) |

| 09/04/2020 | 88 | MOTION to Amend/Correct *(Contingent Motion to Amend Complaint)* by Universitas Education, LLC.Responses due by 9/25/2020 (Attachments: # 1 Memorandum in Support)(Caldwell, Michael) (Entered: 09/04/2020) |
| 09/08/2020 | 89 | NOTICE by Universitas Education, LLC *Letter to Court Regarding Contingent Motion to Amend the Complaint* (Manson, Joseph) (Entered: 09/08/2020) |
| 09/16/2020 | 90 | Memorandum in Opposition re 68 MOTION to Dismiss filed by Universitas Education, LLC. (Manson, Joseph) (Entered: 09/16/2020) |
| 09/18/2020 | 91 | Memorandum in Opposition re 72 MOTION to Dismiss *Complaint Pursuant to Fed. R. Civ. P. 12(b)(6)* filed by Universitas Education, LLC. (Manson, Joseph) (Entered: 09/18/2020) |
| 09/24/2020 | 92 | Memorandum in Opposition re 87 Second MOTION to Dismiss filed by Universitas Education, LLC. (Attachments: # 1 Unpublished Case)(Manson, Joseph) (Entered: 09/24/2020) |
| 09/25/2020 | 93 | Memorandum in Opposition re 88 MOTION to Amend/Correct *(Contingent Motion to Amend Complaint)* filed by Grist Mill Partners, LLC. (Sklarz, Jeffrey) (Entered: 09/25/2020) |
| 09/25/2020 | 94 | OBJECTION re 88 MOTION to Amend/Correct *(Contingent Motion to Amend Complaint)* filed by Benistar Admin Services, Inc., Molly Carpenter, Moonstone Partners, LLC, TPG Group Inc, Donald Trudeau. (LaBelle, Dan) (Entered: 09/25/2020) |
| 09/25/2020 | 95 | OBJECTION *to Plaintiff's MOTION to Amend/Correct (Contingent Motion to Amend Complaint)* filed by Alliance Charitable Trust, Atlantic Charitable Trust, Avon Charitable Trust, Carpenter Charitable Trust, Phoenix Charitable Trust. (Holmes, Grayson) (Entered: 09/25/2020) |
| 09/29/2020 | | AMENDED CALENDAR NOTICE regarding hearing via Zoom:<br><br>The Motion Hearing re: 70 MOTION for Default Entry 55(a) as to Alliance Charitable Trust, Phoenix Charitable Trust, Atlantic Charitable Trust, Avon Charitable Trust, Carpenter Charitable Trust, 74 MOTION to Dismiss for Lack of Jurisdiction, 72 MOTION to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), 68 MOTION to Dismiss, 87 Second MOTION to Dismiss, 88 MOTION to Amend/Correct (Contingent Motion to Amend Complaint) scheduled for **10/20/2020 at 3:00 PM will be conducted via Zoom. All counsel and interested parties as well as members of the public and the press are invited to use the following information to hear and/or view this Zoom proceeding.**<br><br>The video link is https://www.zoomgov.com/j/1600480820?pwd=eUxUQUM4dEoxdGJsQy9PR0ZnVXlrdz09 and call in number is +16468287666,,1600480820#,,,,,,0#,,050798#.<br><br>Meeting ID: 160 048 0820<br><br>Meeting Password: 050798<br><br>Please note: Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. The Judicial Conference of the United States, which governs the practices of the federal courts, has prohibited it. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, |

| | | |
|---|---|---|
| | | restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. (Gutierrez, Y.) (Entered: 09/29/2020) |
| 09/30/2020 | 96 | REPLY to Response to 68 MOTION to Dismiss filed by Benistar Admin Services, Inc., Molly Carpenter, Moonstone Partners, LLC, TPG Group Inc, Donald Trudeau. (Attachments: # 1 Exhibit A)(LaBelle, Dan) (Entered: 09/30/2020) |
| 10/02/2020 | 97 | REPLY to Response to 72 MOTION to Dismiss *Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) and in Further Support of Its Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(B)(6)* filed by Grist Mill Partners, LLC. (Sklarz, Jeffrey) (Entered: 10/02/2020) |
| 10/02/2020 | 98 | RESPONSE *Plaintiff's Objection to Motion to Dismiss* filed by Alliance Charitable Trust, Atlantic Charitable Trust, Avon Charitable Trust, Carpenter Charitable Trust, Phoenix Charitable Trust. (Attachments: # 1 Exhibit One filed)(Holmes, Grayson) (Entered: 10/02/2020) |
| 10/09/2020 | 99 | REPLY to Response to 88 MOTION to Amend/Correct *(Contingent Motion to Amend Complaint)* filed by Universitas Education, LLC. (Attachments: # 1 Exhibit 1)(Manson, Joseph) (Entered: 10/09/2020) |
| 10/20/2020 | 100 | Minute Entry. Proceedings held before Judge Jeffrey A. Meyer: Motion Hearing held on 10/20/2020; taking under advisement 68 Motion to Dismiss; taking under advisement 70 Motion for Default Entry 55(a); taking under advisement 72 Motion to Dismiss; taking under advisement 74 Motion to Dismiss for Lack of Jurisdiction; taking under advisement 87 Motion to Dismiss; taking under advisement 88 Motion to Amend/Correct. Total Time: 1 hours and 23 minutes(Court Reporter Diana Huntington.) (Gutierrez, Y.) (Entered: 10/21/2020) |
| 10/21/2020 | 101 | Letter from Daniel E. Carpenter Dated 10/15/2020. (Gutierrez, Y.) (Entered: 10/21/2020) |
| 11/09/2020 | 102 | RESPONSE *of Attorneys Markus and Caldwell to Request from Non-Party Daniel E. Carpenter* filed by Universitas Education, LLC. (Caldwell, Michael) (Entered: 11/09/2020) |
| 11/16/2020 | 103 | DOCKETING OF LETTER RECEIVED FROM DANIEL CARPENTER. The Court received the attached letter related to this case from Daniel Carpenter dated November 12, 2020. Consistent with the presumption in favor of public access under the First Amendment and common law rights of public access, and its usual practice to advise the parties of communications received by the Court that relate to a case before it, the Court is posting the letter on the docket because it relates to this litigation and does not appear to contain privileged or confidential information. Because Mr. Carpenter is not a party to this case, the Court does not intend to take any action in response to the letter, and no party should feel any obligation to respond to the contents of this letter. It is so ordered. Signed by Judge Jeffrey A. Meyer on 11/16/2020. (DeBot, B.) (Entered: 11/16/2020) |
| 01/05/2021 | 104 | DOCKETING OF LETTER RECEIVED FROM DANIEL CARPENTER. The Court received the attached letter related to this case from Daniel Carpenter dated December 28, 2020. Consistent with the presumption in favor of public access under the First Amendment and common law rights of public access, and its usual practice to advise the parties of communications received by the Court that relate to a case before it, the Court is posting the letter on the docket because it relates to this litigation and does not appear to contain privileged or confidential information. Because Mr. Carpenter is not a party to this case, the Court does not intend to take any action in response to the letter, and no party should feel any obligation to respond to the contents of this letter. It is so ordered. Signed by Judge Jeffrey A. Meyer on 1/5/2021. (DeBot, B.) (Entered: 01/05/2021) |
| 01/12/2021 | 105 | Joint MOTION to Amend/Correct *Scheduling Order* by Universitas Education, LLC.Responses due by 2/2/2021 (Manson, Joseph) (Entered: 01/12/2021) |

| 01/13/2021 | 106 | ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER (Doc. # 105 ). The Court GRANTS the motion: close of all discovery by **March 26, 2021**, and all other scheduling dates remain the same. It is so ordered. Signed by Judge Jeffrey A. Meyer on 1/13/2021. (Freberg, B) (Entered: 01/13/2021) |
|---|---|---|
| 01/13/2021 | | Set Deadlines: Discovery due by 3/26/2021. (Freberg, B) (Entered: 01/13/2021) |
| 02/17/2021 | 107 | Joint MOTION to Amend/Correct *Scheduling Order* by Universitas Education, LLC.Responses due by 3/10/2021 (Attachments: # 1 Text of Proposed Order)(Manson, Joseph) (Entered: 02/17/2021) |
| 02/18/2021 | 108 | ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER (Doc. # 107 ). The parties' joint motion to amend the scheduling order in this case is GRANTED and the scheduling order (Doc. # 84 ) is AMENDED as follows: discovery shall be completed by **May 25, 2021**; rebuttal experts shall be disclosed by **June 25, 2021** and deposed by **July 30, 2021**; any dispositive summary judgment motions shall be filed by **August 27, 2021**; any response to dispositive summary judgment motions shall be filed by **September 26, 2021**; and the parties' joint trial memorandum is due by **September 24, 2021**, or within 30 days of the Court's ruling on dispositive summary judgment motions, whichever date is later. The Court will thereafter set a trial date, and the parties should be prepared to proceed to jury selection within 30 days of the filing of the joint trial memorandum. Please refer to Judge Meyer's webpage on the District of Connecticut website for Judge Meyer's "Instructions for Discovery Disputes" and "Instructions for Joint Trial Memorandum" and "Pretrial Preferences" and "Trial Preferences."**The Court is unlikely to grant a future request for an extension of the scheduling order absent extraordinary and unforeseeable circumstances.** It is so ordered. Signed by Judge Jeffrey A. Meyer on 2/18/2021. (DeBot, B.) (Entered: 02/18/2021) |
| 02/18/2021 | | Set Deadlines: Discovery due by 5/25/2021; Dispositive Motions due by 8/27/2021;Joint Trial Memorandum due by 9/24/2021. (Gutierrez, Y.) (Entered: 02/23/2021) |
| 02/26/2021 | 109 | NOTICE by Universitas Education, LLC *Letter to Court Attaching Magistrate Judge's Report and Recommendation from Universitas Education, LLC v. Avon Capital, LLC, No. 14-FJ-05 (Western District of Oklahoma)* (Caldwell, Michael) (Entered: 02/26/2021) |
| 03/15/2021 | 110 | ORDER RE PENDING MOTIONS TO DISMISS. For the reasons set forth in the attached ruling, the Court GRANTS the motion to dismiss (Doc. # 68 ) of the Benistar Defendants (defendants Molly Carpenter, Donald Trudeau, Benistar Admin Services, Inc., TPG Group, Inc., and Moonstone Partners, LLC) on the ground that the complaint's claims against them are barred by *res judicata*. The Court GRANTS the motion to dismiss (Doc. # 72 ) of Grist Mill Partners, LLC with respect to the Second Count (attorneys' fees) and Fifth Count (constructive trust) of the complaint, but DENIES the motion to dismiss with respect to the First Count (alter ego liability). The Court GRANTS the Defendant Trusts' first motion to dismiss (Doc. # 74 ) with respect to the Second Count (attorneys' fees), the Third Count (constructive trust), and the Fourth Count (constructive trust) of the complaint, but DENIES the motion with respect to the First Count (alter ego liability). The Court DENIES the Defendant Trusts' second motion to dismiss (Doc. # 87 ). The dismissal of some of Universitas's claims are without prejudice to the filing of a proposed amended complaint if Universitas has good faith grounds to believe its amended complaint can cure the dismissed claims' deficiencies that are identified in this ruling. It is so ordered. Signed by Judge Jeffrey A. Meyer on 3/15/2021. (DeBot, B.) (Entered: 03/15/2021) |
| 03/15/2021 | 111 | ORDER DENYING MOTION FOR DEFAULT ENTRY AS MOOT (Doc. # 70 ). Plaintiff Universitas has filed a motion for default entry (Doc. # 70 ) against five defendants pursuant to Fed. R. Civ. P. 55(a) on the ground that these defendants have |

|  |  |  |
|---|---|---|
|  |  | been properly served but failed to appear or otherwise participate in this action. In light of defendants' appearance and the absence of prejudice from the delay to plaintiff, the Court DENIES Universitas's motion for default entry. It is so ordered. Signed by Judge Jeffrey A. Meyer on 3/15/2021. (DeBot, B.) (Entered: 03/15/2021) |
| 03/15/2021 | 112 | ORDER DENYING WITHOUT PREJUDICE CONTINGENT MOTION TO AMEND COMPLAINT (Doc. # 88 ). Plaintiff Universitas's contingent motion to amend its complaint (Doc. # 88 ) is DENIED without prejudice to its filing of a motion to amend its complaint in compliance with D. Conn. L. R. Civ. P. 7(f) and in light of the Court's ruling on defendants' motions to dismiss (Doc. # 110 ). It is so ordered. Signed by Judge Jeffrey A. Meyer on 3/15/2021. (DeBot, B.) (Entered: 03/15/2021) |
| 03/16/2021 | 113 | Consent MOTION for Extension of Time until April 19, 2021 to respond to plaintiff's first set of interrogatories and request for production by Grist Mill Partners, LLC. (Sklarz, Jeffrey) (Entered: 03/16/2021) |
| 03/17/2021 | 114 | First MOTION for Extension of Time until April 19, 2021*to respond to* Plaintiff's First set of Interrogatories and Requests for Production by Alliance Charitable Trust, Atlantic Charitable Trust, Avon Charitable Trust, Carpenter Charitable Trust, Phoenix Charitable Trust. (Holmes, Grayson) (Entered: 03/17/2021) |
| 03/17/2021 | 115 | ORDER granting 113 Consent MOTION for Extension of Time until April 19, 2021 to respond to plaintiff's first set of interrogatories and request for production. Signed by Judge Jeffrey A. Meyer on 3/17/2021. (Freberg, B) (Entered: 03/17/2021) |
| 03/18/2021 | 116 | ORDER granting 114 First MOTION for Extension of Time until April 19, 2021*to respond to* Plaintiff's First set of Interrogatories and Requests for Production. Signed by Judge Jeffrey A. Meyer on 3/18/2021. (Freberg, B) (Entered: 03/18/2021) |
| 03/22/2021 | 117 | MOTION for Reconsideration by Universitas Education, LLC. (Attachments: # 1 Memorandum in Support)(Manson, Joseph) (Entered: 03/22/2021) |
| 04/12/2021 | 118 | MOTION to Amend/Correct *Complaint and Join Additional Defendants* by Universitas Education, LLC.Responses due by 5/3/2021 (Attachments: # 1 Proposed Amended Complaint with Claims subject to Reconsideration, # 2 Redline Proposed Amended Complaint with Claims subject to Reconsideration, # 3 Proposed Amended Complaint without Claims subject to Reconsideration, # 4 Redline Proposed Amended Complaint without Claims subject to Reconsideration, # 5 Memorandum in Support)(Manson, Joseph) (Entered: 04/12/2021) |
| 04/12/2021 | 119 | OBJECTION re 117 MOTION for Reconsideration filed by Benistar Admin Services, Inc., Molly Carpenter, Moonstone Partners, LLC, TPG Group Inc, Donald Trudeau. (McPherson, Michael) (Entered: 04/12/2021) |
| 04/16/2021 | 120 | MOTION for Reconsideration by Alliance Charitable Trust, Atlantic Charitable Trust, Avon Charitable Trust, Carpenter Charitable Trust, Phoenix Charitable Trust. (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4)(Holmes, Grayson) (Entered: 04/16/2021) |
| 04/23/2021 | 121 | First OBJECTION *to Plaintiff's Request to Amend Complaint* filed by Alliance Charitable Trust, Atlantic Charitable Trust, Avon Charitable Trust, Carpenter Charitable Trust, Phoenix Charitable Trust. (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4)(Holmes, Grayson) (Entered: 04/23/2021) |
| 04/26/2021 | 122 | MOTION to Seal Unredacted Copy of Settlement Agreement Between Universitas Education, LLC and Avon Old Farms School by Universitas Education, LLC. (Caldwell, Michael) (Entered: 04/26/2021) |

| 04/27/2021 | 123 | ORDER granting 122 Motion to Seal, absent objection, on the ground of compelling reasons for which sealing is narrowly tailored. Signed by Judge Jeffrey A. Meyer on 4/27/2021. (Freberg, B) (Entered: 04/27/2021) |
|---|---|---|
| 04/29/2021 | 124 | OBJECTION re 118 MOTION to Amend/Correct *Complaint and Join Additional Defendants* filed by Benistar Admin Services, Inc., Molly Carpenter, Moonstone Partners, LLC, TPG Group Inc, Donald Trudeau. (McPherson, Michael) (Entered: 04/29/2021) |
| 04/30/2021 | 125 | REPLY to Response to 118 MOTION to Amend/Correct *Complaint and Join Additional Defendants* filed by Universitas Education, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Manson, Joseph) (Entered: 04/30/2021) |
| 04/30/2021 | 126 | Sealed Document: Unredacted Exhibit 2 by Universitas Education, LLC. (Freberg, B) (Entered: 04/30/2021) |
| 05/03/2021 | 127 | Memorandum in Opposition re 118 MOTION to Amend/Correct *Complaint and Join Additional Defendants* filed by Grist Mill Partners, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Sklarz, Jeffrey) (Entered: 05/03/2021) |
| 05/07/2021 | 128 | REPLY to Response to 118 MOTION to Amend/Correct *Complaint and Join Additional Defendants* filed by Universitas Education, LLC. (Manson, Joseph) (Entered: 05/07/2021) |
| 05/07/2021 | 129 | MOTION to Quash Subpoena Duces Tecum and MOTION for Protective Order by Daniel Carpenter. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Freberg, B) (Entered: 05/10/2021) |
| 05/10/2021 | 130 | REPLY to Response to 118 MOTION to Amend/Correct *Complaint and Join Additional Defendants* filed by Universitas Education, LLC. (Manson, Joseph) (Entered: 05/10/2021) |
| 05/12/2021 | 131 | ORDER REFERRING CASE to Magistrate Judge Robert M. Spector for ruling on 129 MOTION to Quash Subpoena Duces Tecum and MOTION for Protective Order. Signed by Judge Jeffrey A. Meyer on 5/12/2021.(Freberg, B) (Entered: 05/13/2021) |
| 05/14/2021 | 132 | Memorandum in Opposition re 129 MOTION to Quash MOTION for Protective Order filed by Universitas Education, LLC. (Attachments: # 1 Exhibit 1)(Caldwell, Michael) (Entered: 05/14/2021) |
| 05/14/2021 | 133 | MOTION for Leave to File Sur-Reply by Benistar Admin Services, Inc., Molly Carpenter, Moonstone Partners, LLC, TPG Group Inc, Donald Trudeau re 128 Reply to Response to Motion *Request for Leave to File Sur-reply to Universitas' Reply to Defendants' Objection to Motion to Amend Complaint* (Attachments: # 1 Exhibit A)(McPherson, Michael) Modified on 5/19/2021 to correct event (Freberg, B). (Entered: 05/14/2021) |
| 05/17/2021 | 134 | Supplemental CERTIFICATE OF SERVICE by Universitas Education, LLC (Manson, Joseph) (Entered: 05/17/2021) |
| 05/21/2021 | 135 | MOTION to Compel *Grist Mill Partners* by Universitas Education, LLC.Responses due by 6/11/2021 (Attachments: # 1 Memorandum in Support, # 2 Exhibit Exhibits 1-5, # 3 Affidavit)(Manson, Joseph) (Entered: 05/21/2021) |
| 05/21/2021 | 136 | MOTION to Compel *Alliance Charitable Trust, Atlantic Charitable Trust, Avon Charitable Trust, Carpenter Charitable Trust, and Phoenix Charitable Trust* by Universitas Education, LLC.Responses due by 6/11/2021 (Attachments: # 1 Memorandum in Support, # 2 Exhibit Exhibits 1-7, # 3 Exhibit Exhibits 8-14, # 4 Exhibit Exhibits 15-23, # 5 Affidavit)(Manson, Joseph) (Entered: 05/21/2021) |

| 05/24/2021 | 137 | ORDER denying 135 Motion to Compel<br>The Court DENIES the motion to compel without prejudice for failure to comply with Judge Meyer's Instructions for Discovery Disputes (Doc. #108). It is so ordered.<br>Signed by Judge Jeffrey A. Meyer on 5/24/21. (Barry, Donna) (Entered: 05/24/2021) |
|---|---|---|
| 05/24/2021 | 138 | ORDER denying 136 Motion to Compel<br>The Court DENIES the motion to compel without prejudice for failure to comply with Judge Meyer's Instructions for Discovery Disputes (Doc. #108). It is so ordered.<br>Signed by Judge Jeffrey A. Meyer on 5/24/21. (Barry, Donna) (Entered: 05/24/2021) |
| 05/25/2021 | 139 | MOTION to Amend/Correct *Scheduling Order* by Universitas Education, LLC.Responses due by 6/15/2021 (Manson, Joseph) (Entered: 05/25/2021) |
| 05/27/2021 | 140 | ORDER REFERRING DISCOVERY DISPUTE TO U.S. MAGISTRATE JUDGE.<br>On **May 27, 2021**, the parties to this case called Chambers regarding a discovery dispute concerning document production, interrogatory responses, and a subpoena of Daniel Carpenter. The Court hereby REFERS the dispute to U.S. Magistrate Judge Robert M. Spector. The parties should promptly call Judge Spector's chambers for scheduling. It is so ordered.<br>Signed by Judge Jeffrey A. Meyer on 5/27/21.(Barry, Donna) (Entered: 05/27/2021) |
| 05/28/2021 | 141 | REPLY to Response to 129 MOTION to Quash MOTION for Protective Order filed by Daniel Carpenter. (Gutierrez, Y.) (Entered: 05/28/2021) |
| 06/02/2021 | 142 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION.<br><br>A Discovery Hearing is set for 6/10/2021 at 02:30 PM before Judge Robert M. Spector. Please see Notice Regarding Hearing Via Zoom for attendance details.<br><br>Pursuant to the Hearing, the parties shall submit memoranda, not to exceed 5 pages, on or before June 7, detailing the merits of the discovery disputes concerning document production and interrogatory responses. (Parrilla, Geraldo) (Entered: 06/02/2021) |
| 06/02/2021 | | NOTICE regarding hearing via Zoom: The Discovery Hearing scheduled for June 10, 2021 at 2:30 PM will be conducted via Zoom.<br><br>The video link is https://www.zoomgov.com/j/1614782964?pwd=bmowc2VqQ3JWWU4yZXVTbWRTL2FkZz09 and call in number is +1 646 828 7666.<br><br>Meeting ID: 161 478 2964<br><br>Meeting Password: 451833<br><br>Please note: Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. The Judicial Conference of the United States, which governs the practices of the federal courts, has prohibited it. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. Any member of the public can attend this hearing by using the Zoom link or the Zoom Meeting ID and Password listed in this calendar entry. (Parrilla, Geraldo) (Entered: 06/02/2021) |

| | | |
|---|---|---|
| 06/05/2021 | [143](#) | ORDER denying [129](#) Motion to Quash; denying [129](#) Motion for Protective Order. For the reasons stated in the attached ruling, the movant's Motion to Quash and Motion for Protective Order are DENIED. Signed by Judge Robert M. Spector on June 5, 2021. (Parrilla, Geraldo) (Entered: 06/05/2021) |
| 06/07/2021 | [144](#) | RESPONSE re 142 Calendar Entry,, *Discovery Dispute Brief* filed by Universitas Education, LLC. (Attachments: # [1](#) Exhibit 1-10)(Manson, Joseph) (Entered: 06/07/2021) |
| 06/07/2021 | [145](#) | RESPONSE re 142 Calendar Entry,, by Grist Mill Partners, LLC / *GMP Discovery Dispute Letter*. (Sklarz, Jeffrey) (Entered: 06/07/2021) |
| 06/07/2021 | [146](#) | RESPONSE *RE: Discovery Dispute Order* filed by Alliance Charitable Trust, Atlantic Charitable Trust, Avon Charitable Trust, Carpenter Charitable Trust, Phoenix Charitable Trust. (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B, # [3](#) Exhibit C, # [4](#) Exhibit D, # [5](#) Exhibit E, # [6](#) Exhibit F, # [7](#) Exhibit G)(Holmes, Grayson) (Entered: 06/07/2021) |
| 06/10/2021 | 147 | Minute Entry for proceedings held before Judge Robert M. Spector: Discovery Hearing held on 6/10/2021. Total time: 49 minutes (Court Reporter Zoom Recording) (Parrilla, Geraldo) (Entered: 06/10/2021) |
| 06/10/2021 | 148 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION.<br><br>A Discovery Hearing is set for 6/18/2021 at 02:00 PM before Judge Robert M. Spector. Please see Notice Regarding Hearing Via Zoom for attendance details.<br><br>The parties shall meet and confer in advance of the Hearing in an effort to resolve or narrow the discovery disputes at issue. (Parrilla, Geraldo) (Entered: 06/10/2021) |
| 06/10/2021 | | NOTICE regarding hearing via Zoom: The Discovery Hearing scheduled for June 18, 2021 at 2:00 PM will be conducted via Zoom.<br><br>The video link is https://www.zoomgov.com/j/1603413085?pwd=cis3N1QyUVJYZkZhcnJZbE53V2s3QT09 and call in number is +1 646 828 7666.<br><br>Meeting ID: 160 341 3085<br><br>Meeting Password: 945028<br><br>Please note: Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. The Judicial Conference of the United States, which governs the practices of the federal courts, has prohibited it. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. Any member of the public can attend this hearing by using the Zoom link or the Zoom Meeting ID and Password listed in this calendar entry.(Parrilla, Geraldo) (Entered: 06/10/2021) |
| 06/10/2021 | [149](#) | OBJECTION re [143](#) Order on Motion to Quash filed by Daniel Carpenter. (Freberg, B) (Entered: 06/10/2021) |
| 06/18/2021 | 150 | Minute Entry for proceedings held before Judge Robert M. Spector: A Discovery Hearing held on 6/18/2021. Total time: 34 minutes (Parrilla, Geraldo) (Entered: 06/18/2021) |
| 06/18/2021 | 151 | MEMORANDUM of Discovery Conference: On June 18, 2021, the plaintiff and the defendants, Grist Mill Partners and the charitable trusts, attended a Discovery Hearing to |

| | | |
|---|---|---|
| | | inform the Court as to whether they were able to resolve their pending discovery dispute amicably or, in the alternative, to propose a briefing schedule for the Court's consideration. The parties indicated today that they were not able to resolve the issue.<br><br>Having heard the parties' positions and reviewed their prior-filed memoranda, the Court has determined that the plaintiff's document requests may include financial records dating back to 2009, but should be limited to documents that are actually within the defendants' possession. As discussed during today's hearing, some of these records are as much as twelve years old and no longer within the defendants' possession. The Court ordered the plaintiff to file a proposed discovery order on or before June 25, 2021 which identifies which documents should be disclosed and the deadline for the disclosure. In its proposed order, the plaintiff should define the scope of the specific financial records it requests and whether the defendants have agreed to the scope of the request. To the extent that the defendants would like to set forth any objections for the Court's consideration, they may do so on or before June 25, 2021. The parties are encouraged to collaborate on this proposed order in an effort to streamline document production and avoid unnecessary and costly discovery delays.<br>Signed by Judge Robert M. Spector on 6/18/21.(Parrilla, Geraldo) (Entered: 06/18/2021) |
| 06/23/2021 | 152 | RESPONSE *Opposition to Non-Party Daniel Carpenter's Objection to Magistrate Judge's Order Denying Motion to Quash and Motion for Protective Order* filed by Universitas Education, LLC. (Caldwell, Michael) (Entered: 06/23/2021) |
| 06/24/2021 | 153 | DOCKETING OF LETTER RECEIVED FROM DANIEL CARPENTER. The Court received the attached letter related to this case from Daniel Carpenter dated June 23, 2021. Consistent with the presumption in favor of public access under the First Amendment and common law rights of public access, and its usual practice to advise the parties of communications received by the Court that relate to a case before it, the Court is posting the letter on the docket because it relates to this litigation and does not appear to contain privileged or confidential information. Because Mr. Carpenter is not a party to this case, the Court does not intend to take any action in response to the letter, and no party should feel any obligation to respond to the contents of this letter. It is so ordered. Signed by Judge Jeffrey A. Meyer on 6/24/2021. (DeBot, B.) (Entered: 06/24/2021) |
| 06/24/2021 | 159 | ORDER OVERRULING OBJECTION TO ORDER DENYING MOTION TO QUASH (Doc. # 143 ).<br>The Court overrules the objection by movant Daniel Carpenter to the motion to quash subpoena duces tecum on the ground that Carpenter has not established any clear error or legitimate reason to call into question the correctness of Judge Spector's ruling. The movant Daniel Carpenter shall fully comply with the subpoena on or before **July 15, 2021**. It is so ordered.<br>Signed by Judge Jeffrey A. Meyer on 06/24/21.(Barry, Donna) (Entered: 06/29/2021) |
| 06/25/2021 | 154 | NOTICE by Universitas Education, LLC *Letter Concerning Proposed Discovery Orders* (Attachments: # 1 Text of Proposed Order - GMP, # 2 Text of Proposed Order - Charitable Trusts)(Manson, Joseph) (Entered: 06/25/2021) |
| 06/25/2021 | 155 | OBJECTION re 154 Notice (Other) *Grist Mill Partners LLC Objection to Plaintiff's Proposed Discovery Order* filed by Grist Mill Partners, LLC. (Attachments: # 1 Text of Proposed Order)(Sklarz, Jeffrey) (Entered: 06/25/2021) |
| 06/25/2021 | 156 | OBJECTION *RE: Plaintiff's Proposed Discovery Order* filed by Alliance Charitable Trust, Atlantic Charitable Trust, Avon Charitable Trust, Carpenter Charitable Trust, Phoenix Charitable Trust. (Attachments: # 1 Exhibit A)(Holmes, Grayson) (Entered: 06/25/2021) |

| | | |
|---|---|---|
| 06/28/2021 | 157 | NOTICE of Appearance by Elizabeth K. Acee on behalf of Universitas Education, LLC (Acee, Elizabeth) (Entered: 06/28/2021) |
| 06/28/2021 | 158 | MOTION for Michael G. Caldwell to Withdraw as Attorney by Michael G. Caldwell. (Caldwell, Michael) (Entered: 06/28/2021) |
| 06/29/2021 | 160 | ORDER granting 158 Motion to Withdraw as Attorney as to plaintiff Universitas Education, LLC. Attorney Michael G. Caldwell terminated.<br>Signed by Judge Jeffrey A. Meyer on 6/29/21. (Barry, Donna) (Entered: 06/29/2021) |
| 06/30/2021 | 161 | NOTICE of Appearance by John R. Williams on behalf of Daniel Carpenter (Williams, John) (Entered: 06/30/2021) |
| 07/19/2021 | 162 | DISCOVERY ORDER: On June 25, 2021, in accordance with the Court's June 18, 2021 Memorandum of Discovery Conference, the plaintiff filed a letter wherein it identified and defined the scope of the financial records that it seeks from the defendant Grist Mill Partners, LLC ("GMP") and the defendants Alliance Charitable Trusts, Phoenix Charitable Trust, Atlantic Charitable Trust, Avon Charitable Trust, and Carpenter Charitable Trusts ("the Defendant Trusts"). (*See* Doc. No. 154). On that same day, the defendants filed objections to the plaintiff's submission and offered their own Proposed Discovery Orders for the Court's consideration. (Doc. Nos. 155 and 156).<br><br>In its filing, the plaintiff first proposes that GMP provide supplemental responses to Interrogatories 2, 4, and 5. (Doc. No. 154-1 at 1). Additionally, the plaintiff proposes that GMP produce the following documents within thirty days: "bank account statements; bank signature cards; cash receipt journals; cash disbursement journals; contracts and/or other documents concerning any transfer of property; all tax documents; emails concerning GM Partners and/or the property located at 100 Grist Mill Road; and all financial statements concerning cash position, balance sheet position, and/or profits and losses." (Doc. No. 154-1 at 1-2). Similarly, the plaintiff's Proposed Scheduling Order directed to the Defendant Trusts proposes that they produce all of the same documents it requested of GMP, with the addition of the following: "all Declarations of Trust and any amendments thereto; all financial statements concerning cash position and/or balance sheet position; all documents concerning any life insurance policies owned by the Defendant Trusts and/or designating the Defendant Trusts as a beneficiary; all documents concerning the registration of the Defendant Trusts with any secretary of State and/or other relevant state authority; all documents and communications concerning the distribution of Defendant Trust assets, including communications involving the trustee, Molly Carpenter, Caroline Meckel, Donald Trudeau, and/or the Avon Old Farms School; and all documents and communications concerning the Defendant Trusts receipt of assets, including from any other defendant in the above-captioned proceeding, from Daniel Carpenter and/or any entity in which Daniel Carpenter directly or indirectly holds an ownership interest, and/or from any entity in which Donald Trudeau directly or indirectly holds an ownership interest." (Doc. No. 154-2 at 1-2).<br><br>In response, GMP objects to the production of: (1) bank signature cards, asserting that it does not have bank signature cards and that any such documents would be kept at the bank (Doc. No. 155 at 2); (2) emails, to the extent that the term "property" is not defined and, furthermore, that the plaintiff should limit the scope of its request by identifying records custodians and search terms (Doc. No. 155 at 3-4); (3) *all* tax documents, arguing that the Court should limit the plaintiff's request to the partnership's tax return (Doc. No. 155 at 3); (4) contracts and/or other documents concerning any transfer of property, maintaining that the term "property" is undefined and, if intended to mean personal property, is available as public record and, if intended to mean personal property, GMP has none as a single asset real estate company (Doc. No. 155 2-3); and (5) all financial |

statements concerning cash position, balance sheet position, and/or profits and losses, asserting that much of that information would be duplicative of that contained in cash disbursements and tax returns. (Doc. No. 155 at 23).

Similarly, the Defendant Trusts object to the production of bank signature cards; contracts and/or other documents concerning any transfer of property; *all* tax documents; all Declarations of Trust and any amendments thereto; all financial statements concerning cash position and / or balance sheet position; all documents and communications concerning the distribution of Defendant Trust assets, including communications involving the trustee, Molly Carpenter, Caroline Meckel, Donald Trudeau, and/or the Avon Old Farms School; and all documents and communications concerning the Defendant Trusts' receipt of assets, including from any other defendant in the above-captioned proceeding, from Daniel Carpenter and/or any entity in which Daniel Carpenter directly or indirectly holds an ownership interest, and/or from any entity in which Donald Trudeau directly or indirectly holds an ownership interest. (*See* Doc. No. 156-1 at 2). The Defendant Trusts assert that the plaintiff's proposed discovery order "requests the production of documents that ae not within the Defendant Trusts' possession; are unrelated to allegations in the Complaint; and are well outside any document-retention period." (Doc. No. 156 at 3).

In addition to its objections as to production, GMP also proposes that the Court order the plaintiff to "identify with particularity the allegations of the proposed Amended Complaint that allege specific misconduct on the part of GMP (as opposed to an allegation that Mr. Carpenter acted improperly with respect to an entity other than GMP)." (Doc. No. 155-1 at 1-2). GMP and the Defendant Trusts also propose that the Court establish that its Order shall not require GMP or the Defendant Trusts to "(a) create a document that does not exist or (b) obtain documents from third-parties (other than their accountants or attorneys)." (Doc. Nos. 155-1 at 2, 156-1 at 2).

Having fully considered the parties' arguments during oral arguments on June 10, 2021 and June 18, 2021 and in their June 25, 2021 submissions, the Court resolves these arguments and the underlying discovery dispute by issuing the attached Discovery Order.

Signed by Judge Robert M. Spector on July 19, 2021. (Parrilla, Geraldo) Attachment added on 7/20/2021 (Reis, Julia). Modified title on 7/20/2021 (Murphy, Tatihana). (Entered: 07/19/2021)

| | | |
|---|---|---|
| 07/20/2021 | 163 | Docket Entry Correction: Attachment to 162 Discovery Order added on 7/20/2021. (Reis, Julia) (Entered: 07/20/2021) |
| 07/28/2021 | 164 | MOTION to Seal Unredacted Testimony from Matthew Westcott Deposition by Universitas Education, LLC. (Attachments: # 1 Exhibit Protective Order in Related Proceeding)(Manson, Joseph) (Entered: 07/28/2021) |
| 07/29/2021 | 165 | ORDER REFERRING CASE to Magistrate Judge Robert M. Spector for ruling on 164 Motion to Seal Unredacted Testimony from Matthew Westcott Deposition Signed by Judge Jeffrey A. Meyer on 7/29/21.(Barry, Donna) (Entered: 07/29/2021) |
| 07/30/2021 | 166 | ORDER granting 164 Motion to Seal: The plaintiff moves for leave to seal certain deposition testimony wherein the deponent makes reference to sensitive financial documents of a nonparty which is subject to a protective order in a related matter. In accordance with D. Conn. L. R. 5, the plaintiff has demonstrated clear and compelling reasons for sealing and it is narrowly tailored to serve those reasons.<br><br>Accordingly, the plaintiff's motion for leave to seal is granted. The plaintiff will file a redacted copy of the deposition testimony on the public docket and an unredacted version |

| | | under seal. Signed by Judge Robert M. Spector on July 30, 2021. (Parrilla, Geraldo) (Entered: 07/30/2021) |
|---|---|---|
| 08/02/2021 | 167 | MOTION for Contempt by Universitas Education, LLC.Responses due by 8/23/2021 (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Unpublished Case) (Manson, Joseph) (Entered: 08/02/2021) |
| 08/02/2021 | 168 | Sealed Document: Exhibit 1 by Universitas Education, LLC . (Acee, Elizabeth) (Entered: 08/02/2021) |
| 08/03/2021 | 169 | ORDER REFERRING CASE to Magistrate Judge Robert M. Spector for ruling on 167 Motion for Contempt.<br>Signed by Judge Jeffrey A. Meyer on 8/3/21.(Barry, Donna) (Entered: 08/03/2021) |
| 08/10/2021 | 170 | MOTION for Attorney Fees /Discovery Sanctions against Grist Mill Partners, LLC by Universitas Education, LLC.Responses due by 8/31/2021 (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1, # 3 Exhibit 2)(Manson, Joseph) (Entered: 08/10/2021) |
| 08/10/2021 | 171 | MOTION for Attorney Fees /Discovery Sanctions Against Defendant Trusts by Universitas Education, LLC.Responses due by 8/31/2021 (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1)(Manson, Joseph) (Entered: 08/10/2021) |
| 08/11/2021 | 172 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION.<br><br>A Discovery Hearing regarding the plaintiff's 167 Motion for Contempt, 170 Motion for Attorneys' Fees and Sanctions against the defendant Grist Mill Partners, LLC, and 171 Motion for Attorneys' Fees and Sanctions against Defendant Trusts is set for 8/19/2021 at 10:00 AM before Judge Robert M. Spector. Please see Notice Regarding Hearing via Zoom for attendance details. (Parrilla, Geraldo) (Entered: 08/11/2021) |
| 08/11/2021 | | NOTICE regarding hearing via Zoom: The Discovery Conference scheduled for August 19, 2021 at 10:00 AM will be conducted via Zoom.<br><br>The video link is https://www.zoomgov.com/j/1619509857? pwd=eTRZQjJmOWpHWkZyQUJTVUJpVEp1QT09 and call in number is +1 646 828 7666.<br><br>Meeting ID: 161 950 9857<br><br>Meeting Password: 168883<br><br>Please note: Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. The Judicial Conference of the United States, which governs the practices of the federal courts, has prohibited it. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. Any member of the public can attend this hearing by using the Zoom link or the Zoom Meeting ID and Password listed in this calendar entry.(Parrilla, Geraldo) (Entered: 08/11/2021) |

| 08/12/2021 | 173 | ORDER REFERRING CASE to Magistrate Judge Robert M. Spector for ruling on Motions for Attorney Fees (Docs. # 170 and # 171 ).<br>Signed by Judge Jeffrey A. Meyer on 8/12/21.(Barry, Donna) (Entered: 08/12/2021) |
|---|---|---|
| 08/17/2021 | 174 | NOTICE by Universitas Education, LLC *Letter to Magistrate Judge Spector* (Attachments: # 1 Exhibit 1)(Manson, Joseph) (Entered: 08/17/2021) |
| 08/17/2021 | 175 | MOTION for Extension of Time until AUGUST 23, 2021 to Produce Emails In Response To Discovery Order by Grist Mill Partners, LLC. (Sklarz, Jeffrey) (Entered: 08/17/2021) |
| 08/18/2021 | 176 | ORDER granting 175 Motion for Extension of Time. The defendant Grist Mill Partners, LLC's Motion for Extension of Time to August 23, 2021 to produce emails responsive to the plaintiff's discovery request is hereby granted. Signed by Judge Robert M. Spector on August 18, 2021. (Parrilla, Geraldo) (Entered: 08/18/2021) |
| 08/18/2021 | 177 | OBJECTION *to to Plaintiff's Motion for Sanctions* filed by Alliance Charitable Trust, Atlantic Charitable Trust, Avon Charitable Trust, Carpenter Charitable Trust, Phoenix Charitable Trust. (Attachments: # 1 Memorandum in Support)(Holmes, Grayson) (Entered: 08/18/2021) |
| 08/19/2021 | 178 | Minute Entry for proceedings held before Judge Robert M. Spector: A Discovery Hearing held on 8/19/2021. Total Time: 1 hours and 13 minutes(Court Reporter FTR.) (Parrilla, Geraldo) (Entered: 08/19/2021) |
| 08/19/2021 | 179 | ORDER taking under advisement 167 Motion for Contempt; denying 170 Motion for Attorney Fees; denying 171 Motion for Attorney Fees.<br><br>On August 19, 2021, the Court held a Discovery Hearing to address both the plaintiff's Motion for Contempt (Doc. No. 167), and the plaintiff's Motions for Attorneys' Fees (Doc. Nos. 170 and 171). As to the Motion for Contempt, the Court will take it under advisement and provide the non-party, Daniel Carpenter, more time to comply with the subpoena. As the Court explained during today's hearing, it does not appear that Mr. Carpenter has complied with the subpoena. Though his subpoena responses were prepared two weeks after his counsel filed an appearance in this case, those responses appear to have been prepared without the advice or consultation of his counsel. His responses to the subpoena also appear to conflict directly with statements he made in his initial Motion to Quash (*See* Doc. No. 129), which the Court denied on June 5, 2021. (Doc. No. 143). Mr. Carpenter objected to that ruling, and the Court overruled Mr. Carpenter's objection and set a deadline of July 15, 2021 for compliance with the subpoena. (Doc. No. 159). That deadline has passed, and Mr. Carpenter has not complied with the subpoena or the Court's order. At the request of Mr. Carpenter's counsel, and in the absence of an objection by the plaintiff, the Court will now extend the deadline to September 9, 2021 for full compliance with the subpoena. The Court will conduct a follow-up hearing via Zoom on September 15, 2021 at 11:00am to review Mr. Carpenter's compliance with the subpoena and consider the plaintiff's Motion for Contempt.<br><br>Moreover, as set forth at the conclusion of today's hearing, the Court denies the plaintiff's Motions for Attorneys' Fees (Doc. Nos. 170 and 171). The parties raised, in good faith, a discovery dispute in this case on May 27, 2021, and the Court referred that dispute to the undersigned on that same day. This Court then held discovery conferences on June 10, 2021 and June 18, 2021 in an effort to encourage the parties to meet and confer and narrow the discovery disputes at issue. At the conclusion of the June 18, 2021 conference, the Court directed plaintiff's counsel to submit a proposed discovery order by June 25, 2021 and allowed for the defendants to submit objections to that proposal. On July 19, 2021, after considering the plaintiff's arguments and proposed Order and the defendants' objections to that proposed Order, the Court issued its own discovery Order, which |

| | | |
|---|---|---|
| | | granted much of what the plaintiff requested but sustained some of the defendants' objections to the scope of discovery sought. (*See* Doc. No. 162). The July 19, 2021 Order directed that discovery be provided within 30 days, and the Court has since granted a one-week extension of time to one of the defendants. (*See* Doc. No. 176). Thus, because the plaintiff's motions refer to conduct that occurred in the context of the ongoing discovery dispute, and not in relation to the Court's July 19, 2021 order, they are denied as the Court cannot conclude, at this juncture, that the defendants have engaged in bad faith discovery practices in an effort to avoid their discovery obligations. The parties are directed to meet and confer to ensure compliance with the Court's July 19, 2021 order. The parties are further directed to appear at the September 15, 2021 discovery hearing to report on the defendants' compliance with that order and on any ongoing discovery disputes that still exist at that time.<br>Signed by Judge Robert M. Spector on August 19, 2021. (Parrilla, Geraldo) (Entered: 08/19/2021) |
| 08/27/2021 | 180 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. A Discovery Conference is set for 9/15/2021 at 11:00 AM before Judge Robert M. Spector.<br><br>*Please see Notice Regarding Hearing Via Zoom for attendance details.* (Kim, Jiwon) (Entered: 08/27/2021) |
| 08/27/2021 | | NOTICE regarding hearing via Zoom: The Discovery Conference scheduled for 9/15/2021 at 11:00AM will be conducted via Zoom. The video link is https://www.zoomgov.com/j/1608885808?pwd=bzBWcFRQSnFzZ0FFRzkvd20rZ0o3UT09 and call in number is +1 646 828 7666.<br><br>Meeting ID: 160 888 5808<br><br>Meeting Password: 126992<br><br>Please note: Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. The Judicial Conference of the United States, which governs the practices of the federal courts, has prohibited it. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. Any member of the public can attend this hearing by using the Zoom link or the Zoom Meeting ID and Password listed in this calendar entry. (Kim, Jiwon) (Entered: 08/27/2021) |
| 09/09/2021 | 181 | NOTICE by Daniel Carpenter re 143 Order on Motion to Quash,, Order on Motion for Protective Order, 159 Order,, 179 Order on Motion for Contempt,,,,,,,,,,,,,,,, Order on Motion for Attorney Fees,,,,,,,,,,,,,,,,,,,,,,,,,,,, (Williams, John) (Entered: 09/09/2021) |
| 09/10/2021 | 182 | Memorandum in Opposition re 167 MOTION for Contempt filed by Daniel Carpenter. (Williams, John) (Entered: 09/10/2021) |
| 09/14/2021 | 183 | Supplemental Memorandum in Opposition re 167 MOTION for Contempt filed by Daniel Carpenter. (Williams, John) (Entered: 09/14/2021) |
| 09/15/2021 | 184 | ORDER finding as moot 139 Motion to Amend/Correct. At today's discovery conference, the parties agreed that the motion to amend is moot and represented that the deposition referenced in the motion has already occurred. Signed by Judge Robert M. Spector on 09/15/2021. (Spector, Robert) (Entered: 09/15/2021) |

| 09/15/2021 | 185 | Minute Entry for proceedings held before Judge Robert M. Spector: Discovery Conference held via Zoom on 9/15/2021. Total Time: 1 hour and 12 minutes (Kim, Jiwon) (Entered: 09/15/2021) |
|---|---|---|
| 09/15/2021 | 186 | MEMORANDUM of Discovery Conference: On September 15, 2021, the Court conducted a discovery conference to consider the plaintiff's Motion for Contempt 167 and to review Daniel Carpenters compliance with the previously issued subpoena by the plaintiff and the Court's orders on June 5, 2021 143 and June 24, 2021 159 directing him to comply with that subpoena on or before July 15, 2021. Mr. Carpenter claimed at today's conference and in written filings on September 10, 2021 and September 14, 2021, that he has complied fully with the subpoena. The plaintiff disagrees and maintains that Mr. Carpenter disclosed an enormous amount of material that either was clearly irrelevant to this case and not covered by the subpoena or was absolutely not accessible to them on any computer or electronic device. At the conclusion of today's conference, the Court ordered counsel for the plaintiff and for Mr. Carpenter to meet and confer in an attempt to cure the deficiencies in the production and ensure both that the information disclosed by Mr. Carpenter is accessible to the plaintiff and is responsive to the subpoena. The Court directs counsel for the plaintiff and for Mr. Carpenter to file a Joint Status Report on or before **October 3, 2021** to update the Court on their progress, and the Court will conduct another discovery conference on **October 5, 2021 at 3:30pm** via Zoom to verify compliance by Mr. Carpenter and consider additional argument and/or the potential for additional briefing as to the Motion for Contempt. <br><br> At the conclusion of today's discovery conference, the plaintiff also raised claims of discovery non-compliance by Grist Mill Partners, LLC ("GMP") and the defendants Alliance Charitable Trusts, Phoenix Charitable Trust, Atlantic Charitable Trust, Avon Charitable Trust, and Carpenter Charitable Trusts ("the Defendant Trusts"). On August 19, 2021, the Court had ordered these parties to meet and confer to ensure compliance with the Court's July 19, 2021 discovery order, to appear at the September 15, 2021 discovery hearing, and to report on their compliance with that order and on any ongoing discovery disputes that still exist. Today, the Court directed counsel for GMP and counsel for the Defendant Trusts to review the Court's July 19, 2021 order again with plaintiff's counsel to identify what responsive documents exist as to each item listed in the Order, to identify in a privilege log any material claimed to be privileged and to list specifically any items that they do not have in their possession. To the extent that the parties want to raise further compliance issues as to the Court's July 19, 2021 order, they should filed a Joint Status Report on or before **October 3, 2021** and appear at the **October 5, 2021** discovery conference. <br><br> Signed by Judge Robert M. Spector on 09/15/2021.(Kim, Jiwon) (Entered: 09/15/2021) |
| 09/20/2021 | 187 | Third Memorandum in Opposition re 167 MOTION for Contempt filed by Daniel Carpenter. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Williams, John) (Entered: 09/20/2021) |
| 09/29/2021 | 188 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. <br><br> *RESET FROM 10/05/2021 at 03:30PM* <br><br> The Discovery Conference via Zoom is reset for **10/06/2021 at 11:00 AM** before Judge Robert M. Spector. (Kim, Jiwon) (Entered: 09/29/2021) |

| 09/29/2021 | | NOTICE regarding hearing via Zoom: The Discovery Conference scheduled for 10/06/2021 at 11:00AM will be conducted via Zoom. The video link is https://www.zoomgov.com/j/1601620948?pwd=S1EzWWNidm1SV3NhMFpNV1RWL2VsQT09 and call in number is +1 646 828 7666.<br><br>Meeting ID: 160 162 0948<br><br>Meeting Password: 447180<br><br>Please note: Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. The Judicial Conference of the United States, which governs the practices of the federal courts, has prohibited it. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. Any member of the public can attend this hearing by using the Zoom link or the Zoom Meeting ID and Password listed in this calendar entry. (Kim, Jiwon) (Entered: 09/29/2021) |
| 10/01/2021 | 189 | STATUS REPORT by Daniel Carpenter. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Williams, John) (Entered: 10/01/2021) |
| 10/01/2021 | 190 | Second STATUS REPORT by Daniel Carpenter. (Attachments: # 1 Exhibit 1)(Williams, John) (Entered: 10/01/2021) |
| 10/02/2021 | 191 | EXHIBIT *Attached to Exhibit 1* by Daniel Carpenter re 190 Status Report. (Williams, John) (Entered: 10/02/2021) |
| 10/03/2021 | 192 | Joint STATUS REPORT *of Defendant Trusts and Universitas* by Alliance Charitable Trust, Atlantic Charitable Trust, Avon Charitable Trust, Carpenter Charitable Trust, Phoenix Charitable Trust. (Holmes, Grayson) (Entered: 10/03/2021) |
| 10/03/2021 | 193 | Joint STATUS REPORT *of Universitas and Daniel Carpenter* by Universitas Education, LLC. (Manson, Joseph) (Entered: 10/03/2021) |
| 10/03/2021 | 194 | Joint STATUS REPORT *of Universitas and Grist Mill Partners* by Universitas Education, LLC. (Manson, Joseph) (Entered: 10/03/2021) |
| 10/06/2021 | 195 | Minute Entry for proceedings held before Judge Robert M. Spector: A Discovery Conference via Zoom was held on 10/6/2021. Total Time: 1 hours and 19 minutes(Court Reporter FTR.) (Kim, Jiwon) (Entered: 10/06/2021) |
| 10/07/2021 | 196 | MEMORANDUM of Discovery Conference and ORDER. As to the Motion to Hold Daniel Carpenter in Civil Contempt for Noncompliance with the Court's Order Dated June 24, 2021 for sanctions (Doc. No. 167) which was discussed during yesterday's conference, to the extent that the plaintiff would like to file any supplemental memorandum addressing the issues relating to its request for a finding of contempt and an order of sanctions, it should docket this filing **on or before October 15, 2021**. Any response to such memorandum must be filed by Daniel Carpenter **on or before October 27, 2021**.<br><br>As to the plaintiff's claim that the defendants Alliance Charitable Trusts, Phoenix Charitable Trust, Atlantic Charitable Trust, Avon Charitable Trust, and Carpenter Charitable Trusts ("the Defendant Trusts") have violated this Court's July 19, 2021 Discovery Order and this Court's subsequent September 15, 2021 Order (Doc. No. 186) "to review the Court's July 19, 2021 order again with plaintiff's counsel to identify what |

responsive documents exist as to each item listed in the Order... and to list specifically any items that they do not have in their possession," any motion by the plaintiff addressing these issues must be filed **on or before October 15, 2021**, and any response from the Defendant Trusts must be filed **on or before October 27, 2021**.

Finally, as to the plaintiff's claim that the Defendant Grist Mill Partners has violated this Court's July 19, 2021 Discovery Order by not providing access to what has been referred to as the "BASI server," any motion by the plaintiff addressing this issue must be filed **on or before October 15, 2021**, and any response from the Defendant Grist Mill Partners must be filed **on or before October 27, 2021**.

The Court notes that the plaintiff and defendant Grist Mill Partners have resolved the issue related to the provision of a privilege log, as they reported to the Court during the October 6, 2021 conference that Grist Mill Partners had provided a privilege log shortly before the conference.

**To the extent that any party makes any contested factual assertion in a motion or memorandum, the Court directs that party to supplement its response with a sworn affidavit regarding that fact. On or after October 27, 2021, the Court will determine whether it is necessary to schedule an additional discovery conference, which could involve an in-person hearing in which the clients of those parties involved in the dispute would be required to attend. Consistent with its admonition at the discovery conferences held on June 10, 2021, June 18, 2021, August 19, 2021, September 15, 2021 and October 6, 2021, the Court continues to encourage the parties to meet and confer to assure compliance with the Court's July 19, 2021 Discovery Order and dispense with unnecessary motion practice.**

So Ordered. Signed by Judge Robert M. Spector on 10/07/2021.(Kim, Jiwon) (Entered: 10/07/2021)

| 10/15/2021 | 197 | Supplemental Memorandum in Support re 167 MOTION for Contempt filed by Universitas Education, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Manson, Joseph) (Entered: 10/15/2021) |
| --- | --- | --- |
| 10/15/2021 | 198 | MOTION to Compel *Grist Mill Partners* by Universitas Education, LLC.Responses due by 11/5/2021 (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1-10, # 3 Exhibit 11-19)(Manson, Joseph) (Entered: 10/15/2021) |
| 10/15/2021 | 199 | MOTION for Sanctions *Against Defendant Trusts and Their Trustee* by Universitas Education, LLC.Responses due by 11/5/2021 (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4)(Manson, Joseph) (Entered: 10/15/2021) |
| 10/15/2021 | 212 | EXHIBIT 6 (replacement) by Universitas Education, LLC re 197 Memorandum in Support of Motion. (Murphy, Tatihana) (Entered: 12/06/2021) |
| 10/18/2021 | 200 | ORDER REFERRING CASE to Magistrate Judge Robert M. Spector for ruling on Motion to Compel (Doc. # 198 ) and Motion for Sanctions (Doc. # 199 ). Signed by Judge Jeffrey A. Meyer on 10/18/21.(Barry, Donna) (Entered: 10/18/2021) |
| 10/21/2021 | 201 | AFFIDAVIT re 198 MOTION to Compel *Grist Mill Partners* Signed By Joseph L. Manson III filed by Universitas Education, LLC. (Manson, Joseph) (Entered: 10/21/2021) |
| 10/26/2021 | 202 | Consent MOTION for Extension of Time to File Response/Reply as to 198 MOTION to Compel *Grist Mill Partners* until November 29, 2021 by Grist Mill Partners, LLC. (Sklarz, Jeffrey) (Entered: 10/26/2021) |

| 10/26/2021 | 203 | RESPONSE re 197 Memorandum in Support of Motion, filed by Daniel Carpenter. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Williams, John) (Entered: 10/26/2021) |
|---|---|---|
| 10/26/2021 | 204 | NOTICE by Universitas Education, LLC re 198 MOTION to Compel *Grist Mill Partners Withdrawal of Motion* (Manson, Joseph) (Entered: 10/26/2021) |
| 10/27/2021 | 205 | ORDER denying 198 Motion to Compel. In light of the Notice filed by the plaintiff indicating that the information sought in the motion to compel has been produced [Doc. No. 204], the motion to compel [Doc. No. 198] is denied as moot. The Court commends the attorneys for both sides for following the Court's October 7, 2021 request to meet and confer to resolve any lingering discovery issues related to the July 19, 2021 Discover Order. There are no discovery or sanctions motions currently pending related to the plaintiff and Grist Mill Partners, and the Court does not intend to offer instructions or deadlines for any motions suggested by the plaintiff's Notice [Doc. No. 204]. Signed by Judge Robert M. Spector on 10/27/2021. (Spector, Robert) (Entered: 10/27/2021) |
| 10/27/2021 | 206 | ORDER finding as moot 202 Motion for Extension of Time to File Response/Reply. Signed by Judge Robert M. Spector on 10/27/2021. (Spector, Robert) (Entered: 10/27/2021) |
| 10/27/2021 | 207 | Consent MOTION for Extension of Time to File Response/Reply as to 199 MOTION for Sanctions *Against Defendant Trusts and Their Trustee* until November 26, 2021 by Alliance Charitable Trust, Atlantic Charitable Trust, Avon Charitable Trust, Carpenter Charitable Trust, Phoenix Charitable Trust. (Holmes, Grayson) (Entered: 10/27/2021) |
| 10/29/2021 | 208 | ORDER granting, absent objection, 207 Motion for Extension of Time to File Response/Reply re 199 MOTION for Sanctions *Against Defendant Trusts and Their Trustee* Responses due by 11/26/2021. The Defendant Trusts shall file their response to the pending Motion for Sanctions [Doc. No. 199] on or before November 26, 2021. Signed by Judge Robert M. Spector on 10/29/2021. (Spector, Robert) (Entered: 10/29/2021) |
| 10/29/2021 | | Reset Deadlines as to 199 MOTION for Sanctions *Against Defendant Trusts and Their Trustee*. Responses due by 11/26/2021 (Caffrey, A.) (Entered: 11/04/2021) |
| 11/04/2021 | 209 | NOTICE by Universitas Education, LLC (Manson, Joseph) (Entered: 11/04/2021) |
| 11/24/2021 | 210 | Consent MOTION for Extension of Time to File Response/Reply as to 199 MOTION for Sanctions *Against Defendant Trusts and Their Trustee* until December 10, 2021 by Alliance Charitable Trust, Atlantic Charitable Trust, Avon Charitable Trust, Carpenter Charitable Trust, Phoenix Charitable Trust. (Holmes, Grayson) (Entered: 11/24/2021) |
| 11/29/2021 | 211 | ORDER granting, absent objection, 210 Motion for Extension of Time to File Response/Reply re 199 MOTION for Sanctions *Against Defendant Trusts and Their Trustee* on or by **December 10, 2021**. Signed by Judge Robert M. Spector on 11/29/2021. (Kim, Jiwon) (Entered: 11/29/2021) |
| 12/10/2021 | 213 | Consent MOTION for Extension of Time to File Response/Reply as to 199 MOTION for Sanctions *Against Defendant Trusts and Their Trustee* until December 24, 2021 by Alliance Charitable Trust, Atlantic Charitable Trust, Avon Charitable Trust, Carpenter Charitable Trust, Phoenix Charitable Trust. (Holmes, Grayson) (Entered: 12/10/2021) |
| 12/13/2021 | 214 | ORDER granting 213 Motion for Extension of Time to File Response/Reply re 213 Consent MOTION for Extension of Time to File Response/Reply as to 199 MOTION for Sanctions *Against Defendant Trusts and Their Trustee* until **December 24, 2021**. Signed by Judge Robert M. Spector on 12/13/2021. (Kim, Jiwon) (Entered: 12/13/2021) |

| 12/17/2021 | 215 | MOTION for Attorney(s) Jeffrey R. Sandberg to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-6762852) by Alliance Charitable Trust, Atlantic Charitable Trust, Avon Charitable Trust, Carpenter Charitable Trust, Phoenix Charitable Trust. (Attachments: # 1 Affidavit)(Holmes, Grayson) (Entered: 12/17/2021) |
|---|---|---|
| 12/17/2021 | 216 | MOTION for Attorney(s) Jeffrey R. Sandberg to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-6763129) by Daniel Carpenter. (Attachments: # 1 Affidavit of Attorney Sandberg, # 2 Exhibit Certificate of Good Standing)(Williams, John) (Entered: 12/17/2021) |
| 12/20/2021 | 217 | ORDER granting 215 Motion to Appear Pro Hac Vice by Jeffrey R. Sandberg ; granting 216 Motion to Appear Pro Hac Vice by Jeffrey R. Sandberg. Signed by Clerk on 12/20/2021. (Walker, J.) (Entered: 12/20/2021) |
| 12/22/2021 | 218 | RECOMMENDED RULING RE 167 MOTION for Contempt filed by Universitas Education, LLC: For the reasons set forth in the attached recommended ruling, the Court respectfully recommends that the plaintiff's Motion for Contempt (Doc. No. 167 ) be **GRANTED in part, DENIED in part**, such that: (1) the Court find Mr. Carpenter in contempt for the time period of July 15, 2021 through September 6, 2021; (2) the Court find that Mr. Carpenter cured his contempt with his production which began on September 7, 2021; (3) the Court award the plaintiff attorneys' fees incurred between July 15, 2021 and September 6, 2021 as compensatory sanctions; and (4) the Court deny the plaintiff's request for coercive sanctions because the underlying contempt has been cured. 25 Pages. Objections due by 1/5/2022.<br>Signed by Judge Robert M. Spector on 12/22/2021.(Kim, Jiwon) (Entered: 12/22/2021) |
| 12/23/2021 | 219 | OBJECTION re 199 MOTION for Sanctions *Against Defendant Trusts and Their Trustee* filed by Alliance Charitable Trust, Atlantic Charitable Trust, Avon Charitable Trust, Carpenter Charitable Trust, Phoenix Charitable Trust. (Attachments: # 1 Memorandum in Support, # 2 Exhibit One, # 3 Exhibit Two, # 4 Exhibit Three)(Holmes, Grayson) (Entered: 12/23/2021) |
| 01/04/2022 | 220 | OBJECTION to 218 Recommended Ruling filed by Daniel Carpenter. (Williams, John) (Entered: 01/04/2022) |
| 01/05/2022 | 221 | OBJECTION to 218 Recommended Ruling filed by Universitas Education, LLC. (Attachments: # 1 Exhibit Exhibits 1-10, # 2 Exhibit Exhibits 11-21, # 3 Exhibit Unpublished Case, # 4 Exhibit Unpublished Case)(Manson, Joseph) (Entered: 01/05/2022) |
| 01/06/2022 | 222 | REPLY to Response to 199 MOTION for Sanctions *Against Defendant Trusts and Their Trustee* filed by Universitas Education, LLC. (Attachments: # 1 Exhibit Exhibits 1-11) (Manson, Joseph) (Entered: 01/06/2022) |
| 01/07/2022 | 223 | NOTICE of Appearance by Jeffrey Sandberg on behalf of Alliance Charitable Trust, Atlantic Charitable Trust, Avon Charitable Trust, Carpenter Charitable Trust, Phoenix Charitable Trust (Sandberg, Jeffrey) (Entered: 01/07/2022) |
| 01/14/2022 | 224 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. A Discovery Hearing via Zoom regarding the plaintiff's Motion for Sanctions Against the Defendant Trusts and Their Trustee (Doc. No. 199 ) is set for **1/21/2022 at 03:30 PM** before Judge Robert M. Spector. (Kim, Jiwon) (Entered: 01/14/2022) |
| 01/14/2022 | | NOTICE regarding hearing via Zoom: The Discovery Hearing scheduled for **1/21/2022 at 3:30 PM** will be conducted via Zoom. The video link is |

| | | |
|---|---|---|
| | | https://www.zoomgov.com/j/1610777239? pwd=c0Z6R2cvMEVTanpqN1pSNkZYZ0RJdz09 and call in number is +1 646 828 7666.<br><br>Meeting ID: 161 077 7239<br><br>Meeting Password: 865523<br><br>Please note: Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. The Judicial Conference of the United States, which governs the practices of the federal courts, has prohibited it. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. Any member of the public can attend this hearing by using the Zoom link or the Zoom Meeting ID and Password listed in this calendar entry. (Kim, Jiwon) (Entered: 01/14/2022) |
| 01/18/2022 | 225 | RESPONSE re 220 Objection/Reply/Response to Recommended Ruling filed by Universitas Education, LLC. (Manson, Joseph) (Entered: 01/18/2022) |
| 01/21/2022 | 226 | Minute Entry for proceedings held before Judge Robert M. Spector: Discovery Hearing via Zoom held on 1/21/2022. Total Time: 1 hours (Kim, Jiwon) (Entered: 01/21/2022) |
| 01/21/2022 | 227 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. A Discovery Conference via zoom is set for **2/11/2022 at 10:00 AM** before Judge Robert M. Spector. (Kim, Jiwon) (Entered: 01/21/2022) |
| 01/21/2022 | | NOTICE regarding hearing via Zoom: The Discovery Hearing scheduled for **02/11/2022 at 10:00AM** will be conducted via Zoom. The video link is https://www.zoomgov.com/j/1617006861? pwd=eDMrN0dRQkM4dklaSFk1MUV0Wm1YQT09 and call in number is +1 646 828 7666.<br><br>Meeting ID: 161 700 6861<br><br>Meeting Password: 100097<br><br>Please note: Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. The Judicial Conference of the United States, which governs the practices of the federal courts, has prohibited it. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. Any member of the public can attend this hearing by using the Zoom link or the Zoom Meeting ID and Password listed in this calendar entry. (Kim, Jiwon) (Entered: 01/21/2022) |
| 01/24/2022 | 228 | MOTION for Extension of Time until 1/24/2022 to File Supplemental Affidavit in Support of Attorney Fees Request by Universitas Education, LLC. (Attachments: # 1 Affidavit Affidavit of Joseph L. Manson III)(Manson, Joseph) (Entered: 01/24/2022) |
| 01/25/2022 | 229 | ORDER taking under advisement 228 Motion for Extension of Time 228 MOTION for Extension of Time until 1/24/2022 to File Supplemental Affidavit in Support of Attorney Fees Request. |

| | | |
|---|---|---|
| | | On December 22, 2021, the undersigned issued a Recommended Ruling (Doc. No. 218 ) on the plaintiff's Motion for Contempt (Doc. No. 167 ). In that Recommended Ruling, the plaintiff was ordered to file a supplemental affidavit in support of its claimed attorneys' fees and costs by **January 14, 2022**. The Court received the plaintiff's proposed affidavit on **January 24, 2022**, in connection with the Motion for Extension of Time at issue. (Doc. No. 228 , Ex. 1).<br><br>Given the number of the plaintiff's discovery motions still pending and the fact that there are several objections to the request for an extension of time, the Court will address the instant Motion for Extension of Time after resolving the plaintiff's Motion for Sanctions Against Defendant Trusts and Their Trustee (Doc. No. 199 ) at the February 11, 2022 discovery hearing. (Doc. No. 227 ). Signed by Judge Robert M. Spector on 01/25/2022. (Kim, Jiwon) (Entered: 01/25/2022) |
| 02/10/2022 | 230 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION.<br><br>*RESET FROM 2/11/2022 at 10:00AM*<br><br>The Discovery Conference is reset for **2/11/2022 at 11:00 AM** before Judge Robert M. Spector. *Please refer to the original Zoom notice for further instructions.* (Kim, Jiwon) (Entered: 02/10/2022) |
| 02/10/2022 | 231 | STATUS REPORT by Alliance Charitable Trust, Atlantic Charitable Trust, Avon Charitable Trust, Carpenter Charitable Trust, Phoenix Charitable Trust. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Holmes, Grayson) (Entered: 02/10/2022) |
| 02/11/2022 | 232 | Minute Entry for proceedings held before Judge Robert M. Spector: Discovery Conference via Zoom held on 2/11/2022. Total Time: 1 hours and 6 minutes(Court Reporter FTR.) (Kim, Jiwon) (Entered: 02/11/2022) |
| 02/11/2022 | 233 | ORDER denying 199 Motion for Sanctions; finding as moot 228 Motion for Extension of Time 199 MOTION for Sanctions *Against Defendant Trusts and Their Trustee*, 228 MOTION for Extension of Time until 1/24/2022 to File Supplemental Affidavit in Support of Attorney Fees Request. As discussed during the Discovery Conference held today (Doc. Nos. 227, 230), the Defendant Trusts have until **March 4, 2022** to complete their disclosure of any documents that are covered by Paragraph 4 of the Court's July 19, 2021 Order. (Doc. No. 162 ). Prior to March 4, 2022, the plaintiff and the Defendant Trusts are ordered to meet and confer, during which they are ordered to go through each bullet point of Paragraph 4 and identify: (1) to date, what documents have been produced by the Defendant Trusts that are responsive to each bullet point of Paragraph 4; (2) to what extent paragraph 5 applies to the Defendant Trusts in that it does not possess documents identified in Paragraph 4 of the July 19, 2021 Order; and (3) what information the plaintiff has to show that the Defendant Trusts are incorrect, should the Defendant Trusts take the position that they do not possess or otherwise have access to documents covered by Paragraph 4 of the July 19, 2021 Order. Thereafter, the parties are directed to file a Joint Status Report by **10:00AM on March 10, 2022**, detailing the results of the production and any outstanding documents that are covered by Paragraph 4, but not yet produced. The Court will then conduct another discovery conference on **March 11, 2022**.<br><br>As further discussed during the Discovery Conference, the Court has advised the plaintiff that the denial of its Motion for Sanctions Against Defendant Trusts and Their Trustee is *without prejudice*, and that the plaintiff may choose to file a motion for contempt and/or Rule 37 sanctions after the March 11, 2022 conference. The parties understand that any future discovery and/or contempt motions, as well as any memorandum in opposition, |

| | | |
|---|---|---|
| | | must contain sworn affidavits as to any factual contentions. Any such affidavit, to the extent it addresses the production required by Paragraph 4 of the Court's July 19, 2021 Order, should specifically reference the documents identified in the Order itself when making any assertion about a production or a failure to produce. In light of this Order, the plaintiff's MOTION for Extension of Time until 1/24/2022 to File Supplemental Affidavit in Support of Attorney Fees Request (Doc. No. 228 ), is denied as moot. Signed by Judge Robert M. Spector on 02/11/2022. (Kim, Jiwon) (Entered: 02/11/2022) |
| 02/11/2022 | 234 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. A Discovery Conference via Zoom is set for **3/11/2022 at 03:00 PM** before Judge Robert M. Spector. Please refer to the Zoom notice for further instructions. (Kim, Jiwon) (Entered: 02/11/2022) |
| 02/11/2022 | | NOTICE regarding hearing via Zoom: The Discovery Conference scheduled for **03/11/2022 at 3:00PM** will be conducted via Zoom. The video link is https://www.zoomgov.com/j/1613329035?pwd=S3R3ZEdESEVUS0tDTnYwQ3YvWjB0Zz09 and call in number is +1 646 828 7666.

Meeting ID: 161 332 9035

Meeting Password: 846368

Please note: Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. The Judicial Conference of the United States, which governs the practices of the federal courts, has prohibited it. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. Any member of the public can attend this hearing by using the Zoom link or the Zoom Meeting ID and Password listed in this calendar entry. (Kim, Jiwon) (Entered: 02/11/2022) |
| 03/04/2022 | 235 | MOTION to Vacate *Dissolve Prejudgment Attachment* by Benistar Admin Services, Inc., Molly Carpenter, Moonstone Partners, LLC, TPG Group Inc, Donald Trudeau. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(McPherson, Michael) (Entered: 03/04/2022) |
| 03/07/2022 | 236 | ORDER. Any objection or other response to the motion to vacate (Doc. # 235 ) shall be filed by **March 14, 2022**. It is so ordered.
Signed by Judge Jeffrey A. Meyer on 3/7/22.(Barry, Donna) (Entered: 03/08/2022) |
| 03/10/2022 | 237 | Joint STATUS REPORT by Universitas Education, LLC. (Manson, Joseph) (Entered: 03/10/2022) |
| 03/10/2022 | 238 | ORDER: Based on the Joint Status Report submitted by the parties on March 10, 2022 (Doc. No. 237 ), the Court **CANCELS** the March 11, 2022 discovery conference (*see* Doc. 234) and commends the parties for working diligently through, and resolving, the outstanding discovery issues.
Signed by Judge Robert M. Spector on 03/10/2022.(Kim, Jiwon) (Entered: 03/10/2022) |
| 03/15/2022 | 239 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.

Oral argument on the motion for contempt (Doc. # 167 ) and objections to the recommended ruling (Doc. # 218 ) is set for **March 21, 2022 at 3:00 p.m.** before Judge Jeffrey A. Meyer and will take place via Zoom. |

| | | (Barry, Donna) (Entered: 03/16/2022) |
|---|---|---|
| 03/16/2022 | 240 | ORDER. The Court DENIES the motions to reconsider (Docs. # 117 , # 120 ). The Court GRANTS IN PART and DENIES IN PART Universitas's motion to file an amended complaint (Doc. # 118 ). Universitas may file its proposed amended complaint (Doc. # [118-3]), except for its alter ego claims against Birch Hill, Seir Hill, and Greyhound and its unjust enrichment claim against Molly Carpenter. The motion to amend is otherwise DENIED. The Court GRANTS the motion for leave to file a sur-reply (Doc. # 133 ). It is so ordered. Signed by Judge Jeffrey A. Meyer on 3/16/22.(Brooks, E.) (Entered: 03/16/2022) |
| 03/17/2022 | | NOTICE regarding hearing via Zoom: The oral argument scheduled for 3/21/22 at 3:00 p.m. will be conducted via Zoom. All parties and counsel, as well as members of the public, are invited to use the following information to participate in and observe this hearing.<br><br>Video link: https://www.zoomgov.com/j/1602203708?pwd=UTZGaG56QTJodUQ1aE9HQ3BKbStCQT09<br>Call in number: 646-828-7666<br>Meeting ID: 160 220 3708<br>Meeting Password: 307843<br><br>Please note: Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. The Judicial Conference of the United States, which governs the practices of the federal courts, has prohibited it. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. (Barry, Donna) (Entered: 03/17/2022) |
| 03/21/2022 | 241 | ORDER. In the absence of any objection having been filed, the Court GRANTS the motion to vacate/dissolve prejudgment attachment (Doc. # 235 ). It is so ordered. Signed by Judge Jeffrey A. Meyer on 3/21/22. (Barry, Donna) (Entered: 03/21/2022) |
| 03/21/2022 | 242 | Minute Entry for proceedings held before Judge Jeffrey A. Meyer:<br>Oral argument on the motion for contempt (Doc. # 167 ) and objections to the recommended ruling (Doc. # 218 ) held on 3/21/2022<br>Motion for Contempt (Doc. # 167 ) was taken under advisement.<br>Total Time: 59 minutes (Court Reporter Diana Huntington) (Barry, Donna) (Entered: 03/21/2022) |
| 03/22/2022 | 243 | ORDER. The Court GRANTS IN PART and DENIES IN PART the motion for contempt (Doc. # 167 ) and ADOPTS Judge Spector's recommended ruling (Doc. # 218 ). To the extent that Judge Spector concluded that Carpenter was in contempt of my discovery order (Doc. # 159 ) for the period from July 15 to September 6, 2021, I adopt his recommended ruling. I intend to award Universitas the reasonable attorneys' fees that it expended between July 15 and September 6, 2021 to secure compliance with my order. To the extent that Judge Spector concluded that Carpenter cured the contempt, I adopt the recommended ruling to the extent that it concludes that Universitas has yet to show that Carpenter continues to be in contempt. My ruling, however, is without prejudice to renewal of a motion to compel or a contempt motion after Carpenter is subject to a deposition concerning his compliance in accordance with the terms set forth in this ruling. Signed by Judge Jeffrey A. Meyer on 3/22/22. (Brooks, E.) Modified on 3/23/2022 to flag the order as an opinion (Barry, Donna). (Entered: 03/22/2022) |

| 03/29/2022 | 244 | MOTION for Reconsideration re 243 Order on Motion for Contempt,,,,, Order on Recommended Ruling,,,, by Daniel Carpenter. (Attachments: # 1 Memorandum in Support)(Williams, John) (Entered: 03/29/2022) |
|---|---|---|
| 03/29/2022 | 245 | MOTION to Amend/Correct 240 Order on Motion for Reconsideration,,, Order on Motion to Amend/Correct,,,,,, Order on Motion for Leave to File,, by Daniel Carpenter.Responses due by 4/19/2022 (Attachments: # 1 Exhibit Motion to Reconsider Exhibits, # 2 Memorandum in Support Movant/Non-Party Daniel Carpenter's Memorandum in Support of Motion to Amend/Correct the Court's Order Denying Universitas's Motion to Reconsider)(Sandberg, Jeffrey) (Entered: 03/29/2022) |
| 03/30/2022 | 246 | OBJECTION re 243 Order on Motion for Contempt,,,,, Order on Recommended Ruling,,,, filed by Daniel Carpenter. (Sandberg, Jeffrey) (Entered: 03/30/2022) |
| 04/01/2022 | 247 | ORDER dissolving attachment on 392B Cards Pond Road. Signed by Judge Jeffrey A. Meyer on 4/1/22. (Brooks, E.) (Entered: 04/01/2022) |
| 04/01/2022 | 248 | ORDER RE MOTION FOR RECONSIDERATION (Doc. # 244 ).<br>The motion for reconsideration is DENIED for failure of plaintiff to adduce any facts or argument that could not have been previously asserted, to show any controlling facts or law that the Court has overlooked, or otherwise to show any clear error or manifest injustice that will result from adherence to the Court's prior decision. *See Shrader v. CSX Transp., Inc.*, 70 F.3d 255, 257 (2d Cir. 1995); *Virgin Atl. Airways, Ltd. v. Nat'l Mediation Bd.*, 956 F.2d 1245, 1255 (2d Cir. 1992). The Court has adequately stated its reasons in its ruling and as discussed at the hearing on the motion for its concerns about Carpenter's compliance, and there shall be no delay with respect to the deposition of Carpenter as stated in the Court's ruling. It is so ordered.<br>Signed by Judge Jeffrey A. Meyer on 4/1/22. (Barry, Donna) (Entered: 04/04/2022) |
| 04/06/2022 | 249 | AMENDED COMPLAINT against Alliance Charitable Trust, Atlantic Charitable Trust, Avon Charitable Trust, Benistar, Carpenter Charitable Trust, Jane Doe, Jane Doe, Grist Mill Partners, LLC, Phoenix Charitable Trust, Greyhound Partners, LLC, 1&3 Mill Pond Partners, LLC, Seir Hill Partners, LLC, Birch Hill Partners, LLC, Caroline Meckel, Steven Meckel, filed by Universitas Education, LLC.(Manson, Joseph) (Entered: 04/06/2022) |
| 04/15/2022 | 250 | NOTICE of Appearance by Jonathan J. Einhorn on behalf of Daniel Carpenter (Einhorn, Jonathan) (Entered: 04/15/2022) |
| 04/15/2022 | 251 | NOTICE OF APPEAL by Universitas Education, LLC. Filing fee $ 505, receipt number ACTDC-6902829. (Manson, Joseph) (Entered: 04/15/2022) |
| 04/18/2022 | 252 | CLERK'S CERTIFICATE RE: INDEX AND RECORD ON APPEAL re: 251 Notice of Appeal. The attached docket sheet is hereby certified as the entire Index/Record on Appeal in this matter and electronically sent to the Court of Appeals, with the exception of any manually filed documents as noted below. Dinah Milton Kinney, Clerk. Documents manually filed not included in this transmission: None (Carr, Dave) (Entered: 04/18/2022) |
| 04/19/2022 | 253 | Memorandum in Opposition re 245 MOTION to Amend/Correct 240 Order on Motion for Reconsideration,,, Order on Motion to Amend/Correct,,,,,, Order on Motion for Leave to File,, filed by Universitas Education, LLC. (Manson, Joseph) (Entered: 04/19/2022) |
| 04/19/2022 | 254 | RESPONSE re 246 Objection filed by Universitas Education, LLC. (Attachments: # 1 Affidavit Declaration of Joseph L. Manson III)(Manson, Joseph) (Entered: 04/19/2022) |
| 04/22/2022 | 255 | Consent MOTION for Extension of Time until May 11, 2022 To Respond To Amended Complaint 249 Amended Complaint, by Grist Mill Partners, LLC. (Pesce, Matthew) |

| | | |
|---|---|---|
| | | (Entered: 04/22/2022) |
| 04/25/2022 | 256 | ORDER granting defendant Grist Mill Partners, LLC's Motion for Extension of Time (Doc. # 255 ) until **May 11, 2022** to respond to the first amended complaint (Doc. # 249 ). Signed by Judge Jeffrey A. Meyer on 4/25/22. (Barry, Donna) (Entered: 04/25/2022) |
| 04/25/2022 | | Answer deadline updated for Grist Mill Partners, LLC to 5/11/2022. (Barry, Donna) (Entered: 04/25/2022) |
| 04/27/2022 | 257 | First MOTION to Dismiss *The First Amended Complaint* by Alliance Charitable Trust, Atlantic Charitable Trust, Avon Charitable Trust, Carpenter Charitable Trust, Phoenix Charitable Trust.Responses due by 5/18/2022 (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1-5)(Holmes, Grayson) (Entered: 04/27/2022) |
| 05/02/2022 | 258 | RESPONSE re 254 Response filed by Daniel Carpenter. (Attachments: # 1 Exhibit Exh 1 - Dan LaBelle email re US DOJ documents, # 2 Exhibit Exh 2 -Affidavit (2nd). J Sandberg.220501.signed)(Sandberg, Jeffrey) (Entered: 05/02/2022) |
| 05/02/2022 | 259 | RESPONSE re 254 Response *CORRECTED* filed by Daniel Carpenter. (Attachments: # 1 Exhibit Exh 1 - Dan LaBelle email re US DOJ documents, # 2 Exhibit Exh 2 - Affidavit (2nd). J Sandberg.220501.signed)(Sandberg, Jeffrey) (Entered: 05/02/2022) |
| 05/02/2022 | 260 | REPLY to Response to 245 MOTION to Amend/Correct 240 Order on Motion for Reconsideration,,, Order on Motion to Amend/Correct,,,,,, Order on Motion for Leave to File,, filed by Daniel Carpenter. (Attachments: # 1 Exhibit Exhibits - Reply re Rule 59 Motion.220502)(Sandberg, Jeffrey) (Entered: 05/02/2022) |
| 05/11/2022 | 261 | MOTION to Dismiss *First Amended Complaint* by Grist Mill Partners, LLC.Responses due by 6/1/2022 (Pesce, Matthew) (Entered: 05/11/2022) |
| 05/11/2022 | 262 | Memorandum in Support re 261 MOTION to Dismiss *First Amended Complaint* filed by Grist Mill Partners, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Pesce, Matthew) (Entered: 05/11/2022) |
| 05/17/2022 | 263 | First MOTION for Extension of Time until 06/01/2022*to file Consolidated Response to* 257 First MOTION to Dismiss *The First Amended Complaint*, 261 MOTION to Dismiss *First Amended Complaint* by Universitas Education, LLC. (Manson, Joseph) (Entered: 05/17/2022) |
| 05/18/2022 | 264 | ORDER granting plaintiff's Motion for Extension of Time (Doc. # 263 ) until **June 1, 2022** to file a consolidated response. Signed by Judge Jeffrey A. Meyer on 5/18/22. (Barry, Donna) (Entered: 05/18/2022) |
| 05/18/2022 | | Reset Deadlines as to Motions to Dismiss (Docs. # 261 , # 257 ) - Responses due by 6/1/2022 (Barry, Donna) (Entered: 05/18/2022) |
| 06/01/2022 | 265 | Memorandum in Opposition re 257 First MOTION to Dismiss *The First Amended Complaint*, 261 MOTION to Dismiss *First Amended Complaint* filed by Universitas Education, LLC. (Manson, Joseph) (Entered: 06/01/2022) |
| 06/02/2022 | 266 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. <br><br> Oral argument on motions to dismiss (Docs. # 257 and # 261 ) is set for **August 2, 2022 at 3:00 p.m.** before Judge Jeffrey A. Meyer and will be conducted via Zoom. <br><br> For cases involving parties who are represented by counsel, Judge Meyer ordinarily expects that the parties themselves will be present for hearings on any dispositive motions (*i.e.*, motions to dismiss and for summary judgment). If an individual party (or party |

| | | |
|---|---|---|
| | | representative in the case of a company/entity party) is not present, Judge Meyer will inquire of counsel why the party or party representative has chosen not to attend the hearing and may require the filing of a signed waiver of presence with a statement of reasons. If the argument is scheduled to proceed in full or in part by means of a video link, then the parties or party representatives are welcome to attend the argument by video.(Barry, Donna) Modified on 6/22/2022 to correct the docket number of a motion to dismiss (Barry, Donna). (Entered: 06/02/2022) |
| 06/02/2022 | | NOTICE regarding hearing via Zoom:<br>The oral argument scheduled for 8/2/22 at 3:00 p.m. will be conducted via Zoom. All parties and counsel, as well as members of the public, are invited to use the following information to participate in and observe this hearing.<br><br>Video link: https://www.zoomgov.com/j/1609650034?pwd=akxoMkRBd0RZTHdZcmhYa0dvTlJZQT09<br>Call in number: 646-828-7666<br>Meeting ID: 160 965 0034<br>Meeting Password: 737019<br><br>Please note: Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. The Judicial Conference of the United States, which governs the practices of the federal courts, has prohibited it. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. (Barry, Donna) (Entered: 06/02/2022) |
| 06/07/2022 | 267 | VACATED - MOTION to Vacate *Motion to Vacate Prejudgment* by Benistar Admin Services, Inc., Molly Carpenter, Moonstone Partners, LLC, TPG Group Inc, Donald Trudeau. (McPherson, Michael) Modified on 9/27/2022: vacated per order (Doc. #319) (Barry, Donna). (Entered: 06/07/2022) |
| 06/10/2022 | 268 | Consent MOTION for Extension of Time until June 22, 2022 to File Reply to Memorandum in Opposition by Grist Mill Partners, LLC. (Pesce, Matthew) (Entered: 06/10/2022) |
| 06/10/2022 | 269 | MOTION for Extension of Time until 6/14/2022 *Nunc Pro Tunc to File* Renewed Motion for Contempt by Universitas Education, LLC. (Attachments: # 1 Exhibit Renewed Motion for Contempt)(Manson, Joseph) (Entered: 06/10/2022) |
| 06/13/2022 | 270 | ORDER granting defendant Grist Mill Partners, LLC's Motion for Extension of Time (Doc. # 268 ) until **June 22, 2022** to file reply to plaintiff's memorandum in opposition. Signed by Judge Jeffrey A. Meyer on 6/13/22. (Barry, Donna) (Entered: 06/13/2022) |
| 06/13/2022 | 271 | ORDER REFERRING CASE to Magistrate Judge Robert M. Spector for ruling on Motion for Extension of Time (Doc. # 269 ).<br>Signed by Judge Jeffrey A. Meyer on 6/13/22. (Barry, Donna) (Entered: 06/13/2022) |
| 06/14/2022 | 272 | ORDER: In light of the referral of the plaintiff's Motion for Extension of Time *Nunc Pro Tunc* to file a renewed motion for contempt against Daniel Carpenter (*see* Doc. No. 269), counsel for Mr. Carpenter is directed to respond to the plaintiff's Motion on or by **June 21, 2022**.<br>Signed by Judge Robert M. Spector on 06/14/2022.(Kim, Jiwon) (Entered: 06/14/2022) |
| 06/15/2022 | 273 | REPLY to Response to 257 First MOTION to Dismiss *The First Amended Complaint* filed by Alliance Charitable Trust, Atlantic Charitable Trust, Avon Charitable Trust, |

| | | |
|---|---|---|
| | | Carpenter Charitable Trust, Phoenix Charitable Trust. (Attachments: # 1 Exhibit, # 2 Exhibit)(Holmes, Grayson) (Entered: 06/15/2022) |
| 06/21/2022 | 274 | OBJECTION re 269 MOTION for Extension of Time until 6/14/2022 *Nunc Pro Tunc to File* Renewed Motion for Contempt filed by Daniel Carpenter. (Attachments: # 1 Exhibit Exhs 1-3 to D Carpenter Response to Univ Motion to Extend Time to File Renewed Sanctions Motion)(Sandberg, Jeffrey) (Entered: 06/21/2022) |
| 06/22/2022 | 275 | ORDER: In light of the opposition to the plaintiff's Motion for Extension of Time *Nunc Pro Tunc* (*see* Doc. No. 274 ), the plaintiff may choose to file a response on or by **June 29, 2022**.<br>Signed by Judge Robert M. Spector on 06/22/2022.(Kim, Jiwon) (Entered: 06/22/2022) |
| 06/22/2022 | | Request for Clerk to issue summons as to 1&3 Mill Pond Partners, LLC, Birch Hill Partners, LLC, Greyhound Partners, LLC, Caroline Meckel, Steven Meckel, Seir Hill Partners, LLC. (Manson, Joseph) (Entered: 06/22/2022) |
| 06/22/2022 | | Docket Entry Correction: Calendar entry (Doc. # 266 ) was amended to correct the docket number of one of the motions to dismiss. (Barry, Donna) (Entered: 06/22/2022) |
| 06/22/2022 | 276 | REPLY to Response to 261 MOTION to Dismiss *First Amended Complaint* filed by Grist Mill Partners, LLC. (Attachments: # 1 Exhibit A)(Pesce, Matthew) (Entered: 06/22/2022) |
| 06/23/2022 | 277 | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *1&3 Mill Pond Partners, LLC, Birch Hill Partners, LLC, Greyhound Partners, LLC, Caroline Meckel, Steven Meckel, Seir Hill Partners, LLC* with answer to complaint due within *21* days. Attorney *Joseph L Manson, III* *Law Offices of Joseph L. Manson III* *600 Cameron St.* *Alexandria, VA 22314*. (Carr, Dave) (Entered: 06/23/2022) |
| 06/23/2022 | 278 | MANDATE of USCA dated 06/23/2022 Withdrawing 251 Notice of Appeal filed by Universitas Education, LLC (Carr, Dave) (Entered: 06/23/2022) |
| 06/28/2022 | 279 | RESPONSE re 267 MOTION to Vacate *Motion to Vacate Prejudgment* filed by Universitas Education, LLC. (Manson, Joseph) (Entered: 06/28/2022) |
| 06/29/2022 | 280 | REPLY to Response to 269 MOTION for Extension of Time until 6/14/2022 *Nunc Pro Tunc to File* Renewed Motion for Contempt filed by Universitas Education, LLC. (Manson, Joseph) (Entered: 06/29/2022) |
| 07/06/2022 | 281 | ORDER denying the plaintiff's Motion for Extension of Time *Nunc Pro Tunc* to file a renewed motion for contempt against Daniel Carpenter (Doc. No. 269 ): On March 22, 2022, the Court (Meyer, J.) adopted, in part, the Recommended Ruling that granted in part and denied in part the plaintiff's original motion for contempt. (*See* Doc. No. 243 ; *see also* Doc. No. 248 (Order denying Motion for Reconsideration)). As it relates to this pending motion for extension of time, the Court ordered Daniel Carpenter to sit for a deposition of no longer than four hours to address his compliance with the subpoena at issue. Specifically, the Court ruled, "The questioning shall be limited to questions about the efforts that Carpenter undertook to comply with each of the requests in the subpoena, what knowledge Carpenter has about the existence and location of documents that are responsive to the subpoena, and what relationship Carpenter has to any third parties that may have documents within the scope of the subpoena. The parties shall schedule the deposition to take place in the District of Connecticut at a time and date that is mutually agreeable on or before April 22, 2022.... If following this deposition, Universitas continues to believe that Carpenter has not fully complied in good faith with the subpoena, then Universitas may file a motion to compel or a motion for contempt within 30 days of the deposition. Such motion must particularize by reference to each discovery request and all other evidence (including the deposition of Carpenter) the basis for any conclusion that Carpenter has failed in good faith to produce documents that are |

responsive to the subpoena." Doc. No. 243 at 7. Carpenter was deposed on April 15, 2022, meaning that any renewed motion for contempt was due on May 15, 2022. The plaintiff filed the instant motion on June 10, 2022, nearly a month after the Court's deadline.

The plaintiff is correct that the Federal Rule of Civil Procedure 6(b)(1)(B) states that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time... on motion made after the time has expired if the party failed to act because of excusable neglect." Whether neglect is excusable is based on four factors: " 1 the danger of unfair prejudice to the [opposing party], 2 the length of the delay and its potential impact on judicial proceedings, 3 the reason for the delay, including whether it was in the reasonable control of the movant, and 4 whether the movant acted in good faith." *Friedman v. Bloomberg L.P.*, No. 3:15-CV-443 (AWT), 2020 WL 5518639, at *1 (D. Conn. Sept. 14, 2020) (citing *Tancredi v. Metro. Life Ins. Co.*, 378 F.3d 220, 228 (2d Cir. 2004) (quoting *Pioneer Inv. Serv. Co. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 395 (1993))). Though this four-factor test is "flexible," the Second Circuit has focused on the third factor: the reason for the delay. *Silvanch v. Celebrity Cruises, Inc.*, 333 F.3d 355, 366 (2d Cir. 2003) ("[D]espite the flexibility of 'excusable neglect' and the existence of the four-factor test in which three of the factors usually weigh in favor of the party seeking the extension, we and other circuits have focused on the third factor[.]"). Moreover, "[t]he Second Circuit has... refused to find excusable neglect in cases where the moving party has failed to provide a valid explanation for its delay." *In re Bulk Oil (USA) Inc.*, No. 89-B-13380, 2007 WL 1121739, at *6-8 (S.D.N.Y. Apr. 11, 2007) (collecting cases).

Here, the plaintiff is asking the Court to use its discretion to find that "counsel's inadvertent error was the unfortunate result of an inadvertent failure to calendar the floating deadline of 30 days after the deposition." (Doc. No. 269 at 5). No other explanation was given for the nearly month-long delay other than a failure to calendar the deadline. "Preoccupation with another trial and mere oversight [of the deadline] are not reasons for delay that are sufficient to satisfy the standard for excusable neglect." *Mason v. Schriver*, No. 96-cv-6942, 1999 WL 498221, at *3 (S.D.N.Y. July 13, 1999) (citing *Canfield v. Van Atta Buick/GMC Truck Inc.*, 127 F.3d 248, 251 (2d Cir. 1997)); *see also Friedman*, 2020 WL 5518639, at *2 (collecting cases). As such, the Court exercises its discretion to deny the plaintiff's motion to extend time. The Court's March 22, 2022 Order in this case was clear, as was its articulation of the time frame for the filing of any additional motion to compel. In addition, to the extent that the respondent has suggested in his opposition memorandum that sanctions are appropriate against the plaintiff as a result of his conduct in seeking the extension of time, the Court exercises its discretion to deny any award of sanctions. Signed by Judge Robert M. Spector on July 6, 2022. (Briskin, Corey) (Entered: 07/06/2022)

| | | |
|---|---|---|
| 07/06/2022 | 282 | SUMMONS Returned Executed by Universitas Education, LLC. Caroline Meckel served on 6/28/2022, answer due 7/19/2022; Steven Meckel served on 6/28/2022, answer due 7/19/2022. (Manson, Joseph) (Entered: 07/06/2022) |
| 07/06/2022 | 283 | NOTICE of Appearance by Michael R. McPherson on behalf of Caroline Meckel, Steven Meckel (McPherson, Michael) (Entered: 07/06/2022) |
| 07/08/2022 | 284 | SUMMONS Returned Executed by Universitas Education, LLC. 1&3 Mill Pond Partners, LLC served on 7/6/2022, answer due 7/27/2022; Birch Hill Partners, LLC served on 7/6/2022, answer due 7/27/2022; Greyhound Partners, LLC served on 7/6/2022, answer due 7/27/2022; Seir Hill Partners, LLC served on 7/6/2022, answer due 7/27/2022. (Manson, Joseph) (Entered: 07/08/2022) |

| 07/12/2022 | 285 | NOTICE of Appearance by Jonathan J. Einhorn on behalf of 1&3 Mill Pond Partners, LLC, Birch Hill Partners, LLC, Greyhound Partners, LLC, Seir Hill Partners, LLC (Einhorn, Jonathan) (Entered: 07/12/2022) |
| --- | --- | --- |
| 07/13/2022 | 286 | MOTION for Extension of Time until August 18, 2022 To File Answer or Motion to Dismiss by Caroline Meckel, Steven Meckel. (McPherson, Michael) (Entered: 07/13/2022) |
| 07/18/2022 | 287 | ORDER. The Court DENIES the motion to correct (Doc. # 245 ) for substantially the reasons set forth in the objection (Doc. # 253 ). It is so ordered. Signed by Judge Jeffrey A. Meyer on 7/18/22. (Brooks, E.) (Entered: 07/18/2022) |
| 07/18/2022 | 288 | MOTION for Dan E. LaBelle to Withdraw as Attorney by Benistar Admin Services, Inc., Molly Carpenter, Moonstone Partners, LLC, TPG Group Inc, Donald Trudeau. (LaBelle, Dan) (Entered: 07/18/2022) |
| 07/19/2022 | 289 | ORDER. The Court GRANTS the motion to withdraw and congratulates Mr. LaBelle on his outstanding career and retirement. It is so ordered.<br>Signed by Judge Jeffrey A. Meyer on 7/19/22. (Barry, Donna) (Entered: 07/19/2022) |
| 07/20/2022 | 290 | OBJECTION re 281 Order on Motion for Extension of Time,,,,,,,,,,,,,,,,,,,, filed by Universitas Education, LLC. (Manson, Joseph) (Entered: 07/20/2022) |
| 07/26/2022 | 291 | MOTION to Dismiss by Seir Hill Partners, LLC.Responses due by 8/16/2022 (Attachments: # 1 Memorandum in Support, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit)(Einhorn, Jonathan) (Entered: 07/26/2022) |
| 07/26/2022 | 292 | MOTION to Dismiss by Birch Hill Partners, LLC.Responses due by 8/16/2022 (Attachments: # 1 Memorandum in Support, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit)(Einhorn, Jonathan) (Entered: 07/26/2022) |
| 07/27/2022 | 293 | MOTION to Dismiss by 1&3 Mill Pond Partners, LLC.Responses due by 8/17/2022 (Attachments: # 1 Memorandum in Support, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit)(Einhorn, Jonathan) (Entered: 07/27/2022) |
| 07/27/2022 | 294 | MOTION to Dismiss by Greyhound Partners, LLC.Responses due by 8/17/2022 (Attachments: # 1 Memorandum in Support, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit)(Einhorn, Jonathan) (Entered: 07/27/2022) |
| 07/28/2022 | 295 | ORDER. The argument scheduled for August 2, 2022 is postponed in light of the ongoing briefing on other motions to dismiss. The Court will reschedule the argument once all the motions to dismiss are fully briefed. The motion for an extension (Doc. # 286 ) is GRANTED. It is so ordered. (Entered: 07/28/2022) |
| 08/03/2022 | 296 | RESPONSE re 290 Objection filed by Daniel Carpenter. (Sandberg, Jeffrey) (Entered: 08/03/2022) |
| 08/03/2022 | 297 | RESPONSE re 296 Response *Non-Party Respondent, Daniel E. Carpenters Memorandum in Support of his Opposition to Plaintiffs Objection to Judge Spectors Order [Dkt 281] Denying Plaintiffs Untimely Motion for an Extension of Time Nunc Pro Tunc to File a Renewed Motion for Contempt* filed by Daniel Carpenter. (Sandberg, Jeffrey) (Entered: 08/03/2022) |
| 08/12/2022 | 298 | First MOTION for Extension of Time until 08/24/2022*for* Filing Consolidated Opposition to Motions to Dismiss 291 MOTION to Dismiss , 294 MOTION to Dismiss , 292 |

| | | MOTION to Dismiss , 293 MOTION to Dismiss by Universitas Education, LLC. (Manson, Joseph) (Entered: 08/12/2022) |
|---|---|---|
| 08/15/2022 | 299 | ORDER granting plaintiff's Motion for Extension of Time (Doc. # 298 ) until **August 24, 2022** to file its opposition to defendants' motions to dismiss.<br>Signed by Judge Jeffrey A. Meyer on 8/13/22. (Barry, Donna) (Entered: 08/15/2022) |
| 08/15/2022 | 300 | Reset Deadlines as to motions to dismiss (Docs. # 291 , # 292 , # 293 , and # 294 ) - Responses due by 8/24/2022 (Barry, Donna) (Entered: 08/15/2022) |
| 08/18/2022 | 301 | MOTION to Dismiss by Caroline Meckel, Steven Meckel.Responses due by 9/8/2022 (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D)(McPherson, Michael) (Entered: 08/18/2022) |
| 08/24/2022 | 302 | Memorandum in Opposition re 291 MOTION to Dismiss , 294 MOTION to Dismiss , 292 MOTION to Dismiss , 293 MOTION to Dismiss filed by Universitas Education, LLC. (Manson, Joseph) (Entered: 08/24/2022) |
| 08/29/2022 | 303 | MOTION to Intervene by Carpenter Financial Group, Inc..Responses due by 9/19/2022 (Attachments: # 1 Memorandum in Support, # 2 Exhibit)(Einhorn, Jonathan) (Entered: 08/29/2022) |
| 08/30/2022 | 304 | MOTION for Joinder *of Greyhound Partners LLC Motion to Dismiss at #294* by 1&3 Mill Pond Partners, LLC. (Einhorn, Jonathan) (Entered: 08/30/2022) |
| 08/30/2022 | 305 | MOTION for Joinder *of Greyhound Partners LLC Motion to Dismiss at #294* by Birch Hill Partners, LLC. (Einhorn, Jonathan) (Entered: 08/30/2022) |
| 08/30/2022 | 306 | MOTION for Joinder *of Greyhound Partners LLC Motion to Dismiss at #294* by Seir Hill Partners, LLC. (Einhorn, Jonathan) (Entered: 08/30/2022) |
| 08/31/2022 | 307 | REPLY to Response to 291 MOTION to Dismiss filed by Seir Hill Partners, LLC. (Einhorn, Jonathan) (Entered: 08/31/2022) |
| 09/02/2022 | 308 | NOTICE of Appearance by John R. Williams on behalf of Seir Hill Partners, LLC (Williams, John) (Entered: 09/02/2022) |
| 09/02/2022 | 309 | NOTICE of Appearance by John R. Williams on behalf of Greyhound Partners, LLC (Williams, John) (Entered: 09/02/2022) |
| 09/02/2022 | 310 | NOTICE of Appearance by John R. Williams on behalf of 1&3 Mill Pond Partners, LLC (Williams, John) (Entered: 09/02/2022) |
| 09/02/2022 | 311 | NOTICE of Appearance by John R. Williams on behalf of Birch Hill Partners, LLC (Williams, John) (Entered: 09/02/2022) |
| 09/02/2022 | 312 | MOTION for Attorney(s) Jeffrey Sandberg to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-7056612) by 1&3 Mill Pond Partners, LLC, Birch Hill Partners, LLC, Greyhound Partners, LLC, Seir Hill Partners, LLC. (Attachments: # 1 Affidavit of Attorney Sandberg, # 2 Exhibit Certificate of Good Standing)(Williams, John) (Entered: 09/02/2022) |
| 09/06/2022 | 313 | REPLY to Response to 292 MOTION to Dismiss filed by Birch Hill Partners, LLC. (Einhorn, Jonathan) (Entered: 09/06/2022) |
| 09/06/2022 | 314 | REPLY to Response to 293 MOTION to Dismiss filed by 1&3 Mill Pond Partners, LLC. (Einhorn, Jonathan) (Entered: 09/06/2022) |
| 09/06/2022 | 315 | REPLY to Response to 294 MOTION to Dismiss filed by Greyhound Partners, LLC. (Einhorn, Jonathan) (Entered: 09/06/2022) |

| 09/08/2022 | 316 | Memorandum in Opposition re 301 MOTION to Dismiss filed by Universitas Education, LLC. (Manson, Joseph) (Entered: 09/08/2022) |
|---|---|---|
| 09/19/2022 | 317 | Memorandum in Opposition re 303 MOTION to Intervene filed by Universitas Education, LLC. (Manson, Joseph) (Entered: 09/19/2022) |
| 09/20/2022 | 318 | RESPONSE re 304 MOTION for Joinder *of Greyhound Partners LLC Motion to Dismiss at #294*, 305 MOTION for Joinder *of Greyhound Partners LLC Motion to Dismiss at #294*, 306 MOTION for Joinder *of Greyhound Partners LLC Motion to Dismiss at #294* filed by Universitas Education, LLC. (Manson, Joseph) (Entered: 09/20/2022) |
| 09/21/2022 | 319 | ORDER GRANTING UNOPPOSED MOTION TO VACATE PREJUDGMENT ATTACHMENT. The Court GRANTS Molly Carpenter's motion to vacate prejudgment attachment (Doc. # 267 ), which plaintiff does not oppose (Doc. # 279 ). Accordingly, it is hereby ORDERED that: (1) the Order of Attachment pertaining to Molly Carpenter (Doc. # 66 ) is hereby vacated; (2) the plaintiff's attachment of the real property located at 18 Pondside Lane, Simsbury, Connecticut, is hereby dissolved; and (3) the Order of July 20, 2020, otherwise remains in full effect.<br>It is so ordered. Signed by Judge Jeffrey A. Meyer on 09/21/2022. (Mahard, S.) (Entered: 09/21/2022) |
| 09/22/2022 | 320 | REPLY to Response to 301 MOTION to Dismiss *Reply to Universitas' Objection to Motion to Dismiss* filed by Caroline Meckel, Steven Meckel. (McPherson, Michael) (Entered: 09/22/2022) |
| 09/23/2022 | 321 | NOTICE of Appearance by Jonathan J. Einhorn on behalf of Grist Mill Partners, LLC *in addition to other counsel on file* (Einhorn, Jonathan) (Entered: 09/23/2022) |
| 09/23/2022 | 322 | Emergency MOTION to Vacate 66 Order, by Grist Mill Partners, LLC. (Einhorn, Jonathan) (Entered: 09/23/2022) |
| 09/27/2022 | 324 | ORDER. Any objection or other response to the emergency motion to vacate (Doc. # 322 ) shall be filed by **October 3, 2022**. It is so ordered.<br>Signed by Judge Jeffrey A. Meyer on 9/27/22.(Barry, Donna) (Entered: 09/29/2022) |
| 09/29/2022 | 323 | REPLY to Response to 303 MOTION to Intervene filed by Carpenter Financial Group, Inc.. (Einhorn, Jonathan) (Entered: 09/29/2022) |
| 09/30/2022 | 325 | REPLY to Response to 303 MOTION to Intervene *(corrected version)* filed by Carpenter Financial Group, Inc.. (Einhorn, Jonathan) (Entered: 09/30/2022) |
| 10/03/2022 | 326 | Memorandum in Opposition re 322 Emergency MOTION to Vacate 66 Order, filed by Universitas Education, LLC. (Attachments: # 1 Exhibit Exhibits 1 & 2)(Manson, Joseph) (Entered: 10/03/2022) |
| 10/05/2022 | 327 | REPLY to Response to 322 Emergency MOTION to Vacate 66 Order, filed by Grist Mill Partners, LLC. (Attachments: # 1 Exhibit, # 2 Exhibit)(Einhorn, Jonathan) (Entered: 10/05/2022) |
| 10/20/2022 | 328 | ORDER granting Motion for admission *pro hac vice* of Jeffrey Sandberg (Doc. # 312 ). A certificate of good standing is due by **December 19, 2022**.<br>Signed by Clerk on 10/20/22. (Barry, Donna) (Entered: 10/20/2022) |
| 10/20/2022 | 329 | ORDER dissolving attachment on 18 Pondside Lane in accordance with Order(Doc. # 319 ).<br>Signed by Judge Jeffrey A. Meyer on 10/20/22.(Barry, Donna) (Entered: 10/21/2022) |
| 10/21/2022 | 330 | NOTICE by 1&3 Mill Pond Partners, LLC, Birch Hill Partners, LLC, Greyhound Partners, LLC, Seir Hill Partners, LLC *Notice of Filing Certificate of Good Standing -* |

|  |  |  |
|---|---|---|
|  |  | *Jeffrey Robert Sandberg* (Sandberg, Jeffrey) (Entered: 10/21/2022) |
| 10/27/2022 | 331 | MOTION To Substitute Security for Attachment, Set Bar Date for Objections, and Schedule Hearing by Grist Mill Partners, LLC.Responses due by 11/17/2022 (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Sklarz, Jeffrey) (Entered: 10/27/2022) |
| 10/27/2022 | 332 | MOTION to Expedite *Emergency Motion To Substitute Security For Attachment, Set Bar Date For Objections, and Schedule Hearing* by Grist Mill Partners, LLC. (Sklarz, Jeffrey) (Entered: 10/27/2022) |
| 10/28/2022 | 333 | ORDER REFERRING CASE to Magistrate Judge Robert M. Spector for ruling on motions (Docs. # 322 , # 331 , # 332 ). Signed by Judge Robert M. Spector on 10/28/22.(Barry, Donna) (Entered: 10/28/2022) |
| 10/31/2022 | 334 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. A telephonic status conference is set for **11/1/2022 at 11:00 AM** before Judge Robert M. Spector. Counsel should be prepared to discuss the three motions referred to the undersigned on October 28, 2022. (See Doc. No. 333). Please use the following dial-in for this call: (877) 873-8017; Access Code: 7040261. (Salguero, Carlos) (Entered: 10/31/2022) |
| 11/01/2022 | 335 | NOTICE by Grist Mill Partners, LLC re 331 MOTION To Substitute Security for Attachment, Set Bar Date for Objections, and Schedule Hearing *Notice of Filing Revised Proposed Order Modifying PJR Order* (Sklarz, Jeffrey) (Entered: 11/01/2022) |
| 11/01/2022 | 336 | Minute Entry for proceedings held before Judge Robert M. Spector: A telephonic Status Conference was held on 11/1/2022. 20 minutes. (Salguero, Carlos) (Entered: 11/01/2022) |
| 11/01/2022 | 337 | ORDER granting 332 Motion to Expedite; finding as moot 322 Motion to Vacate.<br><br>In light of the parties representations at today's conference, (Doc. No. 336), defendant Grist Mill Partners, LLC's Motion to Expedite ( 332 ) its *Emergency Motion To Substitute Security For Attachment, Set Bar Date For Objections, and Schedule Hearing* 331 , is **GRANTED** and its Emergency Motion 322 to Vacate 66 PJR Order is **DENIED as MOOT** .<br>Signed by Judge Robert M. Spector on November 1, 2022. (Salguero, Carlos) Modified text on 11/1/2022 (Langello, Nicholas). (Entered: 11/01/2022) |
| 11/01/2022 | 338 | ORDER granting 331 Motion to Substitute Security For Attachment.<br><br>On November 1, 2022, the Court held a telephonic status conference to address the three motions referred to the undersigned on October 28, 2022. (See Doc. Nos. 333 , 334 , and 336 ). Subsequently, based on the representations of counsel at the conference, the Court granted defendant Grist Mill Partners LLC's ("GMP") motion to expedite (Doc. No. 332 ). The Court also denied as moot GMP's initial emergency motion filed September 23, 2022, seeking to vacate the Court's pre-judgment attachment on certain real property (Doc. No. 322 ; see Doc. No. 66 ) as the parties averred that resolving GMP's October 27, 2022, motion to substitute security for attachment (Doc. No. 331 ) would moot the issue. (See Doc. No. 337 ).<br><br>The Court now resolves GMP's October 27, 2022, motion to substitute security for attachment. (Doc. No. 331). In connection with that motion, GMP filed a proposed order. (See Doc. No. 331 at Ex. B (Doc. No. [331-2])). However, on November 1, 2022, prior to the conference, GMP filed a modified version of that proposed order. (Doc. No. 335). The proposed orders are materially the same except that the November 1 order directs that proceeds of the sale (as defined in the proposed order) of the subject property are to be |

| | | |
|---|---|---|
| | | sent to and held by the Clerk of Court for the United States District Court for the District of Connecticut pending further order of this Court instead of an escrow agent. (See Doc. No. 335 at paragraph 3(c)). After reviewing the modified proposed order and conducting a colloquy with the parties, counsel for the plaintiff represented that the plaintiff accepted the proposed order, Doc. No. 335, as submitted and did not otherwise object to the motion. The parties also agreed that the initial proposed order, Doc. No. [331-2] was inoperative and that no further briefing or hearing regarding objections to the motion was required.<br><br>Accordingly, in light of the foregoing, the Court **GRANTS** defendant GMP's motion to substitute security for attachment (Doc. No. 331 ) as modified by Doc. No. 335 in the attached order.<br>Signed by Judge Robert M. Spector on November 1, 2022. (Salguero, Carlos) (Entered: 11/01/2022) |
| 11/02/2022 | 339 | MOTION for Jeffrey M. Sklarz, Lawrence S. Grossman, Matthew Pesce to Withdraw as Attorney by Grist Mill Partners, LLC. (Sklarz, Jeffrey) (Entered: 11/02/2022) |
| 11/02/2022 | 340 | MOTION to Withdraw 339 MOTION for Jeffrey M. Sklarz, Lawrence S. Grossman, Matthew Pesce to Withdraw as Attorney *[Notice of Withdrawal of Motion ECF-339]* by Grist Mill Partners, LLC. (Sklarz, Jeffrey) (Entered: 11/02/2022) |
| 11/03/2022 | 341 | ORDER granting Motion (Doc. # 340 ) to Withdraw Motion ECF #339. Accordingly, Motion (Doc. #{339]) is denied as moot.<br>Signed by Judge Jeffrey A. Meyer on 11/03/22. (Barry, Donna) (Entered: 11/08/2022) |
| 12/08/2022 | 342 | MOTION to Dismiss for Lack of Jurisdiction by 1&3 Mill Pond Partners, LLC, Birch Hill Partners, LLC, Greyhound Partners, LLC, Seir Hill Partners, LLC.Responses due by 12/29/2022 (Attachments: # 1 Memorandum in Support)(Williams, John) (Entered: 12/08/2022) |
| 12/09/2022 | 343 | Memorandum in Opposition re 342 MOTION to Dismiss for Lack of Jurisdiction filed by Universitas Education, LLC. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit)(Manson, Joseph) (Entered: 12/09/2022) |
| 12/21/2022 | 344 | REPLY to Response to 342 MOTION to Dismiss for Lack of Jurisdiction filed by 1&3 Mill Pond Partners, LLC, Birch Hill Partners, LLC, Greyhound Partners, LLC, Seir Hill Partners, LLC. (Einhorn, Jonathan) (Entered: 12/21/2022) |
| 01/04/2023 | 345 | ORDER: The Court has been notified that today a representative or agent of defendant Grist Mill Partners, LLC ("GMP") contacted the Clerk's Office regarding the remittance of the proceeds of the sale of the subject property discussed in the Courts 11/1/2022 order granting GMP's Motion to Substitute Security For Attachment. See Doc. No. 338 (the "Order"). The Clerk has since informed the Court that a wire transfer of the proceeds of the sale to the Clerks Office has already been effected.<br><br>First, the Court notes that the Order requires that, "[w]ithin two (2) business days of the closing of the sale of the Property, GMP shall file on the docket of the Court a report stating the full amount of the sale proceeds, only subtracting the payment of prior encumbrances and customary costs and fees (the 'Proceeds')." Order at (b)(3). GMP is ordered to comply with this provision.<br><br>Second, remittance, transfer, or deposit of any monies to the Clerk of Court for the District of Connecticut are governed by D. Conn. L. Civ. R. 67 and must also be consistent with the "Order Regarding Deposit and investment of Registry Funds" found in the appendix to these rules. For example, if the GMP wishes to deposit the Proceeds into |

|  |  |  |
|---|---|---|
|  |  | an interest-bearing account pursuant to 28 U.S.C. § 2045 and L.R. 67, GMP must submit a proposed order complying with the additional requirements L.R. 67.<br><br>Upon compliance with the above, and assuming that the monies already wired are the same amount as the monies identified in the filed report, the monies already wired to the Clerk shall be considered as satisfying the Order's requirement of remittance of the Proceeds. See Order at (3)(c).<br>Signed by Judge Robert M. Spector on January 4, 2023.(Salguero, Carlos) (Entered: 01/04/2023) |
| 01/04/2023 | 346 | NOTICE by Grist Mill Partners, LLC *Of Filing Settlement Statement re: Sale of 100 Grist Mill Road, Simsbury, Connecticut* (Attachments: # 1 Exhibit A)(Sklarz, Jeffrey) (Entered: 01/04/2023) |
| 01/04/2023 |  | Acknowledgment of Receipt - Fed wire of funds from Grist Mill Partners for the amount of $630,393.67 for proceeds of the sale of property regarding doc. no. 345. Reference voucher no. 540006, rec. no. CQC CTXCCA23-00121. (Smart, E) (Entered: 01/05/2023) |
| 01/06/2023 | 347 | NOTICE by Grist Mill Partners, LLC *of Foreclosure and Sale of 100 Grist Mill Road* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Pesce, Matthew) (Entered: 01/06/2023) |
| 01/10/2023 | 348 | MOTION for *Order Directing Clerk of Court to Deposit Funds into Interest-Bearing Account* by Grist Mill Partners, LLC. (Attachments: # 1 Exhibit A)(Pesce, Matthew) (Entered: 01/10/2023) |
| 01/11/2023 | 349 | NOTICE by Grist Mill Partners, LLC re 345 Order,,,,,,, (Pesce, Matthew) (Entered: 01/11/2023) |
| 01/11/2023 | 350 | Defendant Grist Mill Partners, LLC's ("GMP's") motion for an *Order Directing Clerk of Court to Deposit Funds into Interest-Bearing Account* is hereby **GRANTED** for the reasons stated in the motion. Doc. No. 348 . The Court finds that monies acknowledged and received by the Clerks office on January 4, 2023, in the amount of $630,393.67 are the same as the amount contained in the notice filed by GMP, as required by this Court's 11/1/2022 order (the "Order"). See Doc. No. 338 at (3)(b). Accordingly, the Court finds GMP has satisfied both the Order's reporting provision, see Order at (3)(b), and the required remittance of the proceeds. Order at (3)(c). See Doc. No. 345 .<br><br>Per the attached order, the Clerk is directed to deposit these monies in the interest-bearing Court Registry Investment System ("CRIS") account and the Clerk shall deduct from the income earned on the investment a CRIS fee of 0.10%. See D. Conn. L. Civ. R. 67(b).<br><br>As provided by this Court's Local Rules, "[u]pon final determination of the action or at such other times as may be appropriate, a party or parties may seek a Court order releasing deposited funds, by submitting a proposed order which shall contain the following information: (1) the name, address and taxpayer identification number of any individual(s) or corporation(s) receiving the funds; and (2) the amount of principal and interest to be paid to any individual(s) or corporation(s). Funds cannot be released from the registry account of the Court without a Court order. D. Conn. L. Civ. R. 67(c).<br>Signed by Judge Robert M. Spector on January 11, 2023. (Salguero, Carlos) (Entered: 01/11/2023) |
| 01/11/2023 | 351 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION.<br><br>Oral argument on pending motions set for **February 1, 2023 at 11:00 a.m.** in Courtroom Three, 141 Church St., New Haven, CT before Judge Jeffrey A. Meyer. |

| | | |
|---|---|---|
| | | For cases involving parties who are represented by counsel, Judge Meyer ordinarily expects that the parties themselves will be present for hearings on any dispositive motions (*i.e.*, motions to dismiss and for summary judgment). If an individual party (or party representative in the case of a company/entity party) is not present, Judge Meyer will inquire of counsel why the party or party representative has chosen not to attend the hearing and may require the filing of a signed waiver of presence with a statement of reasons. If the argument is scheduled to proceed in full or in part by means of a video link, then the parties or party representatives are welcome to attend the argument by video.(Barry, Donna) (Entered: 01/11/2023) |
| 02/01/2023 | 352 | Minute Entry for proceedings held before Judge Jeffrey A. Meyer:<br>Oral argument held on 2/1/2023<br>Total Time: 2 hours and 30 minutes (Court Reporter Diana Huntington) (Barry, Donna) (Entered: 02/01/2023) |
| 02/03/2023 | 353 | ORDER GRANTING CONSENT MOTIONS FOR JOINDER (Docs. # 304 , # 305 , # 306 ). In light of plaintiff's consent (Doc. # 318 ), the Court GRANTS defendants' motions for joinder. It is so ordered. Signed by Judge Jeffrey A. Meyer on 2/3/2023. (Mahard, S.) (Entered: 02/03/2023) |
| 02/03/2023 | 354 | NOTICE by Caroline Meckel, Steven Meckel *Statement* (McPherson, Michael) (Entered: 02/03/2023) |
| 02/07/2023 | 355 | Memorandum in Support re 342 MOTION to Dismiss for Lack of Jurisdiction filed by 1&3 Mill Pond Partners, LLC, Birch Hill Partners, LLC, Greyhound Partners, LLC, Seir Hill Partners, LLC. (Sandberg, Jeffrey) (Entered: 02/07/2023) |
| 02/08/2023 | 356 | ORDER RE HEARING ON NOTICE (Doc. # 354 ). The Court intends to conduct a video hearing with respect to the notice filed by counsel for defendants Caroline and Steven Meckel. Judge Meyer's courtroom deputy will consult with counsel regarding scheduling and post a Zoom link to the docket once a date and time is set. All counsel must participate in the video hearing. Any client, client representative, and member of the public may also observe by video at their option and if they wish. Judge Meyer will discuss at this hearing the potential application of 28 U.S.C. § 455(a) and Canon 3 of the U.S. Code of Judicial Conduct. In light of the scheduling of this hearing, neither plaintiff nor any other party needs to file any motion or other response to the notice as Judge Meyer had ordered when the issue first arose during the course of oral argument last Wednesday on pending motions.<br>It is so ordered. Signed by Judge Jeffrey A. Meyer on 2/8/2023. (Mahard, S.) (Entered: 02/08/2023) |
| 02/10/2023 | 357 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.<br><br>A hearing on the notice filed by counsel for defendants Caroline and Steven Meckel (Doc. # 354 ) is set for **February 16, 2023 at 4:00 p.m.** before Judge Jeffrey A. Meyer and will be conducted via Zoom. A notice containing the Zoom meeting information shall follow. (Barry, Donna) (Entered: 02/10/2023) |
| 02/10/2023 | | NOTICE regarding hearing via Zoom:<br>The hearing scheduled for **February 16, 2023 at 4:00 p.m.** will be conducted via Zoom. All counsel must participate in the video hearing. Any client, client representative, and member of the public may also observe by video at their option and if they wish using the following information.<br><br>Video link://www.zoomgov.com/j/1605515581? |

| | | |
|---|---|---|
| | | pwd=QkNaYll4eHFaWDZiRTRzY1ErWHRTUT09<br>Call in number: 646-828-7666<br>Meeting ID: 160 551 5581<br>Meeting Password: 258974<br><br>Please note: Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. The Judicial Conference of the United States, which governs the practices of the federal courts, has prohibited it. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. (Barry, Donna) (Entered: 02/10/2023) |
| 02/15/2023 | 358 | Memorandum in Opposition *to Supplemental Memorandum of Law in Support* re 342 MOTION to Dismiss for Lack of Jurisdiction filed by Universitas Education, LLC. (Attachments: # 1 Exhibit, # 2 Exhibit)(Manson, Joseph) (Entered: 02/15/2023) |
| 02/15/2023 | 361 | MOTION Pursuant to Rule 12(h)(3) to Dismiss the Claims Against Caroline and Steven Meckel by Daniel Carpenter. Responses due by 3/8/2023 (Attachments: # 1 Memorandum in Support)(Chartier, AnnMarie) (Entered: 02/17/2023) |
| 02/16/2023 | 359 | Minute Entry for proceedings held before Judge Jeffrey A. Meyer:<br>Hearing held on 2/16/2023<br>Total Time: 32 minutes (Court Reporter Diana Huntington) (Barry, Donna) (Entered: 02/16/2023) |
| 02/16/2023 | 360 | SEALED NOTICE TO COUNSEL. Responses Due 3/2/2023 by 4:00 p.m.<br>Signed by Clerk on 2/16/2023.(Perez, J.) (Additional attachment(s) added on 3/2/2023: # 1 Response to Notice, # 2 Response to Notice, # 3 Response to Notice, # 4 Response to Notice, # 5 Response to Notice) (Perez, J.). (Entered: 02/16/2023) |
| 03/07/2023 | 362 | MOTION to Vacate 338 Order on Motion for Miscellaneous Relief,,,,,,,,, 66 Order, *and Dissolve Prejudgment Attachment* by Grist Mill Partners, LLC. (Sklarz, Jeffrey) (Entered: 03/07/2023) |
| 03/07/2023 | 363 | Memorandum in Support re 362 MOTION to Vacate 338 Order on Motion for Miscellaneous Relief,,,,,,,,, 66 Order, *and Dissolve Prejudgment Attachment* filed by Grist Mill Partners, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Sklarz, Jeffrey) (Entered: 03/07/2023) |
| 03/08/2023 | 364 | ORDER. The Chief Deputy Clerk of Court has informed the Court that one or more parties declined to consent to a remittal of disqualification pursuant to Canon 3 of the U.S. Code of Judicial Conduct and the Clerk of Court's anonymized remittal procedure. Accordingly, as explained by Judge Meyer during the remittal hearing on February 16, this case with all pending motions shall be randomly re-assigned to another district judge on April 3, 2023 at the close of the Civil Justice Reform Acts 6-month case reporting period. It is so ordered.<br>Signed by Judge Jeffrey A. Meyer on 3/8/23.(Barry, Donna) (Entered: 03/08/2023) |
| 03/08/2023 | 365 | Memorandum in Opposition re 361 MOTION to Dismiss filed by Universitas Education, LLC. (Attachments: # 1 Appendix Unpublished Case)(Manson, Joseph) (Entered: 03/08/2023) |
| 03/28/2023 | 366 | MOTION for Extension of Time to File Response/Reply as to 362 MOTION to Vacate 338 Order on Motion for Miscellaneous Relief,,,,,,,,, 66 Order, *and Dissolve Prejudgment Attachment* until 4/4/2023 by Universitas Education, LLC. (Manson, Joseph) (Entered: 03/28/2023) |

| 03/30/2023 | 367 | ORDER Returning Submission as Deficient: Reply returned to Daniel Carpenter as to Daniel Carpenter<br>Signed by Judge Jeffrey A. Meyer on 3/30/2023.(Lewis, D) (Entered: 03/30/2023) |
|---|---|---|
| 03/31/2023 | 368 | ORDER granting 366 Motion for Extension of Time to File Response. For the reasons stated in the plaintiff's motion, the Court finds good cause to GRANT the plaintiff's request for extension regarding the Motion to Vacate 362 until **4/4/2023**. Any opposition by plaintiff Universitas is due on that date. It is so ordered. Signed by Judge Robert M. Spector on March 31, 2023. (Salguero, Carlos) (Entered: 03/31/2023) |
| 04/03/2023 | 369 | ORDER OF TRANSFER. Case reassigned to Judge Kari A. Dooley for all further proceedings.<br>Signed by Judge Jeffrey A. Meyer on 4/3/2023.(Freberg, B) (Entered: 04/03/2023) |
| 04/03/2023 | 370 | ORDER denying 361 Motion to Dismiss. Non-party Daniel Carpenter improperly filed this motion on behalf of and seeking relief for Defendants Caroline Meckel and Steven Meckel. Under 28 U.S.C. § 1654, "parties may plead and conduct their own cases personally or by counsel." This statute "authorizes only two types of representation: that by an attorney admitted to the practice of law by a governmental regulatory body and that by a person representing himself." *Berrios v. N.Y.C. Housing Auth.*, 564 F.3d 130, 132 (2d Cir. 2009) (quotations omitted). Daniel Carpenter, who is not a licensed attorney, may not assert claims or file motions on behalf of anyone other than himself. *See Davidson v. Fitzgerald*, No. 3:21-CV-63 (JCH), 2021 WL 6125617, at *5 (D. Conn. Dec. 28, 2021). The few and narrow exceptions to this rule have no application here. *See Kowalski v. Tesmer*, 543 U.S. 125, 129-30 (2004). Moreover, Defendants Caroline Meckel and Steven Meckel are represented by competent counsel, which makes Mr. Carpenter's effort doubly inappropriate. Finally, the Court observes that Mr. Carpenter himself is represented by counsel. This Court does not recognize hybrid representation. *See United States v. Tutino*, 883 F.2d 1125, 1141 (2d Cir. 1989) ("The decision to grant or deny 'hybrid representation' lies solely within the discretion of the trial court."). Accordingly, the Court will not accept or consider any further *pro se* submissions by Mr. Carpenter. *See Mitchell v. Senkowski*, 489 F. Supp. 2d 147, 149-50 (N.D.N.Y. 2006) (noting that "[s]everal trial and appellate courts have refused to accept *pro se* submissions once an attorney has been retained or assigned") (collecting cases). Any future efforts by Mr. Carpenter to assert the rights of others or to submit *pro se* filings shall likely be met with sanctions.<br><br>Signed by Judge Kari A. Dooley on 4/3/2023. (Stamegna, Ashley) (Entered: 04/03/2023) |
| 04/04/2023 | 371 | Memorandum in Opposition re 362 MOTION to Vacate 338 Order on Motion for Miscellaneous Relief,,,,,,,,, 66 Order, *and Dissolve Prejudgment Attachment* filed by Universitas Education, LLC. (Manson, Joseph) (Entered: 04/04/2023) |
| 04/06/2023 | 372 | MOTION to Dismiss for Lack of Jurisdiction *by Greyhound Partners, Seir Hill Partners, Birch Hill Partners and* by 1&3 Mill Pond Partners, LLC.Responses due by 4/27/2023 (Attachments: # 1 Memorandum in Support, # 2 Exhibit)(Einhorn, Jonathan) (Entered: 04/06/2023) |
| 04/11/2023 | 373 | ORDER Returning Submission as Deficient: Reply to Motion to Dismiss returned to Daniel E. Carpenter.<br>Signed by Judge Kari A. Dooley on 4/11/2023. (Fanelle, N.) (Entered: 04/11/2023) |
| 04/18/2023 | 374 | REPLY to Response to 362 MOTION to Vacate 338 Order on Motion for Miscellaneous Relief,,,,,,,,, 66 Order, *and Dissolve Prejudgment Attachment (Reply to Plaintiff's Opposition ECF No. 371)* filed by Grist Mill Partners, LLC. (Sklarz, Jeffrey) (Entered: 04/18/2023) |

| 04/27/2023 | 375 | Memorandum in Opposition re 372 MOTION to Dismiss for Lack of Jurisdiction *by Greyhound Partners, Seir Hill Partners, Birch Hill Partners and* filed by Universitas Education, LLC. (Manson, Joseph) (Entered: 04/27/2023) |
|---|---|---|
| 05/08/2023 | 376 | REPLY to Response to 372 MOTION to Dismiss for Lack of Jurisdiction *by Greyhound Partners, Seir Hill Partners, Birch Hill Partners and* filed by 1&3 Mill Pond Partners, LLC, Birch Hill Partners, LLC, Greyhound Partners, LLC, Seir Hill Partners, LLC. (Einhorn, Jonathan) (Entered: 05/08/2023) |
| 08/02/2023 | 377 | ORDER denying 342 Motion to Dismiss for Lack of Jurisdiction; granting 362 Motion to Vacate; denying 372 Motion to Dismiss for Lack of Jurisdiction; granting 257 Motion to Dismiss; granting 261 Motion to Dismiss; granting 291 Motion to Dismiss; granting 292 Motion to Dismiss; granting 293 Motion to Dismiss; granting in part and denying in part 294 Motion to Dismiss; granting 301 Motion to Dismiss; finding as moot 303 Motion to Intervene. See attached Memorandum of Decision. The dismissal is with prejudice. The Clerk of the Court is directed to enter judgment in favor of all Defendants and to close this case.<br><br>Signed by Judge Kari A. Dooley on 8/2/2023. (Chambers, Jillian) (Entered: 08/02/2023) |
| 08/08/2023 | 378 | JUDGMENT entered in favor of the Defendants with prejudice.<br><br>For Appeal Forms please go to the following website:<br>http://www.ctd.uscourts.gov/forms/all-forms/appeals_forms<br>Signed by Clerk on 8/8/2023.(Gould, K.) (Entered: 08/08/2023) |
| 08/08/2023 | | JUDICIAL PROCEEDINGS SURVEY - FOR COUNSEL ONLY: The following link to the confidential survey requires you to log into CM/ECF for SECURITY purposes. Once in CM/ECF you will be prompted for the case number. Although you are receiving this survey through CM/ECF, it is hosted on an independent website called SurveyMonkey. Once in SurveyMonkey, the survey is located in a secure account. The survey is not docketed and it is not sent directly to the judge. To ensure anonymity, completed surveys are held up to 90 days before they are sent to the judge for review. We hope you will take this opportunity to participate, please click on this link:<br><br>https://ecf.ctd.uscourts.gov/cgi-bin/Dispatch.pl?survey<br>(Gould, K.) (Entered: 08/08/2023) |
| 08/18/2023 | 379 | MOTION for Disbursement of Funds by Grist Mill Partners, LLC. (Attachments: # 1 Exhibit A - Proposed Order)(Pesce, Matthew) (Entered: 08/18/2023) |
| 08/28/2023 | 380 | NOTICE OF APPEAL as to 378 Judgment, 110 Order on Motion to Dismiss,,,,,,,,,,,,,,,,,, Order on Motion to Dismiss/Lack of Jurisdiction,,,,, 377 Order on Motion to Dismiss/Lack of Jurisdiction,,, Order on Motion to Vacate,,,,,,,,,,,,,,,,,,,,,,, Order on Motion to Intervene,, 240 Order on Motion for Reconsideration,,, Order on Motion to Amend/Correct,,,,,, Order on Motion for Leave to File,, by Universitas Education, LLC. Filing fee $ 505, receipt number ACTDC-7462927. (Manson, Joseph) (Entered: 08/28/2023) |
| 08/28/2023 | 381 | ORDER granting 379 Motion for Disbursement of Funds. See attached Order. Signed by Judge Kari A. Dooley on 8/28/2023. (Gould, K.) (Entered: 08/28/2023) |
| 08/28/2023 | 382 | CLERK'S CERTIFICATE RE: INDEX AND RECORD ON APPEAL re: 380 Notice of Appeal,,. The attached docket sheet is hereby certified as the entire Index/Record on Appeal in this matter and electronically sent to the Court of Appeals, with the exception of any manually filed documents as noted below. Dinah Milton Kinney, Clerk. |

| | | Documents manually filed not included in this transmission: all service notices with documents attached (Oliver, T.) (Entered: 08/29/2023) |
|---|---|---|
| 09/05/2023 | 383 | MOTION to Alter Judgment by Carpenter Charitable Trust.Responses due by 9/26/2023 (Sandberg, Jeffrey) (Entered: 09/05/2023) |
| 09/21/2023 | | Clerk's Disbursement of Funds-check#4039-50487126 in the amount of $630,393.67 paid to GRIST MILL PARTNERS, LLP. REF NO. PQC CTXCCA23-00053. (Morley, Elizabeth) (Entered: 09/22/2023) |
| 09/26/2023 | 384 | Memorandum in Opposition re 383 MOTION to Alter Judgment filed by Universitas Education, LLC. (Manson, Joseph) (Entered: 09/26/2023) |
| 09/27/2023 | 385 | ORDER denying 383 Motion to Alter Judgment. First, Defendant Carpenter Charitable Trust improperly seeks to advance the interests of non-party Daniel Carpenter. Carpenter Charitable Trust is not mentioned in the language movant seeks to delete from the Courts decision. Further, it is clear that that the decision detailed Plaintiff's allegations, which were accepted as true, in accordance with the well-established legal standard for Rule 12(b)(6) motions. The motion to alter the judgment is otherwise frivolous and is DENIED.<br><br>Signed by Judge Kari A. Dooley on 9/27/2023. (Chambers, Jillian) (Entered: 09/27/2023) |
| 09/28/2023 | 386 | TRANSCRIPT of Proceedings: Type of Hearing: Video Motions Hearing. Held on October 20, 2020 before Judge Jeffrey Alker Meyer. Court Reporter: Diana Huntington. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 10/19/2023. Redacted Transcript Deadline set for 10/29/2023. Release of Transcript Restriction set for 12/27/2023. (Huntington, D.) (Entered: 09/28/2023) |
| 09/28/2023 | 387 | TRANSCRIPT of Proceedings: Type of Hearing: Motions Hearing. Held on February 1, 2023 before Judge Jeffrey Alker Meyer. Court Reporter: Diana Huntington. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 10/19/2023. Redacted Transcript Deadline set for 10/29/2023. Release of Transcript Restriction set for 12/27/2023. (Huntington, D.) (Entered: 09/28/2023) |
| 02/09/2024 | 388 | NOTICE of Appearance by Kevin J. Greene on behalf of Benistar Admin Services, Inc., Molly Carpenter, Moonstone Partners, LLC, TPG Group Inc, Donald Trudeau (Greene, Kevin) (Entered: 02/09/2024) |

| 02/12/2024 | 389 | NOTICE of Appearance by Kevin J. Greene on behalf of Caroline Meckel, Steven Meckel (Greene, Kevin) (Entered: 02/12/2024) |
| 02/12/2024 | 390 | MOTION for Michael R. McPherson to Withdraw as Attorney by Benistar Admin Services, Inc., Molly Carpenter, Caroline Meckel, Steven Meckel, Moonstone Partners, LLC, TPG Group Inc, Donald Trudeau. (McPherson, Michael) (Entered: 02/12/2024) |
| 02/23/2024 | 391 | MOTION for Matthew A. Pesce to Withdraw as Attorney by Grist Mill Partners, LLC. (Pesce, Matthew) (Entered: 02/23/2024) |
| 04/10/2024 | 392 | ORDER granting 390 Motion to Withdraw as Attorney. Attorney Michael R. McPherson terminated.<br><br>Signed by Judge Kari A. Dooley on 4/10/2024. (Haider, S) (Entered: 04/10/2024) |
| 04/10/2024 | 393 | ORDER granting 391 Motion to Withdraw as Attorney. Attorney Matthew Pesce terminated.<br><br>Signed by Judge Kari A. Dooley on 4/10/2024. (Haider, S) (Entered: 04/10/2024) |
| 05/16/2024 | 394 | MANDATE of USCA dated 5/16/2024 Affirming the USDC Judgment re: 380 Notice of Appeal filed by Universitas Education, LLC. (Fanelle, N.) (Entered: 05/16/2024) |

| **PACER Service Center** | | |
| --- | --- | --- |
| **Transaction Receipt** | | |
| 09/18/2024 20:34:13 | | |
| **PACER Login:** | mansonjms | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:20-cv-00738-KAD |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |