**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNIVERSITAS EDUCATION, LLC, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 15-11848-DJC |
| LILLIAN GRANDERSON, as | ) | |
| successor to Jack E. Robinson, III, | ) | |
| | ) | |
| Defendant-Appellant. | ) | OCTOBER 29, 2024 |

## MOTION TO DISMISS FOR FRAUD ON THE COURT

NOW COMES THE PETITIONER, Daniel E. Carpenter, to respectfully ask this Court to dismiss the Plaintiff's Complaint with prejudice pursuant to Rule 41(b) and to award sanctions to Mrs. Granderson for blatant and egregious fraud committed upon the Court and based on this Court's inherent power to control its own docket and to discipline the attorneys that appear before this Honorable Court.

Jack Robinson, the original Defendant in this case, died in 2017. Since that time, Attorney Joseph Manson, representing the lying fraudsters of Universitas, has continually deceived this Court multiple times despite the absolute duty established by the Rules of Candor with the Tribunal that all Officers of the Court owe to the Court and that they must follow, all with the purpose of torturing Mrs. Lillian Granderson, Jack Robinson's 97-year-old mother. Attorney Manson produced 2,000 pages of Exhibits that mention Mrs. Granderson's name nowhere, but rather are used to defame and slander Petitioner and his

family with the "Big Lie" that "Carpenter stole the money – and Robinson helped and Universitas did not know about it until 2012". The entire Universitas Complaint is a pack of lies and should be dismissed with prejudice, Sharon Siebert should be sanctioned, and Attorney Manson should be referred for disbarment for propagating lies that he and his clients know to be **false**.

Respectfully Submitted,

/s/ Daniel E. Carpenter
Daniel E. Carpenter
Petitioner, *pro se*
18 Pond Side Lane
West Simsbury, CT. 06092
860-573-7770
dcarpentermail@gmail.com