UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

UNIVERSITAS EDUCATION, LLC,

        Plaintiff

    v.

LILLIAN GRANDERSON as successor in interest to JACK E. ROBINSON,

        Defendant.
_____

Case No. 15-cv-11848-DJC

## JUDGMENT

**CASPER, C. J.**                                                                                     **October 20, 2025**

Pursuant to this Court's prior Orders, D. 279 (entered March 21, 2025) and D. 304 (entered October 10, 2025) and having considered the proposed form or judgment filed by Plaintiff, D. 305, this Court ENTERS judgment as to this matter between Plaintiff Universitas Education, LLC ("Universitas") and Lillian Granderson as a successor in interest to the estate of Jack E. Robinson ("Granderson") as follows as to Counts I, II, III, IV, V, VII, VIII and X:

1. As to Count I (RICO claim): damages trebled in the amount of $92,031,830.55;

2. As to Count II (Aiding and abetting fraud claim), Count III (Breach of fiduciary duty claim), Count IV (Negligent misrepresentation claim), Count V (Negligent Opinion claim), Count VII (Aiding and abetting breach of fiduciary duty claim), and Count VIII (Civil conspiracy claim): damages in the amount of $30,677,726.85.

Given that the Court denied summary judgment as to Universitas as to Count X (unjust enrichment) and allowed summary judgment to Granderson on that claim, D. 279 at 44-46, judgment is entered on that claim, Count X, as to Granderson. The other claims asserted by Universitas, Counts VI, IX and XI, were previously dismissed or withdrawn. D. 279 at 1 n.1.

As Universitas has indicated, it has previously received $5,860,392.74 from Daniel Carpenter's entities, and an additional $650,000.00 in a related matter which, upon execution on the judgment in this case, will be deducted from the judgment due from Defendant in this case.

**So Ordered.**

/s Denise J. Casper
Chief United States District Judge